LAW OFFICES OF
**AMITAI SCHWARTZ**
WATERGATE TOWERS
2000 POWELL ST., SUITE 1286
EMERYVILLE, CA 94608-1850
(510) 597-1775

AMITAI SCHWARTZ
LISA M. SITKIN

FACSIMILE (510) 597-0957
E-MAIL attorneys@schwartzlaw.com

FILED
NOV 13 2007

October 9, 2007

Hon. Susan Illston
United States District Judge
450 Golden Gate Ave
San Francisco, CA 94102

Re: <u>Boatman v. Ayers</u>, No. CV-07-3412 SI (PR)

<u>Request for Criminal Justice Act Appointment</u>

Dear Judge Illston:

    I am the attorney representing petitioner Christopher Boatman in his appeal from this Court's order denying his petition for a writ of habeas corpus in case No. CV-04-2595 SI. Case number 04-2595 concerns denial of parole to Mr. Boatman by the State of California. Mr. Boatman is serving a state prison sentence of 16 years to life for second degree murder. I was appointed under the Criminal Justice Act after the Ninth Circuit requested the appointment of counsel for Mr. Boatman. The case on appeal is <u>Boatman v. Brown</u>, Ninth Circuit Court of Appeals, No. 05-16199.

    The present habeas petition pending in this Court, No. 07-3412, concerns a subsequent denial of parole. Although the administrative records differ somewhat, similar issues are raised in the 04 case and the 07 case, concerning denial of parole to persons sentenced in California to indeterminate sentences for second degree murder.

Hon. Susan Illston
October 9, 2007
Page 2

      On August 22, 2007 petitioner Boatman filed with this court a motion for appointment of counsel in No. 07-3412. To date the Court has not acted on the motion.

      I request appointment as counsel for Mr. Boatman in case No. 07-3412 inasmuch as the issue before this Court and the issue pending in the Court of Appeals is interrelated and the outcome of one case may affect the other. It therefore seems prudent that the same counsel represent Mr. Boatman in both courts. The appointment of counsel will also assist this Court by clarifying the arguments in case No. 07-3412.

      The Criminal Justice Act permits the appointment of counsel in habeas corpus proceedings, 18 U.S.C.§ 3006A(a)(2)(B) (appointment in cases under § 2254 are permissible when the court determines the interests of justice require it).

      I am a member of this court's CJA appellate panel and have been for many years. I am admitted to practice before this court. I spoke with Barry Portman, the Public Defender, about potential appointment in the present case. I do not believe that there will be a need for an evidentiary hearing in this matter. Therefore, I believe my appointment from the CJA appellate panel would be appropriate.

      Thank you for your consideration of this request.

      Respectfully submitted,

      Amitai Schwartz

cc: Elizabeth Kim, Deputy Attorney General
    Ninth Circuit Case No. 05-16199

    Christopher Boatman