# INDEX OF EXHIBITS

1 EDMUND G. BROWN JR.
Attorney General of the State of California
2 DANE R. GILLETTE
Chief Assistant Attorney General
3 JULIE L. GARLAND
Senior Assistant Attorney General
4 ANYA M. BINSACCA
Supervising Deputy Attorney General
5 ELIZABETH S. KIM, State Bar No. 166599
Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
7   Telephone: (415) 703-5715
  Fax: (415) 703-5843
8   Email: Elizabeth.Kim@doj.ca.gov

9 Attorneys for Respondent, Robert Ayers, Warden

10

11 IN THE UNITED STATES DISTRICT COURT

12 FOR THE NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14 **CHRISTOPHER BOATMAN,** | C 07-3412 SI |
| 15                 Petitioner, | **INDEX OF EXHIBITS** |
| 16     v. | |
| 17 **ROBERT AYERS, Warden,** | Judge:   The Honorable Susan Illston |
| 18                Respondent. | |

19

20 **INDEX OF EXHIBITS**

21 1.   Judgment of Commitment

22 2.   June 2006 Hearing Transcript

23 3.   June 2006 Life Prisoner Evaluation Report

24 4.   Probation Officer's Report

25 5.   Disposition of Arrest and Court Action

26 6.   Crime Report

27 7.   1993 and 1999 Counseling Memorandum

28 8.   January 2005 Mental Health Evaluation

Index of Exhibits

*Boatman v. Ayers*
Case No. C 07-3412 SI

1    9.    Superior Court Order

2    10.    Court of Appeal Order

3    11.    California Supreme Court Order

4    12.    Change of Plea Transcript

5    13.    Sentencing/Judgment Transcript

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27    40209737.wpd

28    SF2007403327

Index of Exhibits

*Boatman v. Ayers*
Case No. C 07-3412 SI

2