# EXHIBIT 1

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF FRESNO | FOR COURT USE ONLY |
|---|---|
| 1100 Van Ness Avenue, P.O. Box 1628<br>Fresno, California 93717 | FILED<br>AUG 31 1987<br><br>F I L E D<br>AUG 27 1987<br>FRESNO COUNTY CLERK<br>CLK 3008.08 F08-70 R06-76  DEPUTY |
| PEOPLE OF THE STATE OF CALIFORNIA | |
| DEFENDANT: CHRISTOPHER BOATMAN  [X] Present   [ ] Not Present | |
| [X] JUDGMENT OF COMMITMENT TO:  [X] STATE PRISON   [ ] COUNTY JAIL<br>[ ] ORDER GRANTING PROBATION   [XX] AND MINUTE ORDER | CASE NUMBER:<br>351031-0 |

| Date of hearing:<br>8/24/87 | Dept. No.:<br>13 | Judge:<br>JAMES ARDAIZ | Clerk:<br>J. MCDONALD | Reporter:<br>L. BJERKE |
|---|---|---|---|---|
| Counsel for People:<br>W. CROSSLAND | | Counsel for defendant:<br>M. HODGKINS | | Probation Officer:<br>S. OBWALD |

1. Defendant was convicted of the commission of the following crime on (Date): . . . . . .

| Count | Code Section | Crime | Degree | By Jury, Court or Plea (Specify) |
|---|---|---|---|---|
| 1 | 187PC | MURDER | 2nd | Plea |

2. Defendant [ ] was arraigned  [X] waived arraignment for judgment.
3. The court, having read and considered the probation report and no legal cause having been shown why judgment should not be pronounced     **15 Yrs to Life for PC 187 plus**
   a. [X] Sentences defendant to State Prison for the term prescribed by law. **1 yr for 12022(a).**
   b. [ ] Specifies, pursuant to Pen. C. 1202b, the minimum term of imprisonment shall be six months as to count: . . . . . . . . .
   c. [ ] Sentences defendant to County Jail for the period of (Specify number of days): . . . . . . . . . . .
   d. [ ] Suspends imposition of sentence and defendant is placed on probation for the period of: . . . . . . . . . .
        [ ] upon conditions set forth in attachment 3d.
4. [ ] Defendant, convicted of more than one count, shall
   a. [ ] serve the sentence as to each count as follows:

   | Count | Consecutive With | Concurrent with |
   |---|---|---|
   | | | |

   b. [ ] serve the counts made consecutive in the following order:

5. Defendant shall serve this sentence with respect to any prior uncompleted sentence   a. [ ] concurrently.   b. [ ] consecutively.
   c. [ ] as set forth below or in attachment 5c.

6. Execution of sentence is
   a. [ ] stayed on the following count: . . . . . . . . . . . . . . . . . pending appeal, with the stay to become permanent when the sentence is completed as to count: . . . . . . .
   b. [ ] suspended and defendant is placed on probation for the period of: . . . . . . . . . .
        [ ] upon conditions set forth in attachment 6b.
7. [ ] No allegation to enhance punishment was made in count:
8. [X] It was alleged
   a. [ ] Defendant was armed with a deadly weapon at the time of the commission or attempted commission of the crime charged in count: 1 . . . . . . . . .   [ ] and allegation stricken as to count: . . . . . .     **4065**  4066

(Continued on reverse side)

This form satisfies the requirements of Penal Code 1213.5 (Abstract of Judgment and Commitment). Singular includes the plural. This form is to be used in judgments other than death. A copy of probation report shall accompany this form pursuant to Penal Code 1203c and a copy of any supplementary probation report shall be transmitted to the Department of Corrections. Attachments may be used but must be incorporated by reference         40

