# EXHIBIT 5

**CALIFORNIA DEPARTMENT OF JUSTICE**
**DISPOSITION OF ARREST AND COURT ACTION**

10160987

### A. LAW ENFORCEMENT INFORMATION

- ARRESTING/BOOKING AGENCY: CA0100000 — Sheriff's Dept., Fresno, Ca.
- BOOKING NO: 2266
- LOCAL NO. (OCA): 165 833
- POB: LA
- NAME (LAST, FIRST, MIDDLE): BOATMAN, Bertram Christopher
- SEX: M  DESCENT: N  HGT: 5-6  WGT: 140  EYES: BLK  HAIR: BLK  DATE OF BIRTH: 7-25-65
- ARREST DATE: 1-12-85
- WARRANT NO: CR-6750
- CHARGE 1 (SEC., CODE): PC261.5 Unlawful sexual intercourse w/minor  TYPE: F
- CHARGE 2 (SEC., CODE): PC261.5 Unlawful sexual intercourse w/minor  TYPE: F

REASON FOR RELEASE:
- ○ 849B (3) PC
- ○ 849B (1) PC — If 849B (1) PC, please check one of the following:
  - ○ COMPL. REFUSES TO PROS.  ○ ADMISS. EVID. INSUFF.
  - ○ ARRESTEE EXON.  ○ ASCERT. EVID. INSUFF.
  - ○ FURTHER INVEST.
  - ○ RELEASED TO OTHER AGENCY
  - ○ OTHER

I.D. NUMBERS:
- CII NO: 7674844
- FBI NO: 222694CA7
- S.S. NO: NONE
- D.L. NO: NLRC3647906

### B. PROSECUTION
REASON FOR REJECTION — CHARGE 1, CHARGE 2, CHARGE 3, CHARGE 4
○ 849.5 PC

### C. COURT INFORMATION
- DATE FILED: 5-9-84
- FILE NO: CR-6750
- CONSOLIDATED FILE NO:
- L.C. JUD. DIST. NO: 10675
- S.C. JUD. DIST. NO:
- TYPE OF FILING: ○ INFORMATION  ○ CERTIFICATION  ○ INDICTMENT

| # | TYPE FILING F/M | FIRST PLEA | FINAL PLEA | DISPOSITION | DATE | TYPE DISPO F/M | CHARGES AT DISPOSITION SECTION AND CODE | DEG | PRIOR |
|---|---|---|---|---|---|---|---|---|---|
| 1 | F x | NG x | G | conv | 2-4-85 | M x | PC 261.5 (Unl. Sex w/minor) | | |
| 2 | F x | NG x | G | conv | 2-4-85 | M x | PC 261.5 (Unl. Sex w/minor) | | |

TYPE OF TRIAL: ○ JURY  ○ COURT  ○ TRANSCRIPT
○ FINDING/VERDICT OF NOT GUILTY-INSANE

DATE OF SENTENCE | TRUE NAME

| SENTENCE | CHARGE 1 | SUS | CHARGE 2 | SUS | CHARGE 3 | SUS | CHARGE 4 | SUS |
|---|---|---|---|---|---|---|---|---|
| CYA | | | | | | | | |
| JAIL | | | | | | | | |
| FINE | | | | | | | | |
| RESTITUTION | | | | | | | | |
| OTHER | | | | | | | | |
| PROBATION | 17 PC | | 17 PC | | 17 PC | | 17 PC | |
| PRISON | SUS | | | | | | | |
| NOTES | | | | | | | | |
| REMARKS | | | | | | | | |

### D. PROCEEDINGS SUSPENDED
DATE: 
○ BW  ○ APPEAL  ○ 1000 PC  ○ CRC 3050 WIC  ○ CRC 3051 WIC  ○ NON-STAT DIVERSION  ○ 1203.03 PC  ○ MISTRIAL  ○ OTHER  ○ 1370 PC  ○ 1026 PC  ○ MDSO  ○ ST. HOSP.  ○ CO. MENTAL

### E. REOPEN OR RETRIAL AFTER
DATE: 
○ BW  ○ APPEAL  ○ JO PC  ○ CRC  ○ 1170 PC  ○ NON-STAT DIVERSION  ○ 1203.03 PC  ○ MISTRIAL  ○ HUNG JURY  ○ 1370 PC  ○ 1026 PC  ○ MDSO  ○ CYA  ○ JUV CRT  ○ LOWER CRT  ○ OTHER

