# EXHIBIT 6

STATE DEPARTMENT OF JUSTICE
BUREAU OF CRIMINAL IDENTIFICATION AND INVESTIGATION
A. L. COFFEY, Chief of Bureau
P. O. Box 1859, Sacramento, California

## CRIME REPORT
## FRESNO COUNTY SHERIFF'S DEPARTMENT

1. CASE NO. 84-4361

| 2. CODE SECTION | 3. CRIME | 4. CLASSIFICATION | 5. REPORT AREA |
|---|---|---|---|
| PC261 | Rape | Residence | |
| 6. DATE AND TIME OCCURRED - DAY | 7. DATE AND TIME REPORTED | 8. LOCATION OF OCCURRENCE | |
| 4/23-25/84 | 4-30-84 1330 | 21398 So. Kincaid, Riverdale | |

| 9. VICTIM'S NAME LAST, FIRST, MIDDLE (FIRM IF BUSINESS) | 10. RESIDENCE ADDRESS | 11. RES. PHONE |
|---|---|---|
| Ashford, Amanda | 21736 So. Colusa, Fivepoints | 884-2684 |
| 12. OCCUPATION | 13. RACE-SEX | 14. AGE | 15. DOB | 16. BUSINESS ADDRESS (SCHOOL IF JUVENILE) | 17. BUS. PHONE |
| Student | wfj | 14 | 9-5-69 | Riverdale High School | |

CODES FOR BOXES 20 AND 30: V=VICTIM  W=WITNESS  P=PARENT  RP=REPORTING PARTY  DC=DISCOVERED CRIME
18. CHECK IF MORE NAMES IN CONTINUATION

| 19. NAME - LAST, FIRST, MIDDLE | 20. CODE | 21. RESIDENCE ADDRESS | 22. RESIDENCE PHONE |
|---|---|---|---|
| Charles, Tracy (Boucher) | W | 21722 Colusa, Fivepoints | 884-2238 |
| 23. OCCUPATION | 24. RACE-SEX | 25. AGE | 26. DOB | 27. BUSINESS ADDRESS (SCHOOL IF JUVENILE) | 28. BUSINESS PHONE |
| Student | WFJ | 16 | 2-4-68 | Riverdale High Sdhool | |

MODUS OPERANDI (SEE INSTRUCTIONS)

39. DESCRIBE CHARACTERISTICS OF PREMISES AND AREA WHERE OFFENSE OCCURRED
Unicorporated City-Heavily Populated -One family Res.- Bedroom Area

40. DESCRIBE BRIEFLY HOW OFFENSE WAS COMMITTED
Susp. rapes victim by force while victim is visiting susp. res. on two different occasions

41. DESCRIBE WEAPON, INSTRUMENT, EQUIPMENT, TRICK, DEVICE OR FORCE USED
Physical Force, Hands, Penis,

42. MOTIVE - TYPE OF PROPERTY TAKEN OR OTHER REASON FOR OFFENSE
Sexual Gratification

43. ESTIMATED LOSS VALUE AND/OR EXTENT OF INJURIES - MINOR, MAJOR
Unknown emotional-

44. WHAT DID SUSPECT/S SAY - NOTE PECULIARITIES
What we just did is between us.

45. VICTIM'S ACTIVITY JUST PRIOR TO AND/OR DURING OFFENSE
Visiting Suspect

46. TRADEMARK - OTHER DISTINCTIVE ACTION OF SUSPECT/S
Forces victim to have sex against will

47. VEHICLE USED - LICENSE NO. - ID NO. - YEAR - MAKE - MODEL - COLORS (OTHER IDENTIFYING CHARACTERISTICS)
DNA

| 48. SUSPECT NO. 1 (LAST, FIRST, MIDDLE) | 49. RACE-SEX | 50. AGE | 51. HT. | 52. WT. | 53. HAIR | 54. EYES | 55. ID NO. OR DOB | 56. ARRESTED |
|---|---|---|---|---|---|---|---|---|
| BOATMAN, Bertram CHRISTOPHER | NMA | 18 | 5-6 | 140 | blk | bro | 7-25-65 | YES |

