# EXHIBIT 7

NAME and NUMBER   BOATMAN, Christopher D-65055

CDC-128-A (Rev. 4/74)

On 7-14-93 at approximately 1000 hours, an envelope with a trust withdrawal slip attached, was received in R&R through Institutional mail from Inmate Boatman, D-65055, 12-114-L. The envelope contained a pair of purple earrings. The trust withdrawal was for postage to send the earring to an Aieda Boatman Tripp. Further investigation revealed that Inmate Boatman was not assigned to a hobby or craft program. I contacted Inmate Boatman via Institutional telephone regarding this issue. During the conversation, Baotman stated, "I bought the earring off a guy on the yard." Boatman was told the items were contraband and were being confiscated. The earrings were retained in R&R and processed according to contraband disposal procedures. Subject is aware of this report.

R. ROWLAND
Correctional Sergeant
R & R, 2nd/W

REDUCED TO CDC-128A BY SENIOR HEARING OFFICER D. J. SPANGLER, CDC-115 LOG# S2-93-07-980.
   DATE 8-5-93
                                                                  CUSTODIAL COUNSELING

CDC-108

CHRONO SHEET

128A



| STATE OF CALIFORNIA | | | | DEPARTMENT OF CORRECTIONS CDC 128 A (8-87) |
|---|---|---|---|---|
| **NAME and NUMBER** | BOATMAN | D-65055 | 2N098U | SAN QUENTIN |

On Thursday, April 22, 1999, while working position #496, North Block Second Tier Officer, I noticed that Inmate BOATMAN/D-65055 assigned to cell 2N098U, failed to stand for the 1600 hour Institutional Count. All inmates are aware that they are required to stand by their bunks with the lights on for the 1600 hours Institutional Count. Any further violations of this nature will result in a CDC-115. Subject is aware of this report.

ORIG:   Central File  
cc:     CC-I  
        Inmate

D. L. Bradley  
Correctional Officer  
Unit III, North Block

DATE    April 22, 1999    –§3017 RESPONSIBILITY FOR COUNT–    **CUSTODIAL COUNSELING**

Correctional Sergeant  
R & R, 2nd/W

REDUCED TO CDC-128A BY SENIOR HEARING OFFICER D. J. SPANGLER, CDC-115 LOG# S2-93-07-980.  
   DATE 8-5-93                                                     CUSTODIAL COUNSELING

**CHRONO SHEET —**

CDC-108

128A