**EXHIBIT 8**

# MENTAL HEALTH EVALUATION
## FOR THE BOARD OF PRISON TERMS
## JANUARY 2005 LIFER HEARING
## SAN QUENTIN STATE PRISON

This report is based on a review of the inmate's central and medical files, a life history questionnaire completed by the inmate, and a personal interview of one hour on 1/14/05.

The report focuses on the issue of the inmate's dangerousness as a result of the Board's concern that the report of 9/04 was not specific enough in this area. Additional information which is relevant to the inmate's potential for dangerousness will also be included. The Board is respectfully directed to previous evaluations for information concerning other domains.

**Identifying Information**: Mr. Boatman, who goes by the nickname of Bert, is a 39 year-old single male who self-identifies as African-American. He is a first termer who was received into CDC on 9/3/87 and is serving a sentence of 15 years to Life for Murder in the Second Degree with Use of a Firearm. He is of slightly less than medium height, with athletic build and shaved head. He presented as very well groomed, friendly, polite, and open.

**Family History**: Mr. Boatman indicated that his parents' separation when he was 15 years old was an important factor in his development. He stated that, looking back, he realizes he felt empty and anxious and did not know how to ask for help. However, the inmate did not appear to be blaming his parents or shifting his responsibility in any way. In fact, he added that he felt his use of drugs played a more important part in his subsequent behavior.

**Substance Abuse History**: Mr. Boatman stated that he began using drugs at the age of 15. He indicated that he used alcohol and marijuana from the age of 15 to 20 and used cocaine from the age of 18 to 20. He stated that he "didn't care about anything" when he was using and feels it was "a major factor" in his subsequent behavior. Mr. Boatman stated that he has not used any substances, however, for the past 18 years.

**Plans if Granted Release**: Mr. Boatman's statements during this interview were consistent with those of the 9/04 report. Aside from living arrangements and vocational plans, he stated that he plans to participate in Narcotics Anonymous and to continue with his current program by giving to his community. He would like to share his story, based on his experience with drugs and crime, and to become a mentor. He stated that he would also like to marry and have children.

BOATMAN, CHRISTOPHER D65055                                  January 14, 2005

**Diagnostic Impression:**
Axis I:     V71.09      No Diagnosis on Axis I
Axis II:    V71.09      No Diagnosis on Axis II
Axis III:               None
Axis IV:                Incarceration
Axis V:                 GAF=81

**Review of Life Crime**: Mr. Boatman's account of the instant offense and his statements concerning his responsibility and his sense of remorse were consistent with previous reports. Mr. Boatman stated quite clearly that he feels responsible for what happened and that he is sorry for what happened. He stated that he pleaded guilty to the crime "so that the victim's family would not be dragged through the pain [of a jury trial]."

**Assessment of Dangerousness**: A number of factors were considered in assessing Mr. Boatman's current level of dangerousness. Factors that are favorable for the inmate are, first, that he did not actually commit the murder himself. Second, he does not have a history of violent criminal behavior. He has a minimal criminal history and no juvenile record. Third, he has not received any 115's in his 18 years of incarceration. Fourth, he does not have a history of serious mental health problems. While he does have a history of substance abuse, it appears that he has been clean and sober for the past 18 years, and he has participated in NA as well as other self-help programs to aid his recovery. In addition, he appears to have strong support from a stable family and friends. Other factors in his favor are that he has earned his GED and has worked at a variety of jobs since his incarceration with laudatory performance evaluations.

This examiner does not believe that there are any factors that are unfavorable at this point in time. Mr. Boatman was convicted twice for theft prior to the instant offense and served six months in jail for the second offense. The inmate was quite forthcoming about his history and self-reflective about the changes that he feels he has made over the years. Mr. Boatman stated he feels he has matured. He feels that he has come to trust people and indicated that this is because he now chooses his friends carefully. He added that he chooses people who are positive and successful. In turn, he feels grateful for the support he has received.

Mr. Boatmen appears eager to work and to involve himself in the community. He appears to understand the importance of his continued participation in 12 step programs and wants to give to his community, particularly to those affected by drugs and crime.

==It is this examiner's professional opinion that Mr. Boatman would pose a low risk if he were to be released into the community at this time.==

BOATMAN D65055                    San Quentin                         1/14/05
                                  Page 2