# EXHIBIT 10

IN THE

# Court of Appeal of the State of California

IN AND FOR THE

## Fifth Appellate District

COURT OF APPEAL
FIFTH APPELLATE DISTRICT
**FILED**

FEB 0 8 2007

LEISA V. BIGGERS, CLERK/ADMINISTRATOR
By_____
Deputy

In re

CHRISTOPHER BOATMAN,

On Habeas Corpus.

F052065

BY THE COURT*:

The "Petition For Writ Of Habeas Corpus," filed in this court on January 23, 2007, is denied.

_____ Acting P.J.

*Before Harris, Acting P.J., Cornell, J., and Gomes, J.