# EXHIBIT 11

Court of Appeal, Fifth Appellate District - No. F052065
S150361

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

In re CHRISTOPHER BOATMAN on Habeas Corpus

The petition for review is denied.

SUPREME COURT
FILED

MAY - 9 2007

Frederick K. Ohlrich Clerk

_____
Deputy

GEORGE
_____
Chief Justice