CHRISTOPHER BOATMAN
D-65055, 2N-98 UP
SAN QUENTIN STATE PRISON
SAN QUENTIN, CA 94974

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHRISTOPHER BOATMAN,** | No. C 07-3412 SI |
| Petitioner, | **MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE TO RESPONDENT'S ANSWER** |
| v. | |
| **ROBERT AYERS, JR., Warden,** | |
| Respondent. | Judge: The Honorable Susan Illston |

Petitioner, CHRISTOPHER BOATMAN, respectfully requests this

Court for an extension of time to file the Traverse to Respondent's Answer

to the Order to Show Cause. The Traverse is due on February 29, 2008.

Petitioner is request for the extension of time is due to the unavailability of

legal assistance at this time in meeting the deadline. Inmate Hector Oropeza

has been helping me throughout the process, however, due to other deadlines

that he is working on, he is unavailable to assist me at this time.

1

I am requesting that the extension of time be given for an additional 20 days, including March 20, 2008 to file the traverse. Hector Oropeza stated that he is able to assist me in March.

DATED: February 14, 2008

Respectfully submitted:

*Christopher Boatman*
Christopher Boatman
In pro per

CHRISTOPHER BOATMAN
D-65055, 2N-98 UP
SAN QUENTIN STATE PRISON
SAN QUENTIN, CA 94974


IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| **CHRISTOPHER BOATMAN,** | ) No. C 07-3412 SI |
| | ) |
| Petitioner, | ) **DECLARATION OF HECTOR** |
| | ) **OROPEZA IN SUPPORT** |
| v. | ) **OF AN EXTENSION OF TIME** |
| | ) |
| **ROBERT AYERS, JR., Warden,** | ) Judge: The Honorable |
| | )         Susan Illston |
| Respondent. | ) |

I, Hector Oropeza, declare:

1. That I am not a party of the above entitled case;

2. That I have assisted Christopher Boatman in filing all the documents in the instant case;

3. That due several deadlines that I have been working on in other cases, including: John Cabales v. R. Ayers; Harry Barton v. Ayers; Ronald Reynolds v. R. Ayers; and Oropeza v. Ayers; I am unable to give the instant case the attention necessary to address the Respondent's allegations and arguments.

3

4. I will be available by March 1, 2008 and will need at least 20 days to prepare the Traverse.

I declare under the penalty of perjury under the laws of the State of California that the foregoing declarations are true and correct, except as to matter that are stated on my information and belief, and as to those matters, I believe them to be true.

Dated: February 14, 2008

Signature of Declarant

## PROOF OF SERVICE

I, <u>Noel Valdivia Sr. C-29917</u>, declare that I am over the age of 18 years of age and not a party to this matter. I am familiar with the business practice of the San Quentin's Correctional staff of collection and processing of correspondence for mailing with the United States Postal Service.

On February 14, 2008, I served the attached **"MOTION FOR EXTENTION OF TIME FOT FILE TRAVERS TO RESPONDENT'S ANSWER"** by placing a true copy thereof enclosed in a sealed envelope with postage thereon addressed as follows:

OFFICE OF THE ATTORNEY GENERAL
455 GOLDEN GATE AVE. SUITE 11000
SAN FRANCISCO, CA 94102-7004

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on this 14, day of February 2008, at San Quentin State Prison 94964.

*[signature]*
Declarant

Christopher Boatman
P.O. Box D65055 # 2W 98
San Quentin State Prison
San Quentin, CA 94974

LEGAL MAIL

NORTH BAY CA 949
19 FEB 2008 PM 3 L

Clerk of the Court, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102