UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BOATMAN,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT AYERS, warden,<br><br>    Respondent.<br>_____ / | No. C 07-3412 SI (pr)<br><br>**ORDER EXTENDING DEADLINE** |

    Petitioner has filed a motion for an extension of time to file his traverse in support of his petition for writ of habeas corpus. Upon due consideration, the court GRANTS petitioner's motion. (Docket # 8.) Petitioner must file and serve his traverse no later than **April 4, 2008**.

    IT IS SO ORDERED.

DATED: February 28, 2008

                                          SUSAN ILLSTON<br>
                                  United States District Judge