Amitai Schwartz (State Bar #55187)
Lisa M. Sitkin (State Bar #194127)
Law Offices of Amitai Schwartz
Watergate Towers
2000 Powell Street, Suite 1286
Emeryville, CA 94608
(510) 597-1775 (tel.)
(510) 597-0957 (fax)
attorneys@schwartzlaw.com

Attorneys for Appellant
  Christopher Boatman

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BOATMAN,<br><br>    Petitioner,<br><br>vs.<br><br>ROBERT AYERS, Warden,<br><br>    Respondent. | No. C-07-3412 SI (PR)<br><br>NOTICE OF SUBSTITUTION OF COUNSEL |

1  I, Christopher Boatman, hereby substitute

2  Amitai Schwartz (CSB# 55187)
   Law Offices of Amitai Schwartz
3  2000 Powell St., Ste. 1286
   Emeryville, CA 94608
4  Phone: (510) 597-1775
   Fax: (510) 597-0957
5  Email: attorneys@schwartzlaw.com

6  in place and stead of Christopher Boatman, in pro per, as counsel for Petitioner.

7

8                                              Respectfully submitted,

9

10  Dated: March 24, 2008          /s/ Christopher Boatman
                                   Christopher Boatman
11

12

13  The above substitution is accepted.

14

15  Dated: March 31, 2008          /s/ Amitai Schwartz
                                   Amitai Schwartz
16                                 Attorney for Petitioner

17

...

28  No. C-07-3412 SI (PR)
    NOTICE OF SUBSTITUTION OF COUNSEL        2