1  Amitai Schwartz (State Bar #55187)
   Lisa M. Sitkin (State Bar #194127)
2  Law Offices of Amitai Schwartz
   Watergate Towers
3  2000 Powell Street, Suite 1286
   Emeryville, CA 94608
4  (510) 597-1775 (tel.)
   (510) 597-0957 (fax)
5  attorneys@schwartzlaw.com

6
   Attorneys for Appellant
7    Christopher Boatman

8

9

10              UNITED STATES DISTRICT COURT

11           FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  CHRISTOPHER BOATMAN,          )
                                  )  No. C-07-3412 SI (PR)
14       Petitioner,              )
                                  )  NOTICE OF SUBSTITUTION OF
15       vs.                      )  COUNSEL
                                  )
16  ROBERT AYERS, Warden,         )
                                  )
17       Respondent.              )
                                  )
18  _____ )

19

20

21

22

23

24

25

26

27

28  No. C-07-3412 SI (PR)
    NOTICE OF SUBSTITUTION OF COUNSEL              1

1  I, Christopher Boatman, hereby substitute

2  Amitai Schwartz (CSB# 55187)
   Law Offices of Amitai Schwartz
3  2000 Powell St., Ste. 1286
   Emeryville, CA 94608
4  Phone: (510) 597-1775
   Fax: (510) 597-0957
5  Email: attorneys@schwartzlaw.com

6  in place and stead of Christopher Boatman, in pro per, as counsel for Petitioner.

8                                          Respectfully submitted,

10 Dated: March 24, 2008              *Christopher Boatman*
                                       Christopher Boatman

13     The above substitution is accepted.

15 Dated: March 31, 2008              *Amitai Schwartz*
                                       Amitai Schwartz
16                                     Attorney for Petitioner

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Susan Illston]

28 No. C-07-3412 SI (PR)
   NOTICE OF SUBSTITUTION OF COUNSEL                2