Amitai Schwartz (State Bar #55187)
Lisa M. Sitkin (State Bar #194127)
Law Offices of Amitai Schwartz
Watergate Towers
2000 Powell Street, Suite 1286
Emeryville, CA 94608
(510) 597-1775 (tel.)
(510) 597-0957 (fax)
attorneys@schwartzlaw.com

Attorneys for Appellant
  Christopher Boatman

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BOATMAN,<br><br>    Petitioner,<br><br>vs.<br><br>ROBERT AYERS, Warden,<br><br>    Respondent. | No. C-07-3412 SI (PR)<br><br>DECLARATION OF PETITIONER CHRISTOPHER BOATMAN IN SUPPORT OF TRAVERSE TO ANSWER TO PETITION FOR A WRIT OF HABEAS CORPUS |

I, Christopher Boatman, declare:

The exhibits submitted by me in support of the Traverse to the Answer to the Petition for a Writ of Habeas Corpus are true and correct copies of the originals of each document. Each document is authentic, in that it is what it purports to be or is otherwise self-authenticating.

//

//

//

//

No. C-07-3412 SI (PR)
DECLARATION OF CHRISTOPHER BOATMAN
IN SUPPORT OF TRAVERSE TO ANSWER

1

1   I declare under penalty of perjury that the foregoing is true and correct.

2   Executed this 24 day of March, 2008 at San Quentin, California.

            Christopher Boatman
            Christopher Boatman