1  Amitai Schwartz (State Bar #55187)
   Law Offices of Amitai Schwartz
2  Watergate Towers
   2000 Powell Street, Suite 1286
3  Emeryville, CA 94608
   (510) 597-1775 (tel.)
4  (510) 597-0957 (fax)
   attorneys@schwartzlaw.com
5

6  Attorney for Petitioner
     Christopher Boatman
7

8

9

10                    UNITED STATES DISTRICT COURT

11                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  CHRISTOPHER BOATMAN,           )
                                   )   No. C-07-3412 SI (PR)
14        Petitioner,              )
                                   )   INDEX OF EXHIBITS IN SUPPORT
15        vs.                      )   OF PETITIONER'S TRAVERSE AND
                                   )   REPLY TO ANSWER TO PETITION
16  ROBERT AYERS, Warden,          )   FOR WRIT OF HABEAS CORPUS;
                                   )   MEMORANDUM OF POINTS AND
17        Respondent.              )   AUTHORITIES IN SUPPORT
                                   )
18  _____ )

19        Exhibit A    2006 Board of Parole Hearings Support Letters

20        Exhibit B    Support Letters

21        Exhibit C    Certificates

22        Exhibit D    Psychological Evaluations

23        Exhibit E    Chronos

24        Exhibit F    2006 Certificates

25        Exhibit G    2006 Life Prisoner Evaluation Report

26        Exhibit H    Initial Board of Prison Terms Hearing

27        Exhibit I    First Subsequent Board of Prison Terms Hearing

28  No. C-07-3412 SI (PR)
    Index of Exhibits
                                    1

| | | |
|---|---|---|
| 1 | Exhibit J | Second Subsequent Board of Prison Terms Hearing |
| 2 | Exhibit K | Third Subsequent Board of Prison Terms Hearing |
| 3 | Exhibit L | Governor Letter, December 20, 2002 |
| 4 | Exhibit M | Fourth Subsequent Board of Prison Terms Hearing |
| 5 | Exhibit N | Fifth Subsequent Board of Prison Terms Hearing |
| 6 | Exhibit O | Governor Letter, August 24, 2005 |
| 7 | Exhibit P | Sixth Subsequent Board of Parole Hearings Hearing |