**Ontre C. Boatman**
*7402 Micron Drive, San Antonio, Texas 78251    (210) 680-6385*
*Email:* oboatman@satx.rr.com

May 2006

# STATE OF CALIFORNIA
## Board of Parole Hearings

REF: Bertram Christopher Boatman [D65055]

Letter of Support

Dear Board Officials,

I construct this letter hoping that it is read and received well by all eyes that may happen to read the scribing. I serve to provide the Board and all others with information about my never-ending support for my brother: I/We seek an affirmative parole release for Bert and hope to display that he will be duly cared for and assisted by his family, friends and others. I, and others, have been committed to ensuring that Bert has the requisite tools and support to foster a promising life beyond his prison term. Bert has many opportunities for success and has shown an awesome ability to harbor an accommodating lifestyle during his incarceration. Bert's fortitude is apparent, as is his kindness, understanding, and ability to effectuate positive change.

Bert has previously been found suitable for release and we again hope that he will be subsequently approved for parole. Bert will have the opportunity to work for others and/or operate his own business if he so chooses. Bert has employment offers from several companies. He can also alternatively manage the California operations of American Cocoa Shell – one of our family businesses: we sell cocoa bean shell mulch and he could handle the delivery and accounts of buyers in California. This is just one alternative that Bert has for supporting a productive lifestyle, given the opportunity to parole. The company website is www.AmericanCocoaShell.com. Our parent company is "All American Business Factory" and the details of our operation can be found on our website www.AABusinessFactory.com, phone number is (210) 286 – 9432.

I have supported Bert's efforts to continuously improve. He has developed and prepared himself for the challenges of the day. I am proud of Bert's character, as his transformation is

**Ontre C. Boatman**
*(Page 2)*

---

evidently clear and impressively positive.  He has become a source for inspiration, joy, and understanding.  Bert adds value to every relationship he forms, and does so in a positive, spirited, and comforting manner.

As Bert's younger Brother, I have gone to him on many occasions to seek advice and feedback. I am thankful for his support of my goals and continued endeavors.  Bert provides me with great information and has inspired me to perform at a higher level.  Our relationship has been bridled only by geographical restraints; Bert and I have unwavering love and support for each other.

I live in San Antonio and therefore my home cannot serve as the primary residence for Bert, but when such is possible, he is welcome and encouraged.  Meanwhile, our sister Arleen has residential provisions for Bert and we will all collectively ensure that Bert has any additional provisions.  Our sister Arleen is prepared and committed to Bert's comfort and successful transition, as is Bert's entire network of family and friends.  We will provide all that we have and aim to serve as an incubator for Bert's individual success.

I welcome any and all inquiries regarding this and related matters.  Please review my previous support letters for additional information.  I am committed to Bert, my family, and my community. I have respectfully displayed all the traditions of an honorable American citizen and have represented our family with grace.  I am a service-connected blinded veteran, adjunct college professor, business owner, community volunteer, mentor, and more.  I reveal this only to serve as a method to help better acquaint you with Bert's family and our offerings.

I hope that Bert's hearing proceedings lead to his parole.  Thank you all for your time, efforts, and consideration.  We will do all that is required of us to aid Bert with his transition.  We plead for a parole confirmation and subsequent parole.

Sincerely,

Ontre Boatman

**Arleen M. Boatman**
*3880 N. Fruit. Apt. #106, Fresno, Calif. 93705     (559) 221-1668*

June 2006

## STATE OF CALIFORNIA
Board of Parole Hearings

REF: Bertram Christopher Boatman [D65055]

Letter of Support

Dear Board Officials,

I wanted to write an additional support letter for my brother Bert's nearing parole board hearing. My last letter should have mentioned that my home can serve as Bert's primary residence upon release from imprisonment. I welcome Bert to stay in my home and wanted the Board to be aware that he has a home to come to. My home is equipped with all that Bert will need to transition and pursue his goals. Bert will serve as a great mentor for his nieces and I will find comfort knowing that he is with us. I am committed to Bert's success and will foster a positive environment.

I have been employed by the IRS concurrently now for 18 years and harbor strong family values. My tenure with the federal government has been rewarding and has allowed me to secure a modest means of existence. My responsibilities drive me forward and strengthen my ability to help Bert in all ways. Bert is certain to thrive upon release from prison, as I and many others will buttress his efforts. I ask that you consider Bert's possibilities for a progressively greater existence.

Please contact me for further information. I will be available upon request and hope to hear from anyone considering my brother's parole or handling relative processes. Thank you very much for your consideration. Our family appreciated your efforts.

Sincerely,

Arleen Boatman

May 10, 2006

State of California
Board of Parole Hearings
1515 K Street, Suite 600
Sacramento, CA 95814

### RE: Parole Hearing for Christopher Boatman D-65055

Dear Board:

Once again, my brother will be coming up for parole, and his family and friends are in support of his release.

We do this at each hearing, our family writes letters of support, we pray, we hope and we wait. You read, and then you decide whether or not our brother is suitable for parole. We had thought that all of this would be behind us and he would be coming home when you reinstated his suitability last year; unfortunately, that did not happen. Although Bert's chances of coming home were taken away on two different occasions, our family still has an abundance of prayer and hope that you will once again find him suitable for release.

Over the years, my brother has matured into a loving, caring, compassionate and responsible individual. I say this because I believe that a person's actions say far more than what comes out of their mouth. To look at Bert's prison record and all of the positive achievements he has made in education, self-help, therapy and community service within the prison, speaks for itself. This had to have been taken into consideration on July 30, 2002, April 6, 2005 and I believe that it also should be taken into consideration at this hearing. The answer should be the same; my brother has proven that he is worthy of parole now more than ever before.