Form Approved by the                                                                                       Pen C. 644, 969c, 969d, 1203, 1213.5

b. ☐ Defendant used a firearm in count: . . . . . . ☐ and allegation stricken as to count: . . . . . . . . . . . .
c. ☐ Defendant was armed at the time of arrest with a concealed deadly weapon within the meaning of Pen. C. 3024
    ☐ and allegation stricken.
d. ☐ Other (Specify and indicate if stricken): .
9. ☒ The Court finds the defendant
   a. ☒ was armed at the time of commission or attempted commission of the crime with a deadly weapon within the meaning of
      (1) ☐ Pen C. 3024 as to count: . . . . . . . . . . . . . . . . ☐ but strikes the finding as to count: . . . . . .
      (2) ☒ Pen C. 12022(a/b) to count: 1 . . . . . . . . . ☐ but strikes the finding as to count: . . . . . .
      (3) ☐ Pen C. 1203 (Specify weapon): . . . . . . . . . . .
          as to count: . . . . . . . . . . . . . . . . . . . . . . ☐ but strikes the finding as to count: . . . . . .
   b. ☐ was *not* armed at the time of commission or attempted commission of the crime within the meaning of
      (1) ☐ Pen C. 3024 as to count: . . . . . . . . . . . . .
      (2) ☐ Pen C. 12022 as to count: . . . . . . . . . . . .
      (3) ☐ Pen C. 1203 as to count: . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ but strikes the finding as to count: . . . . . .
   c. ☐ did use a firearm as to count: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .                      The additional penalty shall
      (1) ☐ The use was one use for the following counts: . . . . . . . . . .
          run consecutively to the sentence on the last count to be served.
   d. ☐ did *not* use a firearm as to count: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
   e. ☐ was armed at the time of arrest with a concealed deadly weapon within the meaning of Pen. C. 3024 ☐ but strikes
      the finding.
   f. ☐ was *not* armed at the time of arrest with a concealed deadly weapon within the meaning of Pen. C. 3024.
   g. ☐ Other (Specify and indicate if stricken):

10. ☐ Prior convictions which affect defendant's sentence were alleged and disposed of ☐ as follows   ☐ as set forth in
       attachment 10.
    Conviction date        Jurisdiction        Crime and code Section        Applies to Count   Disposition

11. The court finds defendant   a. ☐ is  ☒ is not an habitual criminal under Pen C. 644a
                                 b. ☐ is  ☒ is not an habitual criminal under Pen C. 644b
12. The court pronounced sentence on (Date): 5/26/87 . . . . . . . . . . and defendant was held in custody through and including
    the date of pronouncement of sentence for (Total no. of days): 538 . . . . . . . . as follows (359 actual+179 credi
                                                                   Dept. of Corrections Time
    Count         Time other than Dept. of Corrections
     1            Fresno County Jail

13. Defendant is remanded to the custody of the Sheriff
    a. ☐ For the period of (Specify no. of days): . . . . . . . ☐ upon conditions and recommendations set forth in attachment 13a.
    b. ☒ To be delivered  ☒ at the earliest convenient time  ☐ after 48 hours, excluding Saturdays, Sundays and holidays
       [Pen C. 1203c] into the custody of the Director of Corrections at
       (1) ☐ California Institution for Women—Frontera     (3) ☐ California Institution for Men—Chino
       (2) ☒ California Men's Facility—Vacaville           (4) ☐ Other:
14. ☐ The court requests a copy of the diagnostic study and recommendations as provided in Pen C. 1168.
15. The court advised defendant of all appeal rights as required in CRC Rule 250 and defendant acknowledged understanding them.
16. ☒ Other (See attachment 16) Court orders Deft. to pay $1,000 restitution fine
    Purs. to 13967 G.C.
Dated: . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
                     (Type or print name)        JAMES ARDAIZ Signature of Judge of the Superior Court
TOTAL NO. of boxes checked: . . . . . . . .      CLERK'S CERTIFICATE
                                                 I hereby certify that the foregoing is a correct copy of the original on file in my office.
                                                                                Clerk of the superior Court
[Seal]
                                                 By _____ Deputy

Stamps:
SAN QUENTIN STATE PRISON
RECORDS OFFICE
SAN QUENTIN, CA. 94964
JAN 7 8:42 AM '88

RECEIVED LEGAL PROCESSING '88 JAN -4 AM 11:16