### F. SUBSEQUENT ACTION
| DATE | PROBATION | ○ VIOLATED  ○ 1203.9 PC | ○ REVOKED  ○ 1203.3 PC | ○ REINSTATED  ○ EXPIRED |
| | | MODIFIED TO: ___ MOS ___ DS JAIL ___ FINE | | |
| DATE | CONVICTION SET ASIDE/REDUCED/DISMISSED | ○ 1203.4 PC  ○ 3200 WIC | ○ 1203.4a PC  ○ REDUCED 17 PC | ○ 1772 WIC  ○ OTHER |
| DATE | RECORD SEALED | ○ 851.7 PC  ○ 389 WIC | ○ 851.8 PC  ○ 781 WIC | ○ 1203.45 PC  ○ OTHER |

JUS 8715 (Rev. 1/1/78)

ARRESTING AGENCY COPY

ID MADE

| BOOKING NO. | NAME - LAST, FIRST, MIDDLE | | | DATE | TIME | CELL NO. |
|---|---|---|---|---|---|---|
| 2266 | BOATMAN, BERTRAM, CHRISTOPHER | | | 1-21-85 | 22:10 HRS. | 4F |
| ADDRESS | | | PHONE | ALIAS | | CASE NO. |
| 21398 S. KINCADE RIVERDALE, CA. | | | 867-3302 | S/ NONE | | N.I. |
| ARRIVED AT JAIL | DATE OF ARREST | TIME OF ARREST | WHERE ARRESTED | | | |
| 2200 HRS. | 1-21-85 | 2205 HRS. | F.C.D.F | | | |

WRITE SPECIFIC CHARGES, CODE AND PRIOR
[CT #1] CT.1 PC 261.5 #10508A WARRANT UNLAWFUL SEXUAL INTERCOURSE W/MINOR
ARRESTING AGENCY NOTIFIED
[CT #2] PC 261.5, PC 261.5 BENCH WARRANT UNLAWFUL SEXUAL INTERCOURSE W/MINOR
INMATE PHOTO
[CT #3]   I.D. NO. NONE

| ARRESTING OFFICER | AGENCY/LOCATION | | TRANSPORTING OFFICER/AGENCY | | | | | |
|---|---|---|---|---|---|---|---|---|
| R. BRIANO | FSO FRESNO | | SEC. AIR | | | | | |
| DATE OF BIRTH | PLACE OF BIRTH - CITY/STATE | | RACE | SEX | HAIR | EYES | HEIGHT | WEIGHT | AGE |
| 7-25-65 | LOUISIANA | | NEG | M | BLK | BLK | 5-6 | 140 | 19 |

MARKS - SCARS - TATOOS
6" SCAR ON R/SHOULDER    2" SCAR TOP OF R/WRIST

"T" SHAPE SCAR TOP OF L/HAND NEAR WRIST

| FORMER HOME ADDRESS | CONDITION & ATTITUDE |
|---|---|
| 22360 S. BRYANT   RIVER DALE | SOB. COOP. |
| NAME - RELATIONSHIP - ADDRESS - PHONE NO. OF NEAREST RELATIVE OR FRIEND | OCCUPATION |
| AIDA BOATMAN, MOM, # 222-7710, 4954 N. HALL# 101, FRESNO | WELL DRILER |
| ILLNESS OR INJURY AT TIME OF ARREST OR BOOKING   INFIRMARY NOTIFIED (NAME) | SOCIAL SECURITY NO. |
| S/ "NO" NONE VIS. | NONE |
| EMPLOYER         (ADDRESS) | CALIF. DRIVER'S LICENSE NO. |
| UNEMPLOYED | N.I.P |

| BOOKING OFFICER | SEARCHED BY | TELEPHONE CALLS - NAME | PHONE NUMBER | INITIALS |
|---|---|---|---|---|
| BRIANO | BRIANO | #1 NO CALLS WANTED AT TIME OF BKG. | | ᚷC |
| HOW ARRESTED | PICK-UP | WARRANT XX | COMM. | REM. ORD. | SUP. CRT. | #2 | | ᚷC |

| AMT. OF COIN | WALLET | WATCH | RING | GLASSES | LIGHTER | KEYS | KNIFE | PROPERTY TAG | VEHICLE STORED AT |
|---|---|---|---|---|---|---|---|---|---|
| $ 14.00 | BLK | | | | | | | NONE | N/A |