57. ADDRESS, CLOTHING AND OTHER IDENTIFYING MARKS OR CHARACTERISTICS
21398 So. Kincaid, Riverdale, Ca.  CDL# C 3647906

| REPORTING OFFICERS | RECORDING OFFICER | TYPED BY | DATE AND TIME | ROUTED BY |
|---|---|---|---|---|
| S. FERNANDES | | | | |

FURTHER ACTION: NO
COPIES TO: (unchecked)

REVIEWED BY: [signature]
DATE: 5-1-84

CAL. JUS. CR #1 (REV. 2-28-69) SO-6

| FRESNO COUNTY SHERIFF'S DEPARTMENT | 69. Case No. 84-4361 | -2- |
|---|---|---|
| FRESNO, CALIFORNIA | | |

| 70. Code Section PC 261 | 71. Crime Rape | 72. Victim's Name Ashford, Amanda |
|---|---|---|

This Report pertains to an alleged rape of a 14 yr. old WFJ by a NMA, known to the victim. This report is limited to statements only. The susp. is in custody.

4-30-84 approximately 1500 hrs. R/O contacted Dep. J. Souza at Riverdale Highschool, in regard to a PC 261 victim at the school.

Deputy Souza advised R/O that the victim was in a very anguished state and that she had become so upset that she began throwing things, and had been in two different offices at the school, in an attempt to control her. R/O was also advised that the suspect was in the area. The victim was Amanda Ashford she had settled down at this time.

Approximately 1515hrs R/O contacted the victim at Riverdale H.S Counselors office.

Victim, Amanda Ashford, stated that on 4-23-84 she had ridden the bus to school from her residence, and in stead of going to school after her arrival there, she left the school grounds and went to the Circle-K Market in Riverdale. She said she had been at the market approximately 20 minutes, and the suspect, Bert Boatman came by and picked her up at approximately 0820 hrs. She said that they rode around around in Boatman's veh. for awhile, then went to Hanford for awhile, then returned to the suspects residence at 21398 So Kincaid, Riverdale. A friend, Mike Jones, was with them.

Victim Ashford states that Susp. Boatman had bought a new radio, and that she was going to install it into his veh. for him. The victim stated that Mike Jones left the res. and she and Boatman went into his room. She

| REPORTING OFFICERS S. FERNANDES | RECORDING OFFICER | TYPED BY | DATE & TIME |
|---|---|---|---|

| Further Action | Yes / No | Copies To | DET | DA | CII | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| | | | JUV | SO/PD | PAT | OTHER | REVIEWED BY | DATE |

SO-7 (Rev. 7/81)

**FRESNO COUNTY SHERIFF'S DEPARTMENT**
FRESNO, CALIFORNIA

| SR Case No. | -3- |
|---|---|
| 84-4361 | |

| 70. Code Section | 71. Crime | 72. Victim's Name |
|---|---|---|
| PC 261 | Rape | Ashford, Amanda |

that the suspect started to come on to her, and she couldn't beleive it because they had been friends awhile and never attracted to each other. She stated at first she thought that the suspect was just kidding, then he push-her down on his bed with both of his hands, causing her to land on her back.

The victim stated that the suspect then started to rip at her blouse, pulling the first button off, then un-buttoned the rest of the buttons. Susp. then took off the victim's jeans, panties and bra. She said that the suspect then removed his pants and shorts, then placed his penis into her vagina in an act of intercourse. The victim is unsure if the suspect had an erection at the time, and is also unsure if the suspect ejaculated. The victim said that someone came to the door of the residence, and when he got up to answer the door, she got up and began dressing. The victim said that after the susp. let the friends into the res. that the susp. came back to the bedroom, and told her "What we just did is between us". Victim said the friends went to the back yard, and she heard Mike Jones, who had returned, say "we are going to smoke a joint in the back yard."

The victim stated that she was so disgusted with the suspect that she told hem to take her back to the school, and she caught the school bus and went to her friends res. The friend is W- Tracy Charles (Boucher). The victim said that she told Tracy (W) that Bert had raped her.

The victim stated that the offence occured at approx. 1400/1500 hrs.