Bert is welcome to live with me until he is ready to move into his own place. Housing, clothing and transportation are rudimentary in this family fold. Our family has assisted him financially during his incarceration and will continue to do so when he is released. Please take these things into consideration when reviewing his case and know that we plan to stand by him and take all measures necessary to assist him in staying on the right path.

My brother is a good man and we pray and hope this present Board will grant him the opportunity to start his life over again.

Your consideration and attention to this matter is greatly appreciated.

Sincerely,

Ms. Arleen Boatman
3880 N. Fruit Ave., Apt. #106
Fresno, CA 93705
559.221.1668

Jim Boatman
21371 Fremont Ave
Lemoore, CA 93245
559-924-7409


May 5, 2006


RE: Christopher Boatman D-65055


Dear Board Members:

I am writing this letter in support of my son Christopher who is to come before your parole board shortly.

Christopher is a model inmate and has accomplished a lot. Our family is so very proud of him. If you was to know him as we do, you would not think twice about letting him come home. Christopher has expressed his remorse to me on numerous occasions, not only for the crime he committed and all of the people that were affected, but also for the pain he has put our family through. This is why we stand by him and will never leave his side.

As you know, my son was found suitable for parole last year only to have it rejected by the Governor, however, he has continued to show growth by not allowing such a major disappointment to hinder his success. Once again, he has proven that he is not a threat to anyone if released back into society. He is prepared and there is no longer a reason to hold him. Christopher has the strength and character to fulfill his duty and responsibility as a self-sufficient law abiding person. He has a bedroom with a closet full of clothes in my home, which he can stay **indefinitely.** The family business as well drillers will enable him to make enough money to provide for himself as well as his future of having a family. He has nieces and nephews, aunts and uncles, cousins, brothers and sisters. We have the resources needed for him to have a successful parole and we (family and friends) eagerly await his return home to provide him with all of our love.

He is earnest, patient, reliable, loving and caring just to mention a few of his attributes and I believe, if given the opportunity he will make a huge difference in the way that we live in our community by being a mentor for our younger generation.

I ask you once again, to allow our family to move forward in life with Christopher at home with us. He is loved by many.


Sincerely,

Jim Boatman

Brandy Boatman
21398 South Kincaid
Fresno. Ca. 93656
·559.867.3445

May 20, 2006

(CDCR) Board of Parole Hearings
1515 K Street. Suite 600
Sacramento. Ca. 95814

RE: Christopher Boatman D-65055

Dear Board Members:

I am Brandy Boatman, little sister of Bertram Christopher Boatman. Once again, it is with utmost respect that I dispatch this letter to you to plead for the release of my brother from your prison, back to the loving embrace of his friends and family.

I have known Bert all my life. I believe that, once released, he will be a use-full law abiding citizen. He has paid a heavy toll for his past, expressed his regrets, placed his thinking and deeds on a more positive Christian track, and has prepared himself for a successful release. He deserves the chance to put all this preparation into positive action.

Improvements in his attitude are self-evident. He has been a model inmate from the beginning accepting his sentence with a resolute determination and has rededicated his soul to Christ. There is nothing this family would not or could not do to help ensure Bert's success.

Bert has our love. understanding. and collective assurance. He has a place of residence by staying with me moreover. I will provide him with transportation and clothing. In addition. he'll also have job options and education avenues at his immediate disposal. upon his release. He has a family with the strong will and consolidated means for him to achieve all his goals professional, educational, religious and spiritual.

No, Bert is not lacking in family support. So, what I really wish to impress upon this Board today is time. Time past and present. Time served. time reflected upon. time to heal and time to move forward. There was a time. 20 years past when my brother made a mistake, call it reckless youth, poor judgement. but the point is It's been a long time. And, truth is. the person locked behind those bars today is not the same person you incarcerated two decades ago. And you don't need this letter to convince you of that. Bert's file should speak That truth for him. loudly and clearly.

In closing, I thank you for the time and your consideration of these words in the matter of my brother's parole. Please. I beg you again, please review this case with compassionate and merciful eyes. And please grant my brother his release.

Sincerely,

Brandy Boatman

**BIG RIVER DRILLING**
Wes Harmon
21140 S. Walnut Ave.
Riverdale, CA. 93656

Christopher Boatman
P.O. Box D-65055 2-N-98
San Quentin State Prison
San Quentin, CA. 94974

May 22, 2006

REF: Christopher Boatman D-65055

Dear Mr. Boatman,

After receiving your letter and resume dated April 27, 2006, I have chosen to extend an offer of employment to you with Big River Drilling for the position of drillers helper. This position commencing as soon as possible.

This is a full time position.  Your starting salary of $25.00 per hour will be paid to you in accordance with our payroll procedures.

If you have any questions or concerns regarding this letter of  employment  please do not hesitate to contact me at (559)259-5677.


I am pleased that you are joining our company and hope you will find your employment to be a rewarding experience. I look forward to working with you.

Sincerely,       *Wes Harmon*

Wes Harmon
Big River Drill

# MT. WHITNEY COLLISION & CLASSIC CARS
## 3832 W. Mt. Whitney
### Riverdale, CA. *93656*
#### *(559) 867-4078*

May 24, 2006

To: Christopher Boatman

Ref: Offer of Employment

Dear Mr. Boatman,

Congratulations! An offer of employment is made to you with Mt. Whitney Collision & Classic Cars for the position of Collision Technician. We are also expanding our operations and adding a new Tow service for customers. We hope that this endeavor also interests you, as we plan to expand our operations.