JUDICIAL DISTRICT AND JUDGE - WARRANT NO. - DATE ISSUED - BAIL
(CT #1) FRESNO, JD. ARDAIZ, # 709718 1, doi: 12-11-84, $ 136.00
(CT #2) RIVERDALE, JD. AARON, # CR-6750, doi: 10-31-84, $ 20,000.00

| PRINTED BY | LEFT THUMB | RIGHT THUMB | MISCELLANEOUS |
|---|---|---|---|
| Warren | | | 1O S 1 U   III 2 |
| FRE NO NO. 165 833 | | | S 1 U TR I-T 2 |
| RECORD SEARCHED BY | | | I HEREBY AUTHORIZE THE SHERIFF OR JAILERS TO RECEIVE AND OPEN ALL MY MAIL WHILE I AM CONFINED IN THE FRESNO COUNTY JAIL. SIGNATURE IS NOT AN ACKNOWLEDGMENT OF GUILT. |
| JAN 21 1985 DM | | | BY Bert Boatman |
| NFPC ☐   N-R ☐ | | | |

COUNTY OF FRESNO - SHERIFF'S DEPT.
SECURITY DIVISION

I.D. COPY

55M: MOORE: B03365: 4-84

| COUNT | OFFENSE | COMMITTED BY / DATE COMMITTED | HOW RELEASED / DATE RELEASED |
|---|---|---|---|
| COUNT 1 | 40508A FTA WARRANT | | dism zerga<br>1-22-85 jke |
| COUNT 2 | PC 261.5, 261.5 BENCH WARRANT | | CASE DISM AARON<br>2-4-85 RAE |
| COUNT 3 | | | |
| COUNT 4 | | | |
| COUNT 5 | | | |
| COUNT 6 | | | |
| COUNT 7 | | | |
| COUNT 8 | | | |
| COUNT 9 | | | |

REMARKS

ID. MADE

| BOOKING NO. | NAME - LAST, FIRST, MIDDLE | | | DATE | TIME | CELL NO. |
|---|---|---|---|---|---|---|
| 13667 | BOATMAN, BERTRAN CHRIS | | | 04-30-84 | 1710 HRS. | 4F |

| ADDRESS | PHONE | ALIAS | CASE NO. |
|---|---|---|---|
| 21398 S. KINCAID RIVERDALE, CA. | 867-3302 | S/ NONE | N/I |

| ARRIVED AT JAIL | DATE OF ARREST | TIME OF ARREST | WHERE ARRESTED |
|---|---|---|---|
| 1640 HRS. | 04-30-84 | 1500 HRS. | T. WHITNEY & FELAND |

WRITE SPECIFIC CHARGES - CODE AND SECTION
[CT #1] PC 836 PC 261(2) (Rape by force or fear)
[CT #2] PC 836 PC 261(2) (Rape by force or fear)
[CT #3]

ARRESTING AGENCY NOTIFIED DATE
I.D. NO. 1

INMATE PHOTO

| ARRESTING OFFICER | AGENCY/LOCATION | TRANSPORTING OFFICER/AGENCY |
|---|---|---|
| HERZOG / SOUZA | S.D. FRESNO | HERZOG   FSD. |

| DATE OF BIRTH | PLACE OF BIRTH - CITY/STATE | RACE | SEX | HAIR | EYES | HEIGHT | WEIGHT | AGE |
|---|---|---|---|---|---|---|---|---|
| 07-25-65 | LOUISANNA | NEG | M | BLK | BRN | 5-6 | 140 | 18 |

MARKS - SCARS - TATOOS
"V" SHAPE SCAR ON LEFT WRIST, 4 INCH SCAR ON RIGHT SHOULDER, 1 INCH SCAR L.O.F.A.