The victim stated that later she went home, but she did not say anything to her parents, because they have not been speaking, due to a disagreement that has been pending for a long while.

| REPORTING OFFICERS | RECORDING OFFICER | TYPED BY | DATE & TIME |
|---|---|---|---|
| S. FERNANDES | | | |

Further Action: Yes / No    Copies To: DET / JUV / DA / SO/PD / CII / PAT / OTHER / OTHER
REVIEWED BY    DATE

SO-7 (Rev. 7/81)

| | | 69. Case No. | |
|---|---|---|---|
| FRESNO COUNTY SHERIFF'S DEPARTMENT<br>FRESNO, CALIFORNIA | | 84-4361 | -4- |

| 70. Code Section | 71. Crime | 72. Victim's Name |
|---|---|---|
| PC 261 | Rape | Ashford, Amanda |

Victim stated that on 4-25-84, she ditched school again, and went to Hickey Park in Kings County, with Suspect Boatman, Mike Jones and Tracy (W). The victim explained that the reason she met with the susepct was to attempt to get evidence that he was a dope pusher, so that she could get revenge for his raping her. She stated that she and Tracy(W), had planned to get into the suspects residence to obtain some of the suspect's dope, and then turn him into the authorities.

The victim stated that nothing unusual happened while they were at the park, and they returned to the suspect's residence at approximately 1430hrs. She said that Mike Jones and (W) Tracy went outside in the back yard, and she went into the suspects bedroom where she knew that he kept some dope. She stated that she went into the suspect's bedroom while the suspect was in another part of the residence, and she went to his closet where she knew the suspect had a marijuana plant hanging over the clothes rod in the closet to dry. The victim stated that the suspect came into the bedroom and saw her in the closet, and threw her onto the bed and raped her again. The victim stated that this time she was able to push the suspect off of her, and she does not think that he had enough time to ejaculate.

The victim stated prior to the second rape that she resisted and told th suspect several times "NO,NO,NO".

R/O contacted (W) Tracy Charles (Boucher).

Tracy stated that on the 4-23-84, Amanda had come to her residence after school, and told her that Bert had raped her at his house. Tracy stated that

| REPORTING OFFICERS<br>S. FERNANDES | RECORDING OFFICER | TYPED BY | DATE & TIME |
|---|---|---|---|

| Further Action | Yes | Copies To | DET | DA | CII | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| | No | | JUV | SO/PD | PAT | OTHER | REVIEWED BY | DATE |

SO-7 (Rev. 7/81)

Dave McClain 9-5-85

| FRESNO COUNTY SHERIFF'S DEPARTMENT<br>FRESNO, CALIFORNIA | 84-4361 | -5- |
|---|---|---|

| 70. Code Section<br>PC 261 | 71. Crime<br>Rape | 72. Victim's Name<br>Ashford, Amanda |
|---|---|---|

Amanda appeared to be very upset, and that she stated that she was very disgusted with herself. Tracy(W) stated that she observed that the crotch of Amanda's pants were wet, and that she got the bed wet where she had been sitting.

Tracy(W) stated that they told her mother what had happened but had put it in such a way that her mother must not have understood what they were telling her. She said that they said something like Bert had done something to Amanda, and that was why she was so upset. Tracy said that her mother didn't do anything, possibly because she hadn't understood what they were saying.

Tracy stated that Amanda went home after awhile.

Tracy stated substantially the same as the victim in regard to 4-25-84, adding that she heard Amanda say NO,NO when she and Mike Jones were in the back yard. She stated that Amanda sounded scared. She stated d that she and Mike Jones went back into the residence, into the living room, and that Mike went to the bedroom door and tried to get in, but Tracy thought the door was locked to Bert's room because Mike couldn't get into the room, and came back to the living room.