This position available as soon as possible and will be an open invitation for employment. The position is a full-time position. Your salary will start at $20.00 per hour (commission-based) and will be paid on a weekly basis. If you have any questions or concerns regarding this offer of employment, please do not hesitate to contact me at (559) 867-4078.

Our staff is looking forward to you becoming a part of our company. We hope you will accept our offer of employment and will be available to assist our operation. I look forward to working with you in our rewarding environment.

Sincerely,

*Jonathan Figueroa*

Jonathan Figueroa, Owner
Mt. Whitney Collision & Classic Cars
Business: 559-867-4078

# RUTTER ARMEY

## INCORPORATED



HARD CHROMIUM PLATING    CRANKSHAFT REGRINDING

MAILING ADDRESS: P.O. BOX 1585, FRESNO, CA 93716-1585
PHONE: (559) 237-1866 • FAX: (559) 237-5806

May 15, 2006

Christopher Boatman
P.O. Box D-65055#2N-98
San Quentin State Prison
San Quentin Ca. 94974

Dear Mr. Boatman,

In reference to your letter and resume' dated April 16, 2006, we are not currently looking for a machinist, however, that could change at anytime. I do have contact and a good relationship with the other large machine shops in the central valley and would be more than happy to give you some job leads when you enter the market.

If I can be of further assistance, please don't hesitate to contact me.

Sincerely,

Robert Armey
Rutter Armey Inc
President



## Industrial Group

2550 S. EAST AVENUE, SUITE 101
FRESNO, CA 93706
(559) 266-4844; FAX (559) 266-4846

June 8, 2006

Board of Prison Terms
*San Quentin State Prison*
San Quentin, CA 94974

**REF: Christopher Boatman**

To Whom It May Concern,

After having received Christopher Boatman's resume, I can state most assuredly that he would be considered for employment at our company upon his release. Tanney Machine presently employs 45-50 persons of which 20+ are in positions that Mr. Boatman could fill.

Should he be interested in locating in the Fresno area I think that there would be a very good chance that he could be hired very soon after his release. We have hired several other individuals upon their release from the prison system and have been very happy with the results.

Please feel free to contact me should there be any questions.

Very Truly Yours,

Jack Tanney

Date:    Thursday, April 13, 2006

To:      BOARD OF PAROLE HEARINGS
         1515 "K" Street, Suite 600
         Sacramento, CA 95814

From:    Dr. Don DeNevi
         Supervisor of Recreation
         San Quentin State Prison

**Subject:  Letter of Support for Inmate BOATMAN**

A few years ago, I wrote a glowing letter of recommendation to the Parole Board on behalf of Christopher Boatman. That letter was one of the best of three letters of recommendation I have written out of more than 6,000 inmates I've worked with over the years.

At this time I would like to repeat what I said in that letter: I recommend this man for immediate parole without reservation or qualification. The reason I have such a high regard for Inmate Boatman is because he has been a member of my tennis team for the past three years, allowing me to come to know the man better than just above anyone on the staff. In short, I consider him to have an impeccable reputation for honesty and integrity in all aspects relating to prison life. Other inmates seek him for counseling and guidance. Outside guests from the surrounding communities who play tennis against him feel he is a man deserving respect and recognition.

Once again I'll echo what I wrote on his behalf three years ago: Christopher is ready to be released today.

D. De Nevi, Ph. D.

BOARD OF PRISON TERMS
1515 K ST., SUITE 600
SACRAMENTO, CA. 95814


REGARDING: Chistopher Boatman, D-65055
San Quentin State Prison


Dear Members of the Board

It is without reservation or qualification that I strongly urge the Board f Prison Terms to parole inmate Christopher Boatman.

Allow me to explain in detail why it is that I write one of the strongest recommendations that I have written during my professional career spanning almost a half-century as an educator.

Mr. Boatman came to my attention over a year and a half ago when I assumed my current position as Supervisor of Recreation at San Quentin. At that time he had a reputation among correctional officers and teaching staff throughout the prison for not only working hard and following through with whatever task assigned, but also for impeccable behavior, courtesy and kindness to all who approached him, sat in class with him, or played sports alongside or against him on weekends. That personality has been consistent on a daily basis, making him one of the most admired and respected inmates in the institution. Meanwhile, when he observes a newcomer who is troubled, defiant, or rebellious, Mr. Boatman takes it upon himself to counsel the man in a friendly manner in hopes of keeping him out of trouble. Rarely among the more than 8,000 inmates I have taught, counseled or worked with while with the California Department of Corrections spanning more than a decade have I encountered such insight, understanding and empathy for fellow human beings. His Vocational Training teachers, I'm certain, concur in my assessment of these character traits. In short, few inmates have programmed as well as he has, at the same time maintaining a positive and cheerful disposition in the daily turmoil's of life in the penitentiary.

In conclusion, allow me to add that I have especially appreciated his leadership in co-organizing and co-managing the San Quentin tennis team. Never in the history of our prison has a team come, played and remained together as much as his. This is partly due to the fact that Mr. Boatman is more than a co-manager. The other inmates see him as a mentor, a teacher and a counselor, not only about the techniques of the tennis game, but also about life in general and how tennis can indeed assist one in surviving the rigors constantly faced. Outside guest tennis players have remarked how much they enjoyed playing with and against him (although his second serve needs further development) and Mr. Boatman's obvious maturity in relating to them. I have chosen him to serve as my primary tour guide when I invite the guests to join me in visiting other areas throughout San Quentin.

Mr. Boatman's prognosis for adapting to society upon his release is excellent. He will most certainly apply his work ethic and his intrinsic kindness and generosity to all he meets and works for. Because of all of this, I recommend his immediate parole without question.