| FORMER HOME ADDRESS | CONDITION & ATTITUDE |
|---|---|
| LIFE AT PRESENT ADDRESS | SOBER & CO.OP. |

| NAME - RELATIONSHIP - ADDRESS - PHONE NO. OF NEAREST RELATIVE OR FRIEND | OCCUPATION |
|---|---|
| JIM BOATMAN (FATHER) SAME AS SUBJECT | GEN. LABOR |

| ILLNESS OR INJURY AT TIME OF ARREST OR BOOKING | INFIRMARY NOTIFIED (NAME) | SOCIAL SECURITY NO. |
|---|---|---|
| S/ NONE | | NONE |

| EMPLOYER | (NAME) | (ADDRESS) | CALIF. DRIVER'S LICENSE NO. |
|---|---|---|---|
| UNEMPLOYED | | | C3647906 |

| BOOKING OFFICER | SEARCHED BY | TELEPHONE CALLS - NAME | PHONE NUMBER | INITIALS |
|---|---|---|---|---|
| CHACON | CHACON | #1 AEIDA BOATMAN | 867-3302 | BB |
| HOW ARRESTED X | PICK-UP  WARRANT  COMM.  REM ORD.  SUP. CRT. | #2 JIM BOATMAN | 222-2069 | BB |

| AMT. OF COIN | WALLET | WATCH | RING | GLASSES | LIGHTER | KEYS | KNIFE | PROPERTY TAG # | VEHICLE STORED AT |
|---|---|---|---|---|---|---|---|---|---|
| $156.47 | X | | | | DISP | | X | | N/I |

JUDICIAL DISTRICT AND JUDGE - WARRANT NO. - DATE ISSUED - BAIL
[CT #1] XXXXXXXXXXXX
CT. 1 & 2, RIVERDALE, JD.

PRINTED BY: (signature)
FRESNO NO. 105-833
RECORD SEARCHED BY: (signature) APR 30 1984
NFPC ☐   N-R ☐

LEFT THUMB   RIGHT THUMB

MISCELLANEOUS
10 S / U   III 2
   S / UTR  I-I 2

I HEREBY AUTHORIZE THE SHERIFF OR JAILERS TO RECEIVE AND OPEN ALL MY MAIL WHILE I AM CONFINED IN THE FRESNO COUNTY JAIL. SIGNATURE IS NOT AN ACKNOWLEDGMENT OF GUILT.
BY Bert Boatman

20M; MOORE; 42859: 10-82

**COUNTY OF FRESNO - SHERIFF'S DEPT.**
SECURITY DIVISION

I.D. COPY

| OFFENSE | COMMITTED BY | HOW RELEASED |
|---|---|---|
| COUNT 1  PC836 PC 261.2 |  | OCF SEE CT#3 |
|  | DATE COMMITTED | DATE RELEASED  5-2-84MJ |
| SENTENCE |  |  |
| OFFENSE | COMMITTED BY | HOW RELEASED |
| COUNT 2  PC836 PC 261.2 |  | OCF see CT# 3 |
|  | DATE COMMITTED | DATE RELEASED  5-2-84MJ |
| SENTENCE |  |  |
| OFFENSE | COMMITTED BY | HOW RELEASED  SIB# ML436777 |
| COUNT 3  PC 261.5 (2 CTS.) |  | Smitty's Bail Bond |
|  | DATE COMMITTED | DATE RELEASED  5-3-84mj |
| SENTENCE |  |  |
| OFFENSE | COMMITTED BY | HOW RELEASED |
| COUNT 4 |  |  |
|  | DATE COMMITTED | DATE RELEASED |
| SENTENCE |  |  |
| OFFENSE | COMMITTED BY | HOW RELEASED |
| COUNT 5 |  |  |
|  | DATE COMMITTED | DATE RELEASED |
| SENTENCE |  |  |
| OFFENSE | COMMITTED BY | HOW RELEASED |
| COUNT 6 |  |  |
|  | DATE COMMITTED | DATE RELEASED |
| SENTENCE |  |  |
| OFFENSE | COMMITTED BY | HOW RELEASED |
| COUNT 7 |  |  |
|  | DATE COMMITTED | DATE RELEASED |
| SENTENCE |  |  |
| OFFENSE | COMMITTED BY | HOW RELEASED |
| COUNT 8 |  |  |
|  | DATE COMMITTED | DATE RELEASED |
| SENTENCE |  |  |
| OFFENSE | COMMITTED BY | HOW RELEASED |
| COUNT 9 |  |  |
|  | DATE COMMITTED | DATE RELEASED |
| SENTENCE |  |  |

REMARKS