Both of the girls stated that today, 4-30-84, at approximately 1030 hrs they had ditched school and were walking past the Texaco gas station, and the suspect drove by them and pointed what they thought was a deer rifle at them as he drove by. The Girls said that the suspect was driving So.Bnd. past the gas station approaching Mt. Whitney, and when he passed them that he was driving the car with one hand on the wheel, and holding the gun in his

| REPORTING OFFICERS<br>S. Fernandes | RECORDING OFFICER | TYPED BY | DATE & TIME |
|---|---|---|---|

Further Action: Yes ☐ No ☐  Copies To ☐  DET ☐  DA ☐  CII ☐  OTHER ☐  JUV ☐  SO/PD ☐  PAT ☐  OTHER ☐  REVIEWED BY  DATE

SO-7 (Rev. 7/81)

| FRESNO COUNTY SHERIFF'S DEPARTMENT | 69. Case No. | |
|---|---|---|
| FRESNO, CALIFORNIA | 84-4361 | -6- |

| 70. Code Section | 71. Crime | 72. Victim's Name |
|---|---|---|
| PC 261 | Rape | Ashford, Amanda |

right hand pointing it at them. The girls said that they then went to the school and reported the rape and the gun to the counselor, Mr. Clark.

Both of the girls stated prior to the gun incident that the suspect was coming from the Riverdale Primary School So. of Mt. Whitney, and that he approached them with his car in a threatening manner, and said, " Get your fucking ass out of my way."

R/O was advised by Deputy Sousa that the suspect was being detained in front of the school by Det. Herzog. R/O advised to place the susp. into custody PC 836-PC 261.2 (2 cts.) Suspect was transported to FCJ by Det. Herzog.

R/O was advised by Dep. Souza that the gun incident had been reported by the Primary School and he had been dispatched. He stated that he had effected a traffic stop of the suspect, and found him to be in possession of 2 air-rifles, one was broken. The suspect told Dep. Souza that he had been hunting and shooting at birds in the area. Dep. Souza advised the susp. to leave the area and to take the air rifles home.

Dep. Souza stated that he was unaware at the time of the traffic stop that the girls had been threatened by the suspect. The rape was reported after the traffic stop and the suspect was released. (See Dep. Souza F/U)

This report is limited to statements only.

The victim reported that she has the blouse that was torn by the susp.

| REPORTING OFFICERS | RECORDING OFFICER | TYPED BY | DATE & TIME |
|---|---|---|---|
| S. Fernandes | | | |

Further Action: ☐ Yes ☐ No   Copies To: ☐ DET ☐ JUV ☐ DA ☐ SO/PD ☐ CII ☐ PAT ☐ OTHER ☐ OTHER

REVIEWED BY                     DATE

SO-7 (Rev. 7/81)

| FRESNO COUNTY SHERIFF'S DEPARTMENT<br>FRESNO, CALIFORNIA | 69. Case No.<br>84-4361 | -7- |
|---|---|---|

| 70. Code Section | 71. Crime | 72. Victim's Name |
|---|---|---|
| PC 261- | Rape | Ashford, Amanda |

at her residence. She will provide R/O with the blouse at a later time.

The victim was not transported for a medical exam. due to the passage of time to obtain evidence, however, the victim was told that she would be transported to VMC to make sure she had not suffered any injuries, and for pregnancy and VD tests. The victim declined, stating that she knew that she was not pregnant because she had just started her period this date, and she did not want to go to VMC at this time. She stated that she would go to an clinic in the Coalinga area at a later date for a VD exam. She stated that she has been sexually active prior to the assault, with other boyfriend.

The victim advised that she had washed both pairs of jeans, and panties after both assaults prior to reporting the rape.

The victim stated that she had seen numerous guns at the suspects res. on prior occassions, and that is why she thought that the weapon pointed at them on this date was a deer rifle.

The victim stated that the suspect sells marijuana to local kids, and also deals in crosstops, and other drugs.. She stated that the suspect keeps plastic bags of marijuana in his closet at his residence, and rolled joints in an orange Tupperware sandwich container in the trunk of his veh. most of the time.

Susp. veh. is a 1978 Ford, T-Bird, Dark Blu in color, Cal.Plates, 700 Vuu.

case pending.

| REPORTING OFFICERS<br>S. Fernandes | RECORDING OFFICER | TYPED BY | DATE & TIME |
|---|---|---|---|

| Further Action | Yes | Copies To | DET | DA | CII | OTHER | | |
|---|---|---|---|---|---|---|---|---|
| | No | | JUV | SO/PD | PAT | OTHER | REVIEWED BY | DATE |

SO-7 (Rev. 7/81)