Don Denevi
Recreational Coach

State of California                                                    Department of Corrections and Rehabilitation

# Memorandum

Date    :    March 20, 2006

To      :    Board of Parole Hearings
             Hearing Panel
             1515 K Street, Suite 600
             Sacramento, CA  95814
             Fax (916) 322-9961

From    :    Laura Bowman, Academic Teacher
             Robert E. Burton Adult School
             California State Prison, San Quentin CA 94964

Subject :    **CHRISTOPHER BOATMAN, CDC#D65055**
             **UPCOMING PAROLE SUITABILITY HEARING**

Enclosed please find my letter to Governor Schwarzenegger from August of last year asking for his favorable consideration for the parole of Christopher Boatman.  I am providing you a copy of this letter so you may see that I have been, and continue to be an advocate for Mr. Boatman's release.  My strong opinion about his suitability for parole remains, and I request you read the enclosed letter in its entirety to that effect.

As I stated in my letter to the Governor, I believe Mr. Boatman will be an asset to his community upon release.  His day-in, day-out behaviors and actions speak for themselves as testimony to his personal conviction to live a peaceful, self-disciplined, and service-oriented life.  It is my fervent hope that you will, once again, find Mr. Boatman suitable for parole, and then lend your full support to that decision when it reaches the Governor's desk for review.

Thank you,

Laura E. Bowman, Academic Teacher
Robert E. Burton Adult School
California State Prison, San Quentin

August 17, 2005


Governor Arnold Schwarzenegger
State Capitol Building
Sacramento, CA  95814

RE: Recommendation for Parole of Christopher Boatman, CDC# D-65055

Dear Governor Schwarzenegger,

I am writing to you today to ask for your favorable consideration of Christopher Boatmans for parole. It is my understanding that his file currently sits in your office awaiting your review of the Board of Prison Terms' recommendation that he be granted parole. I agree with the Board; Mr. Boatman has proven himself ready and worthy of being released back to the community.

Mr. Boatman will be an asset to any community he goes into. His whole essence is to help others. The nineteen years he has spent in prison have not been idle – he has actively pursued self-reflection, examined his own culpability in all situations, participated in personal growth programs for himself and been a catalyst for others to do the same.

By all accounts, he was always a good person – but one who, in his youth, was led astray and as a result was involved in a tragic situation, which he realized at the time, was a grave mistake. He carries the pain of that time with him still.  An openhearted person by nature, Mr. Boatman describes himself as having been "closed down" when he was first incarcerated. His sorrow and remorse, mixed with the dangerous living conditions of his initial years of incarceration led him to keep to himself in an effort to simply try to survive. However, after years of being transferred from prison to prison and maintaining his good record, he arrived at San Quentin and found himself in a much different – a supportive and encouraging – environment. It was at that point that Mr. Boatman began to open up again.

When asked what he is most proud of in his life, he immediately says it is that he has been able to open his heart back up.  This simple, but profound, accomplishment of opening his heart back up has made all the difference. Learning and continuing to remain open has been a practice in faith for him. Having an open heart has allowed him to reach new heights of success in his efforts to help others. The list of his involvement with group activities – be they academic pursuits, recreational sports and hobbies, community development, or faith based – is long and glowing. It is through my sponsorship of the San Quentin Chess Club (of which he is a founding member), and as a teacher in the school that I have come to know Mr. Boatman. I am genuinely impressed with him. As a fellow human being, he has been one of my best teachers. While he is proud of his many accomplishments: getting his GED, his high school diploma, becoming highly skilled at trades such as machine shop and plumbing, he is most proud of his own ability to stay open to others and the value of positive interpersonal interaction that comes from it.

Mr. Boatman is truly an exceptional human being, who, like many of us, has made mistakes; however, unlike most of us, he has – and continues – to atone for those mistakes and wants nothing more at this point, than to simply be allowed to live the rest of his life helping others to see their way clear to avoiding the kinds of mistakes he made early-on so that they do not harm themselves or others. Mr. Boatman has had to look at his own failures and come to terms with them. In his own words, "failure is a stepping stone to success."

In 1986 Mr. Boatman's life took several tragic turns. While others may have resigned themselves to thinking of those turns as "wrong" and leading to a dead-end, Mr. Boatman has not given in to that pessimistic outlook.  Instead, with the passage of each year, Mr. Boatman has been working his way toward re-entering life with a wholeness and readiness to repair what he can and contribute wherever he goes.

It is often said of parolees when considering them for parole, "Would you want him living next door to you?" I can wholeheartedly say that if Mr. Boatman were to parole to my neighborhood, I would consider it nothing but a positive and beneficial event. I am sure that his is what those in his receiving neighborhood will feel, as well, when he arrives. His plan to live with his family is a solid one. They plan to be available and supportive for him as he reintegrates into society after such a long time away. With the highly sought-after trade skills he has developed, finding a job will be easy for Mr. Boatman. And lastly, but probably most importantly, it is evident that in addition to gainful employment, Mr. Boatman will also seek out and become successfully involved with community-based programs working with youth that foster alternatives to violence and drug use/addiction.

I hope you will see Mr. Boatman for who he is – a matured man, ready and worthy of parole. The positive difference he will make in the lives of others going forward is something to look forward to.

Thank you kindly for your consideration,

Laura E. Bowman Teacher
Robert E. Burton Adult School
San Quentin State Prison
San Quentin, CA  94964

ImMEDIAte Impact

Corporate Communication Strategies

April 3, 2006

Board Desk Coordinator
B.P.H. Lifer Desk
San Quentin State Prison
San Quentin, CA 94964

Dear Sirs,

During the six years I have been a volunteer at San Quentin, I have spoken and worked with Christopher Boatman on many occasions. As a result, I know that he takes full responsibility for what he did, understands the suffering he has caused others, and continues to show remorse. He has participated in numerous self-help programs, learned several trades, and given generously of his time and energy to help others in their search for rehabilitation. In short, he has done everything in his power to make amends – as much as any incarcerated person can.

The question now before the Board is simply this. Will Christopher continue along this path if he is granted parole? I am convinced that he will, and I say this for three reasons. First, I know him to be a person of integrity. He does not make promises he can't keep and he delivers wholeheartedly on those he does. Second, he is a spiritual person, in the best sense of that word. That is, he looks beyond the obvious and the easy in his search for the truth about himself and the situations he encounters. Finally, he consistently makes practical decisions, based not on immediate rewards, but on the consequences and effects that will result from his choices.

In summary, I think he has clearly demonstrated that he is the kind of mature, thoughtful person who would be welcome in any community.   I urge you to grant parole to Christopher Boatman.

Sincerely,

Robert L. Benton

cc. Christopher Boatman

Sisters  of  Charity,  B.V.M.
St.  Paul  Parish
221  Valley  Street
San  Francisco,  CA  94131

May 6, 2006

Board of Prison Terms
State of California
re:  Christopher Boatman D-65055
1515 K Street, Suite 600
Sacramento, CA 95814

Dear Members of the Board of Prison Terms:

I am writing on behalf of **Christopher  Boatman  D-65055**,  an inmate at San Quentin State
Prison.  I believe he is suitable to be released at this time from San Quentin State Prison and to
re-enter society as a productive individual.  He was found suitable for parole at his most recent
hearing and I am confident that all the evidence of his rehabilitation that was brought forward at
that time remains true.

Over the past seven years in my capacity as Community Volunteer to assist with music and
liturgy in the Catholic Chapel, I have had frequent contact with Mr. Boatman (known to me as
"Burt") who worships regularly with our faith community.

Mr. Boatman presents himself as positive and caring.  He takes particular care of his personal
grooming and is reverent and participative during church services.  I have seen evidence that he
maintains his composure and chooses to have a positive attitude in the face of extreme
difficulty and disappointment.  This is not just "show" or on the surface; rather, these are
strong, courageous decisions based in his faith and trust in God and the maturity with which he
now functions.

I believe that the years Mr. Boatman has spent in prison have worked to foster his rehabilitation.
His parole, therefore, should be based on the evidence that he clearly poses no real risk of
danger to himself or others if released from prison.  The details of his crime cannot be changed,
but Mr. Boatman has indeed changed.  Please recommend once again his suitability for parole.

Sincerely yours,

*Sister Karen Conover, BVM.*

Sister Karen Conover, B.V.M.

cc: Mr. Christopher Boatman
    B.P.H. Lifer Desk, San Quentin State Prison

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

San Quentin, May 2, 2006

Board of Parole Hearings
1515 K. Street, Suite 600
Sacramento, CA 95814

Aida de Arteaga, Instructor
Condemned Row Instructor
College Coordinator

Dear Sirs:

This letter is in support of Mr. Boatman, D-65055. I am currently an academic teacher on condemned row and the college coordinator here at San Quentin State Prison. Prior to this position I spent fourteen years developing and facilitation the Arts and Corrections Program here at San Quentin State Prison. I am a professional musician and perform with Bay Area and international symphonies.

During my position as Artist Facilitator, I came to observe Mr. Boatman and his professional work habits. He was employed in the machine shop. Arts and Corrections were doing a joint project with that department. My coworker, Mr. Paul Auren, who has since retired, trained Mr. Boatman and regarded him as his top student and most dependable worker. Mr. Boatman has always acted in a respectful way, worked hard and has been diligent about completing his assignments.

I believe Mr. Boatman will not only be an asset to the community when he is released, he will be a positive and productive citizen. This is why I have no reservations to support and recommend his early release.

Respectfully,

Aida de Arteaga, Instructor
Education Department
San Quentin State Prison

Lois E. Rahm
100 Lucky Dr. #210
Corte Madera  CA 94925
415 927-1339

May 21, 2006

Board of Parole Hearings
1515 K Street, Suite 600
Sacramento  CA 95814

RE:  Christopher Boatman  D65055

Dear Board of Parole Hearings:

I am writing this letter in support of Christopher (Bert) Boatman, who will have his seventh
Board hearing in June 2006, at San Quentin State Prison.

My name is Lois Rahm. I am recently a retired professional woman, who has worked in the real
estate and the banking industry for the past 36 years. I have also been an active volunteer in the
Kairos Prison Ministry for over 17 years in San Quentin.

I have known Bert for 6 years. When I first met Bert I was impressed with his openness to speak
about his crime, and to witness his genuine remorse for the victim's family. He takes full
responsibility not only for the crime he committed, but also for the role that he played in the loss
of another's life. He is very aware of the value of life.

He has always been very respectful towards me. I believe the positive strides, which he has
made over the years, are apparent and transformation has taken place in his heart. I see Bert
almost every Sunday at Mass in the Catholic Chapel, where he is a member of the choir, a
lecturer and an Eucharist minister. He is a man full of compassion, understanding and love.

Bert has served 20 years in prison. He has received favorable psychiatry and counselor reports,
completed vocational trades with good work reports, stayed disciplinary free, and attended many
self-help groups – AA, etc.

Upon his release, he will have my support. Plus, he will have the support of our Kairos Christian
Community and many of these friends will be very happy to assist him financially. They
willingly would be more than happy to help him to readjust back into the community.

Bert Boatman does not pose any threat to society nor to anyone. I, therefore, pray - that you, the
Board of Parole Hearings, grant Bert Boatman release when he comes before you in June 2006.

Thank you very much,

Lois E. Rahm

cc  Christopher Boatman

JOHN KELLY

March 31, 2006

State of California
Board of Parole Hearings
1515 K Street, Suite 600
Sacramento, CA  95814

RE:  Christopher B. Boatman, D65055

Dear Friends:

This letter is by way of recommendation for Christopher Bert Boatman, D65055, an inmate at San Quentin State Prison who is scheduled for review by the Board of Parole Hearings in the near future.

I have had the privilege of knowing Christopher Boatman for the last seven years.  I am a brown-card holder at San Quentin and visit the prison at least twice every week.  I first met Mr. Boatman on a Kairos weekend and continue to be in contact with him, primarily through programs in the Catholic chapel.

I hold Christopher Boatman in very high regard.  There is no doubt in my mind, after in-depth conversations with him, of his remorse for his foolish behavior at a very young age.  He has highly compensated for his mistakes by changing himself into a person of solid character and by committing himself to being of service to his fellow inmates.  At this moment he is a person of great integrity and honesty.

Christopher plays a leading role in activities in the Catholic chapel, primarily the Kairos program and a Tuesday evening spirituality group of which I am co-leader.  He is highly respected by his fellow inmates who often turn to him for support and advice.  He has prepared himself for success in the world outside prison by becoming a certified machinist and welder at San Quentin, and has steady employment inside in that field.

I can also attest to the fact of how well Christopher is liked and respected by many of the other volunteers who frequent San Quentin.  I am aware of his strong, positive family ties, which bode well for his return to society outside prison.

Christopher was granted a date by your Board for the second time last year, which was later rescinded by Governor Schwarzenegger.  I must say that even after that setback, Christopher has redoubled his efforts to improve himself and to be of service to others.  He is more deserving today than he was then of your positive consideration.

I assert that Christopher Bert Boatman is a warm, caring person of high moral character who is worthy of your every consideration for a release date from San Quentin.

Respectfully,

John Kelly

cc:    BPH Lifer Desk, San Quentin State Prison

Board of Parole Hearings
1515 K Street Ste. 600
Sacramento, CA 95814

Dear Board Members,

I am writing this letter as an addendum to a previous letter, dated April 4, 2006 written on behalf of Christopher B. Boatman, CDC No. D-65055, and asking that he be given his date of release as recommended by the Board.

In a recent meeting with Mr. Boatman, I agreed to be his sponsor in a twelve-step program. This is a commitment from Mr. Boatman to remain in a recovery program upon his release, and a commitment from me to support him with this process.

As previously mentioned, I am a retired investment management executive and founder of a San Francisco based investment firm. As a recovering alcoholic and addict, and a member of Alcoholics Anonymous since September 4, 1987, I have sponsored many alcoholics and addicts over the course of the last eighteen and half years of which I have been clean and sober. In retirement I have found myself spending roughly one third of my time working with recovering alcoholics and addicts.

Mr. Boatman has demonstrated that he is committed to his recovery. He is taking the necessary steps to ensure that he will be successful in recovery upon his release. As Mr. Boatman's sponsor in a twelve-step program, I am able to reassure the Board that Mr. Boatman will be receiving support from me as his sponsor.

Thank you for your sincere consideration regarding Mr. Boatman's release.

Sincerely yours,

April 28, 2006

Marx Cazenave

Board of Parole Hearings
1515 K Street,Ste,600
Sacramento,Ca.95814

Dear Board Members,

I am writing on behalf of Christopher B. Boatman.CDC No.D-65055,asking that he be given his date of release as recommended by the Board.Mr. Boatman has been an outstanding example of a model prisoner during the years of his confinement.

I am a retired investment management executive and founder of a San Francisco based investment firm which manages over 5 billion dollars in public and corporate pension assets,including the California Public Employee Retirement System. My responsibilities as a fiduciary included making judgments about the character,integrity and talent of those selected to manage money.

Mr. Boatman and I have worked closely together on projects at San Quentin Prison's Catholic Chapel that have had a positive impact on prisoners as they examine their lives and prepare themselves to be productive members of society.He has the same set of intrinsic values of the successful people I managed.He has used his time over these many years to become better educated by acquiring the skills necessary for a good job;as well as the internal work to become spiritually and emotionally fit to insure that he will not return to prison.He has the support of a loving family, and a religious community that welcome him home.He is surrounded by abundant resources, that many do not have upon their release.

Mr. Boatman has taken responsibility for his past, but is no longer defined by it.He has utililized the programs available through the Department of Corrections to become a person who is humble,kind and committed to change his life.I have spent enough time with him during the last few years to know that observations, especially about his honesty and integrity,are accurate as well.

I respectfully ask that the Board give Mr. Boatman his date.Thank you for your consideration.

Sincerely yours,

Marx Cazenave

April 4, 2006

May 26, 2006

To whom it may concern:

My name is Tina Burrell, I am writing on behalf of my dear friend - Christopher Boatman (CDC# D65035) or as his friends and family lovingly call him, "BERT" :)

This man is known and loved by so many people. I've known Bert for approximatly 6 or 7 years, I've actually lost count of the years because Bert is like a brother to me. It feels as though he's been a part of my family for a lifetime

It's easy to love Bert, because he's an amazingly humble, compassionate person. I enjoy spending time, talking to him, infact my Mother and I were at San Quentin prison earlier this month, to visit with Bert (and my Dad) We do that several times a year.

Visits are quite a treat, something that we all appreciate VERY much. We have so much fun! We sit with each other for several hours - talk, eat, laugh (our favorite thing to do) and just enjoy each others company.

Through these visits, I've learned a lot about Bert. And we talk a lot about our plans for when he will be a man in the free world again, like huge family get togethers, and dinners, Horse back riding. I look forward to that day very much.

Bert is a gentle person, loving and kind. He's an upstanding model inmate, what I mean by that is ... he's developed strength, courage and wisdom, he works hard and is always furthest from trouble. He is a perfect example of a man that has truely learned and has grown from his mistakes.

Bert has been found suitable for parole on two other occassions, because he's proven that he is ready to live his life outside of S.Q.S.P.

We, his family and friends anxiously await his arrival.

Thank you very much, for your time.

Sincerely,

Tma Burell

Victor A. Perrella
4 Monroe Court
Novato, CA  94947

May 8, 2006

Board of Prison Hearings
State of California
1515 K Street  6th Floor
Sacramento, CA  95814

RE:  Christopher Boatman D-65055
     Pending hearing scheduled June 2006

Dear Members of the Board,

I again want to reiterate some of my experiences about Christopher Boatman in previous letters to the Board the past two years -- 2004-2005.

As the Board is well aware, Christopher Boatman has been found <u>suitable for parole twice</u> in the past, most recently April, 2005.  Unfortunately, for reasons only known to the Governor's office those release dates were withdrawn.

Christopher ("Burt") Boatman, in spite of these setbacks – which have been extremely difficult on him and his loving family – continues a life in prison that has been exemplary.  And I speak to his continued respect and acceptance of the correctional system and officers who oversee his daily activities.

It is remarkable to people such as myself who has been working with lifers and volunteering at San Quentin for 15 years, to witness disappointment that someone, like Burt has experienced.  Yet, we are talking about  an extraordinary man whose determination continues to drive him to a deeper commitment to one day be awarded a future release date.  This mind-set is exceptional – for any man!

I personally have heard Burt give encouragement to others, always reminding them that when the times is right, "God will see to it that they will be released to their loved ones – not to give up hope – to have faith".  This is advice coming from a person, who may not know exactly why he personally has been rejected for release, is willing to accept the decisions and give others encouragement not to despair.

As I stated in a letter to the Board of August 19, 2004 and which bears repeating again...."I have experienced a man who realizes that his crime was committed as a senseless and shameful act against his fellow man. When he recalls that instance he has repeatedly expressed remorse and sorrow. He has asked for forgiveness from his Creator and more importantly, from the victim's family.

"In my 13 years as a volunteer in San Quentin, it is unusual to see a man who has such a remarkable, conflict free record while in prison. He unselfishly mentors others, does not see color in his endeavors and prepares himself for the day he will return to a free society."

It is my hope that the Board again affirms and confirms their past two decisions of finding Christopher Boatman suitable for parole and the Governor will award his release.

Respectfully,

Victor A. Perrella

CC:  Governor Arnold Schwarzenegger
      State Capitol Building
      Sacramento, CA  95814

      Christopher Boatman  D-65055
      San Quentin State Prison
      San Quentin, CA  94974

Robert Lee Ward
453 Calistoga Rd.
Santa Rosa, Ca 95409
(707) 539-9344


Board of Prison Terms
State of California
1515 K Street (Suite 600)
Sacramento, Ca 95814


Re: Christopher Boatman CDC# D65055

June 27, 2006


Dear Board Members,

I am a 71 year old native son of our state. I have spent my entire life as a California
resident. I spent most of my life working as a retail store manager and raising three
children with my wife. Throughout my life, I have been actively involved in my church
and in my community as a volunteer.

After my retirement in 1997, I became involved in a non-denominational prison ministry.
I have been going into San Quentin State Prison once or twice a month for the last nine
years.

I met Christopher Boatman through this ministry six years ago. We have an established
group of inmates and free people who meet for prayer and share at least once a month.
Christopher is a respected leader in our Christ centered movement inside the prison. I
have witnessed tremendous spiritual and personal growth in him over the years. I think
he would be a productive citizen in any community he might be released to.

I am prepared to assist him in any way upon his release, including financial assistance
and room and board if necessary.

I believe he is rehabilitated and will be a productive member of society when he is
released.


Sincerely,

Robert L. Ward

Robert Lee Ward

2747 Turk Blvd.
San Francisco. CA  94118
May 1. 2006

Board of Prison Terms
State of California
1515 K Street. Suite 600
Sacramento. CA  95814

RE:        Christopher Boatman D-65055

Dear Sirs:

I have known Mr. Boatman since January 2002 through my volunteer activities in the
Catholic Chapel at San Quentin State Prison.  Mr. Boatman and I have spent many hours
in faith sharing.  I experience Mr. Boatman as a deeply spiritual man who has a very
strong and sure sense of who he is and the role of Christ in his life.

I know that Mr. Boatman carries with him a very deep sense of remorse for his addiction
and the actions that resulted in his crime.  I also know that he has matured into a self-
reliant man who will never again find himself in that type of situation.

Mr. Boatman has a loving family who eagerly await his release.  He has a home and a job
guaranteed to him through family members.  He will have the support he needs to make
the transition from years of incarceration to being a working, productive member of
society.

Mr. Boatman possesses that wonderful quality of being able to laught at himself.  He is
normally an optimistic and amiable man, who is able to remind himself that he has value
in the eyes of the Lord.  These gifts will stand him in good stead as he makes the
transition from prison to life outside the walls.

I strongly urge you to view Mr. Boatman as the adult he has become when considering
parole.  I would be happy to call him neighbor and friend in the world outside prison.

Sincerely.

Mary W. Gale

May 19, 2006

State of California
Board of Prison Terms
1515 K Street, Suite 600
Sacramento, CA 95814

RE: Christopher Boatman  D-65055

Greetings:

I am writing to ask you to recommend Mr. Boatman for parole when his hearing comes due shortly. Mr. Boatman is presently an inmate at San Quentin State Prison. I highly recommend him for parole.

I have been a volunteer at San Quentin State Prison for 16 years, and I met Mr. Boatman there about 6 years ago. He attended a Christian ecumenical retreat sponsored by a group called "Kairos", a group that I have been involved with for the past 16 years. This group is part of the Kairos organization that works across the USA and in several other countries. The people of Kairos, San Quentin put on 3-day retreats twice a year, and we return twice a month to the San Quentin chapels for Prayer/Share meetings. The purpose of the Kairos retreats and Prayer/Share meetings is to foster a spiritual renewal and growth in the inmates that will help them function well in the prison and later in the outside community.

I spend time with Mr. Boatman at the twice monthly Prayer/Share meetings of Kairos, as he regularly attends these meetings. He has been a leader on one weekend retreat and on many monthly meetings. He is a very thoughtful, sincere man, intent on improving himself in all ways, and he is well like by the volunteers and his fellow inmates. Mr. Boatman had his date for parole rescinded twice. From this enormous pain and disappointed, he recovered well. Mr. Boatman has taken several classes to improve his daily living and interpersonal skills. He studied and earned his GED. He continued his studies and graduated from apprentice to a journeyman machinist and welder. He will be completing his plumbing studies soon. Mr. Boatman has a job waiting for him as well as a place to live. He is supported by a large, strong, loving family.

Mr. Boatman is deeply sorry for his past transgressions; he holds enormous remorse for what he did. I know he will lead a purposeful and productive life, giving back much to society. I very strongly recommend that you allow him to be paroled.

Sincerely yours,    Patricia J. Tubman

Patricia Tubman    P.O. Box 6003, San Rafael, CA 94930

May 15, 2006

State of California
Board of Prison Terms
1515 K Street, Suite 600
Sacramento, CA 95814

RE: Christopher B. Boatman, D65055

Dear Members of the Board;

I write to you on behalf and in support of a true friend, Christopher
Boatman, who I have personally known for over six years. I previously
communicated with this Board in June 2003, and shared with the members,
at that time, my positive impressions of this man's character and his many
accomplishments during an excessive period of incarceration.

While I remain constant in my belief that the merits of this model inmate
alone, should be sufficient to warrant him suitable for parole, I also believe
that incarcerating 170,000 prisoners in a system at 200% design capacity is a
dangerous and inhumane condition for all involved within this dysfunctional
bureaucracy.

The Corrections Independent Review Panel recommends, "The key to
reforming the system lies in reducing the numbers." How logical and
appropriate it would be then, to parole this well-adjusted, rehabilitated man
to a society that welcomes his reentry!

I passionately recommend Christopher Boatman to you for your
consideration for his parole.

Respectfully,

David Peironnet
420 Oak Brook Lane
Santa Rosa, CA 95409

6.20.06

Board of Prison Terms
1515 K Street, Suite 600
Sacramento, CA 95814

To whom it may concern,

I am writing to you with reference to an inmate at San Quentin State Prison named Christopher Bert Boatman (CDC # D-65055).

For the past six years now I have been involved as a volunteer with various prison ministry programs at San Quentin through both the Protestant and Catholic chapels. In that time, I have come to know Bert very well.

Bert is a cheerful man with a smile on his face and a song in his heart. I have seen how his enthusiasm has had a positive and powerful influence on fellow inmates. I have seen how he has devoted his time and energy to helping others grow spiritually and pursue their paths of rehabilitation and genuine change.

I have seen the joy in Bert's eyes as was rightly found suitable for parole, TWICE in the past few years. I watched him experience the disappointment of having his parole dates be rescinded. And yet, Bert continued to accentuate the positive, turning away from any feelings of bitterness or resentment.

I have been most impressed by Bert's qualities of love, peace, compassion, honesty and humor. He is a man of faith who "walks the talk". I count him as one of my friends. And when he is released, I will do everything in my power to stand by him as a friend and supporter.

For these reasons and more, I sincerely implore you to approve Bert's release and give him a chance to re-enter society as a free man. I honestly believe Bert has humbly paid his debt to society and that he is eager to make a meaningful and law-abiding contribution to the world outside the walls of San Quentin.

Thank you for your time and consideration.

Yours truly,

Thomas E. Witt

## *Christopher & Kimberly Bailey*
6157 Amie Drive
Windsor, CA 95492

June 1, 2006

Board Desk Coordinator
B.P.H. Lifer Desk
San Quentin State Prison
San Quentin, CA 94974

To Whom It May Concern,

We are writing in support of granting parole to Christopher Boatman (CDC # D65055). We have come to know Mr. Boatman through Kairos Prison Ministry at San Quentin State Prison. We have known him for over three years. His family has continued to be supportive of Mr. Boatman and has been challenged by the denial of the parole board. He has shown remorse for his past and is certainly a different man today. The effect of his dates being taken has upset us and Mr. Boatman, yet he bounces back and continues to be a positive example for others within the prison. He has handled these challenges without difficulty and is an optimistic leader for others.

I hope you will see the benefit to the people of California to release this man and allow him to become a contributing member of society. I would welcome Mr. Boatman in my home and in my community.

Sincerely,

Chris and Kim

Christopher & Kimberly Bailey