JOHN KELLY

March 31, 2006

State of California
Board of Parole Hearings
1515 K Street, Suite 600
Sacramento, CA 95814

RE: Christopher B. Boatman, D65055

Dear Friends:

This letter is by way of recommendation for Christopher Bert Boatman, D65055, an inmate at San Quentin State Prison who is scheduled for review by the Board of Parole Hearings in the near future.

I have had the privilege of knowing Christopher Boatman for the last seven years. I am a brown-card holder at San Quentin and visit the prison at least twice every week. I first met Mr. Boatman on a Kairos weekend and continue to be in contact with him, primarily through programs in the Catholic chapel.

I hold Christopher Boatman in very high regard. There is no doubt in my mind, after in-depth conversations with him, of his remorse for his foolish behavior at a very young age. He has highly compensated for his mistakes by changing himself into a person of solid character and by committing himself to being of service to his fellow inmates. At this moment he is a person of great integrity and honesty.

Christopher plays a leading role in activities in the Catholic chapel, primarily the Kairos program and a Tuesday evening spirituality group of which I am co-leader. He is highly respected by his fellow inmates who often turn to him for support and advice. He has prepared himself for success in the world outside prison by becoming a certified machinist and welder at San Quentin, and has steady employment inside in that field.

I can also attest to the fact of how well Christopher is liked and respected by many of the other volunteers who frequent San Quentin. I am aware of his strong, positive family ties, which bode well for his return to society outside prison.

Christopher was granted a date by your Board for the second time last year, which was later rescinded by Governor Schwarzenegger. I must say that even after that setback, Christopher has redoubled his efforts to improve himself and to be of service to others. He is more deserving today than he was then of your positive consideration.

I assert that Christopher Bert Boatman is a warm, caring person of high moral character who is worthy of your every consideration for a release date from San Quentin.

Respectfully,

John Kelly

cc:    BPH Lifer Desk, San Quentin State Prison

May 19, 2006

State of California
Board of Prison Terms
1515 K Street, Suite 600
Sacramento, CA 95814

RE:  Christopher Boatman  D-65055

Greetings:

I am writing to ask you to recommend Mr. Boatman for parole when his hearing comes due shortly.  Mr. Boatman is presently an inmate at San Quentin State Prison.  I highly recommend him for parole.

I have been a volunteer at San Quentin State Prison for 16 years, and I met Mr. Boatman there about 6 years ago.  He attended a Christian ecumenical retreat sponsored by a group called "Kairos", a group that I have been involved with for the past 16 years.  This group is part of the Kairos organization that works across the USA and in several other countries.  The people of Kairos, San Quentin put on 3-day retreats twice a year, and we return twice a month to the San Quentin chapels for Prayer/Share meetings.  The purpose of the Kairos retreats and Prayer/Share meetings is to foster a spiritual renewal and growth in the inmates that will help them function well in the prison and later in the outside community.

I spend time with Mr. Boatman at the twice monthly Prayer/Share meetings of Kairos, as he regularly attends these meetings.  He has been a leader on one weekend retreat and on many monthly meetings.  He is a very thoughtful, sincere man, intent on improving himself in all ways, and he is well like by the volunteers and his fellow inmates.  Mr. Boatman had his date for parole rescinded twice.  From this enormous pain and disappointed, he recovered well.  Mr. Boatman has taken several classes to improve his daily living and interpersonal skills.  He studied and earned his GED.  He continued his studies and graduated from apprentice to a journeyman machinist and welder.  He will be completing his plumbing studies soon.  Mr. Boatman has a job waiting for him as well as a place to live.  He is supported by a large, strong, loving family.

Mr. Boatman is deeply sorry for his past transgressions; he holds enormous remorse for what he did.  I know he will lead a purposeful and productive life, giving back much to society.  I very strongly recommend that you allow him to be paroled.

Sincerely yours,   Patricia J. Tubman

Patricia Tubman     P.O. Box 6003, San Rafael, CA 94930

6.20.06

Board of Prison Terms
1515 K Street, Suite 600
Sacramento, CA 95814

To whom it may concern,

I am writing to you with reference to an inmate at San Quentin State Prison named Christopher Bert Boatman (CDC # D-65055).

For the past six years now I have been involved as a volunteer with various prison ministry programs at San Quentin through both the Protestant and Catholic chapels. In that time, I have come to know Bert very well.

Bert is a cheerful man with a smile on his face and a song in his heart. I have seen how his enthusiasm has had a positive and powerful influence on fellow inmates. I have seen how he has devoted his time and energy to helping others grow spiritually and pursue their paths of rehabilitation and genuine change.

I have seen the joy in Bert's eyes as was rightly found suitable for parole, TWICE in the past few years. I watched him experience the disappointment of having his parole dates be rescinded. And yet, Bert continued to accentuate the positive, turning away from any feelings of bitterness or resentment.

I have been most impressed by Bert's qualities of love, peace, compassion, honesty and humor. He is a man of faith who "walks the talk". I count him as one of my friends. And when he is released, I will do everything in my power to stand by him as a friend and supporter.

For these reasons and more, I sincerely implore you to approve Bert's release and give him a chance to re-enter society as a free man. I honestly believe Bert has humbly paid his debt to society and that he is eager to make a meaningful and law-abiding contribution to the world outside the walls of San Quentin.

Thank you for your time and consideration.

Yours truly,

Thomas E. Witt

2747 Turk Blvd.
San Francisco. CA 94118
May 1, 2006

Board of Prison Terms
State of California
1515 K Street. Suite 600
Sacramento, CA 95814

RE:        Christopher Boatman D-65055

Dear Sirs:

I have known Mr. Boatman since January 2002 through my volunteer activities in the
Catholic Chapel at San Quentin State Prison. Mr. Boatman and I have spent many hours
in faith sharing. I experience Mr. Boatman as a deeply spiritual man who has a very
strong and sure sense of who he is and the role of Christ in his life.

I know that Mr. Boatman carries with him a very deep sense of remorse for his addiction
and the actions that resulted in his crime. I also know that he has matured into a self-
reliant man who will never again find himself in that type of situation.

Mr. Boatman has a loving family who eagerly await his release. He has a home and a job
guaranteed to him through family members. He will have the support he needs to make
the transition from years of incarceration to being a working, productive member of
society.

Mr. Boatman possesses that wonderful quality of being able to laught at himself. He is
normally an optimistic and amiable man, who is able to remind himself that he has value
in the eyes of the Lord. These gifts will stand him in good stead as he makes the
transition from prison to life outside the walls.

I strongly urge you to view Mr. Boatman as the adult he has become when considering
parole. I would be happy to call him neighbor and friend in the world outside prison.

Sincerely,

Mary W. Gale

Sisters  of  Charity,  B.V.M.
St.  Paul  Parish
221  Valley  Street
San  Francisco,  CA  94131

May 6, 2006

Board of Prison Terms
State of California
re: Christopher Boatman D-65055
1515 K Street, Suite 600
Sacramento, CA 95814

Dear Members of the Board of Prison Terms:

I am writing on behalf of **Christopher Boatman D-65055**, an inmate at San Quentin State Prison. I believe he is suitable to be released at this time from San Quentin State Prison and to re-enter society as a productive individual. He was found suitable for parole at his most recent hearing and I am confident that all the evidence of his rehabilitation that was brought forward at that time remains true.

Over the past seven years in my capacity as Community Volunteer to assist with music and liturgy in the Catholic Chapel, I have had frequent contact with Mr. Boatman (known to me as "Burt") who worships regularly with our faith community.

Mr. Boatman presents himself as positive and caring. He takes particular care of his personal grooming and is reverent and participative during church services. I have seen evidence that he maintains his composure and chooses to have a positive attitude in the face of extreme difficulty and disappointment. This is not just "show" or on the surface; rather, these are strong, courageous decisions based in his faith and trust in God and the maturity with which he now functions.

I believe that the years Mr. Boatman has spent in prison have worked to foster his rehabilitation. His parole, therefore, should be based on the evidence that he clearly poses no real risk of danger to himself or others if released from prison. The details of his crime cannot be changed, but Mr. Boatman has indeed changed. Please recommend once again his suitability for parole.

Sincerely yours,

*Sister Karen Conover, BVM.*

Sister Karen Conover, B.V.M.

cc: Mr. Christopher Boatman
    B.P.H. Lifer Desk, San Quentin State Prison

Board of Parole Hearings
1515 K Street Ste. 600
Sacramento, CA  95814

Dear Board Members,

I am writing this letter as an addendum to a previous letter, dated April 4, 2006 written on
behalf of Christopher B. Boatman,CDC No.D-65055, and asking that he be given his date
of release as recommended by the Board.

In a recent meeting with Mr. Boatman. I agreed to be his sponsor in a twelve-step
program. This is a commitment from Mr. Boatman to remain in a recovery program
upon his release, and a commitment from me to support him with this process.

As previously mentioned, I am a retired investment management executive and founder
of a San Francisco based investment firm.  As a recovering alcoholic and addict, and a
member of Alcoholics Anonymous since September 4, 1987, I have sponsored many
alcoholics and addicts over the course of the last eighteen and half years of which I have
been clean and sober.  In retirement I have found myself spending roughly one third of
my time working with recovering alcoholics and addicts.

Mr. Boatman has demonstrated that he is committed to his recovery.  He is taking the
necessary steps to ensure that he will be successful in recovery upon his release.  As Mr.
Boatman's sponsor in a twelve-step program, I am able to reassure the Board that Mr.
Boatman will be receiving support from me as his sponsor.

Thank you for your sincere consideration regarding Mr. Boatman's release.

Sincerely yours.

April 28, 2006

Marx Cazenave

Board of Parole Hearings
1515 K Street,Ste.600
Sacramento,Ca.95814

Dear Board Members,

    I am writing on behalf of Christopher B. Boatman,CDC No.D-65055,asking that he be given his date of release as recommended by the Board.Mr. Boatman has been an outstanding example of a model prisoner during the years of his confinement.

    I am a retired investment management executive and founder of a San Francisco based investment firm which manages over 5 billion dollars in public and corporate pension assets.including the California Public Employee Retirement System. My responsibilities as a fiduciary included making judgments about the character,integrity and talent of those selected to manage money.

    Mr. Boatman and I have worked closely together on projects at San Quentin Prison's Catholic Chapel that have had a positive impact on prisoners as they examine their lives and prepare themselves to be productive members of society.He has the same set of intrinsic values of the successful people I managed.He has used his time over these many years to become better educated by acquiring the skills necessary for a good job;as well as the internal work to become spiritually and emotionally fit to insure that he will not return to prison.He has the support of a loving family, and a religious community that welcome him home.He is surrounded by abundant resources, that many do not have upon their release.

    Mr. Boatman has taken responsibility for his past, but is no longer defined by it.He has utililized the programs available through the Department of Corrections to become a person who is humble,kind and committed to change his life.I have spent enough time with him during the last few years to know that observations, especially about his honesty and integrity,are accurate as well.

    I respectfully ask that the Board give Mr. Boatman his date.Thank you for your consideration.

Sincerely yours,

Marx Cazenave

April 4, 2006

Victor A. Perrella
4 Monroe Court
Novato, CA  94947


May 8, 2006


Board of Prison Hearings
State of California
1515 K Street  6th Floor
Sacramento, CA  95814

RE:  Christopher Boatman D-65055
     Pending hearing scheduled June 2006

Dear Members of the Board,

I again want to reiterate some of my experiences about Christopher Boatman in previous letters to the Board the past two years -- 2004-2005.

As the Board is well aware, Christopher Boatman has been found <u>suitable for parole twice</u> in the past, most recently April, 2005.  Unfortunately, for reasons only known to the Governor's office those release dates were withdrawn.

Christopher ("Burt") Boatman, in spite of these setbacks – which have been extremely difficult on him and his loving family – continues a life in prison that has been exemplary.   And I speak to his continued respect and acceptance of the correctional system and officers who oversee his daily activities.

It is remarkable to people such as myself who has been working with lifers and volunteering at San Quentin for 15 years, to witness disappointment that someone, like Burt has experienced.  Yet, we are talking about an extraordinary man whose determination continues to drive him to a deeper commitment to one day be awarded a future release date.  This mind-set is exceptional – for any man!

I personally have heard Burt give encouragement to others, always reminding them that when the times is right, "God will see to it that they will be released to their loved ones – not to give up hope – to have faith".  This is advice coming from a person, who may not know exactly why he personally has been rejected for release, is willing to accept the decisions and give others encouragement not to despair.

As I stated in a letter to the Board of August 19, 2004 and which bears repeating again…."I have experienced a man who realizes that his crime was committed as a senseless and shameful act against his fellow man. When he recalls that instance he has repeatedly expressed remorse and sorrow. He has asked for forgiveness from his Creator and more importantly, from the victim's family.

"In my 13 years as a volunteer in San Quentin, it is unusual to see a man who has such a remarkable, conflict free record while in prison. He unselfishly mentors others, does not see color in his endeavors and prepares himself for the day he will return to a free society."

It is my hope that the Board again affirms and confirms their past two decisions of finding Christopher Boatman suitable for parole and the Governor will award his release.

Respectfully,

Victor A. Perrella

CC:  Governor Arnold Schwarzenegger
     State Capitol Building
     Sacramento, CA  95814

     Christopher Boatman  D-65055
     San Quentin State Prison
     San Quentin, CA  94974

May 26, 2006

To whom it may concern:

My name is Tina Burrell, I am writing on behalf of my dear friend Christopher Boatman (CDC# D65035) or as his friends and family lovingly call him, "BERT" :-)

This man is known and loved by so many people. I've known Bert for approximately 6 or 7 years, I've actually lost count of the years because Bert is like a brother to me. It feels as though he's been a part of my family for a lifetime

It's easy to love Bert, because he's an amazingly humble, compassionate person. I enjoy spending time, talking to him, infact my Mother and I were at San Quentin Prison earlier this month, to visit with Bert (and my Dad) We do that several times a year.

Visits are quite a treat, something that we all appreciate VERY much. We have so much fun! We sit with each other for several hours - talk, eat, laugh - (our favorite thing to do) and just enjoy each others company.

Through these visits, I've learned a lot about Bert and we talk a lot about our plans for when he will be a man in the free world again, like huge family get togethers, and dinners, Horse back riding. I look forward to that day very much.

Bert is a gentle person, loving and kind. He's an upstanding model inmate, what I mean by that is ... his developed strength, courage and wisdom, he works hard and is always furthest from trouble. He is a perfect example of a man that has truly learned and has grown from his mistakes.

Bert has been found suitable for parole on two other occasions, because his proven that he is ready to live his life outside of S.Q.S.P.

We, his family and friends anxiously await his arrival.

Thank you very much, for your time.

Sincerely,

Tina Birdsell

Jim Boatman
21371 Fremont Ave
Lemoore, CA 93245
559-924-7409


May 5, 2006


RE: Christopher Boatman D-65055


Dear Board Members:

I am writing this letter in support of my son Christopher who is to come before your parole board
shortly.

Christopher is a model inmate and has accomplished a lot. Our family is so very proud of him. If you
was to know him as we do, you would not think twice about letting him come home. Christopher has
expressed his remorse to me on numerous occasions, not only for the crime he committed and all of the
people that were affected, but also for the pain he has put our family through. This is why we stand by
him and will never leave his side.

As you know, my son was found suitable for parole last year only to have it rejected by the Governor,
however, he has continued to show growth by not allowing such a major disappointment to hinder his
success. Once again, he has proven that he is not a threat to anyone if released back into society. He is
prepared and there is no longer a reason to hold him. Christopher has the strength and character to fulfill
his duty and responsibility as a self-sufficient law abiding person. He has a bedroom with a closet full of
clothes in my home, which he can stay **indefinitely.** The family business as well drillers will enable him
to make enough money to provide for himself as well as his future of having a family. He has nieces and
nephews, aunts and uncles, cousins, brothers and sisters. We have the resources needed for him to have
a successful parole and we (family and friends) eagerly await his return home to provide him with all
of our love.

He is earnest, patient, reliable, loving and caring just to mention a few of his attributes and I believe, if
given the opportunity he will make a huge difference in the way that we live in our community by being
a mentor for our younger generation.

I ask you once again, to allow our family to move forward in life with Christopher at home with us. He
is loved by many.


Sincerely,

Jim Boatman

Jim Boatman

May 10, 2006

State of California
Board of Parole Hearings
1515 K Street, Suite 600
Sacramento, CA 95814

### RE: Parole Hearing for Christopher Boatman D-65055

Dear Board:

Once again, my brother will be coming up for parole, and his family and friends are in support of his release.

We do this at each hearing, our family writes letters of support, we pray, we hope and we wait. You read, and then you decide whether or not our brother is suitable for parole. We had thought that all of this would be behind us and he would be coming home when you reinstated his suitability last year; unfortunately, that did not happen. Although Bert's chances of coming home were taken away on two different occasions, our family still has an abundance of prayer and hope that you will once again find him suitable for release.

Over the years, my brother has matured into a loving, caring, compassionate and responsible individual. I say this because I believe that a person's actions say far more than what comes out of their mouth. To look at Bert's prison record and all of the positive achievements he has made in education, self-help, therapy and community service within the prison, speaks for itself. This had to have been taken into consideration on July 30, 2002, April 6, 2005 and I believe that it also should be taken into consideration at this hearing. The answer should be the same; my brother has proven that he is worthy of parole now more than ever before.

Bert is welcome to live with me until he is ready to move into his own place. Housing, clothing and transportation are rudimentary in this family fold. Our family has assisted him financially during his incarceration and will continue to do so when he is released. Please take these things into consideration when reviewing his case and know that we plan to stand by him and take all measures necessary to assist him in staying on the right path.

My brother is a good man and we pray and hope this present Board will grant him the opportunity to start his life over again.

Your consideration and attention to this matter is greatly appreciated.

Sincerely,

Ms. Arleen Boatman
3880 N. Fruit Ave., Apt. #106
Fresno, CA 93705
559.221.1668

**Arleen M. Boatman**
*3880 N. Fruit. Apt. #106, Fresno. Calif. 93705    (559) 221-1668*

June 2006

## STATE OF CALIFORNIA
**Board of Parole Hearings**

REF: Bertram Christopher Boatman [D65055]

Letter of Support

Dear Board Officials,

I wanted to write an additional support letter for my brother Bert's nearing parole board hearing. My last letter should have mentioned that my home can serve as Bert's primary residence upon release from imprisonment. I welcome Bert to stay in my home and wanted the Board to be aware that he has a home to come to. My home is equipped with all that Bert will need to transition and pursue his goals. Bert will serve as a great mentor for his nieces and I will find comfort knowing that he is with us. I am committed to Bert's success and will foster a positive environment.

I have been employed by the IRS concurrently now for 18 years and harbor strong family values. My tenure with the federal government has been rewarding and has allowed me to secure a modest means of existence. My responsibilities drive me forward and strengthen my ability to help Bert in all ways. Bert is certain to thrive upon release from prison, as I and many others will buttress his efforts. I ask that you consider Bert's possibilities for a progressively greater existence.

Please contact me for further information. I will be available upon request and hope to hear from anyone considering my brother's parole or handling relative processes. Thank you very much for your consideration. Our family appreciated your efforts.

Sincerely,

Arleen Boatman

Lois E. Rahm
100 Lucky Dr. #210
Corte Madera  CA 94925
415 927-1339

May 21, 2006

Board of Parole Hearings
1515 K Street. Suite 600
Sacramento  CA 95814

RE:  Christopher Boatman  D65055

Dear Board of Parole Hearings:

I am writing this letter in support of Christopher (Bert) Boatman, who will have his seventh
Board hearing in June 2006, at San Quentin State Prison.

My name is Lois Rahm. I am recently a retired professional woman, who has worked in the real
estate and the banking industry for the past 36 years. I have also been an active volunteer in the
Kairos Prison Ministry for over 17 years in San Quentin.

I have known Bert for 6 years. When I first met Bert I was impressed with his openness to speak
about his crime, and to witness his genuine remorse for the victim's family.  He takes full
responsibility not only for the crime he committed, but also for the role that he played in the loss
of another's life. He is very aware of the value of life.

He has always been very respectful towards me.  I believe the positive strides, which he has
made over the years, are apparent and transformation has taken place in his heart.  I see Bert
almost every Sunday at Mass in the Catholic Chapel, where he is a member of the choir, a
lecturer and an Eucharist minister.  He is a man full of compassion, understanding and love.

Bert has served 20 years in prison.  He has received favorable psychiatry and counselor reports,
completed vocational trades with good work reports, stayed disciplinary free, and attended many
self-help groups – AA. etc.

Upon his release, he will have my support.  Plus, he will have the support of our Kairos Christian
Community and many of these friends will be very happy to assist him financially.  They
willingly would be more than happy to help him to readjust back into the community.

Bert Boatman does not pose any threat to society nor to anyone.  I, therefore, pray - that you, the
Board of Parole Hearings, grant Bert Boatman release when he comes before you in June 2006.

Thank you very much,

Lois E. Rahm

cc  Christopher Boatman

Robert Lee Ward
453 Calistoga Rd.
Santa Rosa, Ca  95409
(707) 539-9344

Board of Prison Terms
State of California
1515 K Street  (Suite 600)
Sacramento, Ca  95814

Re:  Christopher Boatman  CDC#  D65055

June 27, 2006

Dear Board Members,

I am a 71 year old native son of our state.  I have spent my entire life as a California
resident.  I spent most of my life working as a retail store manager and raising three
children with my wife.  Throughout my life, I have been actively involved in my church
and in my community as a volunteer.

After my retirement in 1997, I became involved in a non-denominational prison ministry.
I have been going into San Quentin State Prison once or twice a month for the last nine
years.

I met Christopher Boatman through this ministry six years ago.  We have an established
group of inmates and free people who meet for prayer and share at least once a month.
Christopher is a respected leader in our Christ centered movement inside the prison.  I
have witnessed tremendous spiritual and personal growth in him over the years.  I think
he would be a productive citizen in any community he might be released to.

I am prepared to assist him in any way upon his release, including financial assistance
and room and board if necessary.

I believe he is rehabilitated and will be a productive member of society when he is
released.

Sincerely,

Robert L. Ward

Robert Lee Ward

### Christopher & Kimberly Bailey
6157 Amie Drive
Windsor, CA 95492

June 1, 2006

Board Desk Coordinator
B.P.H. Lifer Desk
San Quentin State Prison
San Quentin, CA 94974

To Whom It May Concern,

We are writing in support of granting parole to Christopher
Boatman (CDC # D65055). We have come to know Mr. Boatman
through Kairos Prison Ministry at San Quentin State Prison. We have
known him for over three years. His family has continued to be
supportive of Mr. Boatman and has been challenged by the denial of
the parole board. He has shown remorse for his past and is certainly
a different man today. The effect of his dates being taken has upset
us and Mr. Boatman, yet he bounces back and continues to be a
positive example for others within the prison. He has handled these
challenges without difficulty and is an optimistic leader for others.

I hope you will see the benefit to the people of California to
release this man and allow him to become a contributing member of
society. I would welcome Mr. Boatman in my home and in my
community.

Sincerely,

Chris and Kim

Christopher & Kimberly Bailey

Brandy Boatman
21398 South Kincaid
Fresno, Ca. 93656
559.867.3445

May 20, 2006

(CDCR) Board of Parole Hearings
1515 K Street. Suite 600
Sacramento, Ca. 95814

RE: Christopher Boatman D-65055

Dear Board Members:

I am Brandy Boatman. little sister of Bertram Christopher Boatman. Once again, it is with utmost respect
that I dispatch this letter to you to plead for the release of my brother from your prison, back to the loving
embrace of his friends and family.

I have known Bert all my life. I believe that, once released, he will be a use-full law abiding citizen. He has
paid a heavy toll for his past, expressed his regrets, placed his thinking and deeds on a more positive
Christian track. and has prepared himself for a successful release. He deserves the chance to put all this
preparation into positive action.

Improvements in his attitude are self-evident. He has been a model inmate from the beginning accepting his
sentence with a resolute determination and has rededicated his soul to Christ. There is nothing this family
would not or could not do to help ensure Bert's success.

Bert has our love, understanding. and collective assurance. He has a place of residence by staying with me
moreover, I will provide him with transportation and clothing. In addition. he'll also have job options and
education avenues at his immediate disposal, upon his release. He has a family with the strong will and
consolidated means for him to achieve all his goals professional, educational, religious and spiritual.

No, Bert is not lacking in family support. So, what I really wish to impress upon this Board today is time.
Time past and present. Time served, time reflected upon. time to heal and time to move forward. There was
a time. 20 years past when my brother made a mistake, call it reckless youth, poor judgement. but the point
is It's been a long time. And. truth is, the person locked behind those bars today is not the same person you
incarcerated two decades ago. And you don't need this letter to convince you of that. Bert's file should speak
That truth for him. loudly and clearly.

In closing, I thank you for the time and your consideration of these words in the matter of my brother's parole.
Please, I beg you again, please review this case with compassionate and merciful eyes. And please grant my
brother his release.

Sincerely,

Brandy Boatman

**Ontre C. Boatman**
*7402 Micron Drive, San Antonio, Texas 78251    (210) 680-6385*
*Email:* oboatman@satx.rr.com

May 2006

## STATE OF CALIFORNIA
**Board of Parole Hearings**

REF: Bertram Christopher Boatman [D65055]

**Letter of Support**

Dear Board Officials,

I construct this letter hoping that it is read and received well by all eyes that may happen to read the scribing. I serve to provide the Board and all others with information about my never-ending support for my brother: I/We seek an affirmative parole release for Bert and hope to display that he will be duly cared for and assisted by his family, friends and others. I, and others, have been committed to ensuring that Bert has the requisite tools and support to foster a promising life beyond his prison term. Bert has many opportunities for success and has shown an awesome ability to harbor an accommodating lifestyle during his incarceration. Bert's fortitude is apparent, as is his kindness, understanding, and ability to effectuate positive change.

Bert has previously been found suitable for release and we again hope that he will be subsequently approved for parole. Bert will have the opportunity to work for others and/or operate his own business if he so chooses. Bert has employment offers from several companies. He can also alternatively manage the California operations of American Cocoa Shell – one of our family businesses: we sell cocoa bean shell mulch and he could handle the delivery and accounts of buyers in California. This is just one alternative that Bert has for supporting a productive lifestyle, given the opportunity to parole. The company website is www.AmericanCocoaShell.com. Our parent company is "All American Business Factory" and the details of our operation can be found on our website www.AABusinessFactory.com, phone number is (210) 286 – 9432.

I have supported Bert's efforts to continuously improve. He has developed and prepared himself for the challenges of the day. I am proud of Bert's character, as his transformation is

**Ontre C. Boatman**
*(Page 2)*

---

evidently clear and impressively positive.  He has become a source for inspiration, joy, and understanding.  Bert adds value to every relationship he forms, and does so in a positive, spirited, and comforting manner.

As Bert's younger Brother, I have gone to him on many occasions to seek advice and feedback. I am thankful for his support of my goals and continued endeavors.  Bert provides me with great information and has inspired me to perform at a higher level.  Our relationship has been bridled only by geographical restraints; Bert and I have unwavering love and support for each other.

I live in San Antonio and therefore my home cannot serve as the primary residence for Bert, but when such is possible, he is welcome and encouraged.  Meanwhile, our sister Arleen has residential provisions for Bert and we will all collectively ensure that Bert has any additional provisions.  Our sister Arleen is prepared and committed to Bert's comfort and successful transition, as is Bert's entire network of family and friends.  We will provide all that we have and aim to serve as an incubator for Bert's individual success.

I welcome any and all inquiries regarding this and related matters.  Please review my previous support letters for additional information.  I am committed to Bert, my family, and my community. I have respectfully displayed all the traditions of an honorable American citizen and have represented our family with grace.  I am a service-connected blinded veteran, adjunct college professor, business owner, community volunteer, mentor, and more.  I reveal this only to serve as a method to help better acquaint you with Bert's family and our offerings.

I hope that Bert's hearing proceedings lead to his parole.  Thank you all for your time, efforts, and consideration.  We will do all that is required of us to aid Bert with his transition.  We plead for a parole confirmation and subsequent parole.

Sincerely,

Ontre Boatman

# ImMEDIAte Impact

Corporate Communication Strategies

April 3, 2006

Board Desk Coordinator
B.P.H. Lifer Desk
San Quentin State Prison
San Quentin, CA 94964

Dear Sirs,

During the six years I have been a volunteer at San Quentin, I have spoken and worked with Christopher Boatman on many occasions. As a result, I know that he takes full responsibility for what he did, understands the suffering he has caused others, and continues to show remorse. He has participated in numerous self-help programs, learned several trades, and given generously of his time and energy to help others in their search for rehabilitation. In short, he has done everything in his power to make amends – as much as any incarcerated person can.

The question now before the Board is simply this. Will Christopher continue along this path if he is granted parole? I am convinced that he will, and I say this for three reasons. First, I know him to be a person of integrity. He does not make promises he can't keep and he delivers wholeheartedly on those he does. Second, he is a spiritual person, in the best sense of that word. That is, he looks beyond the obvious and the easy in his search for the truth about himself and the situations he encounters. Finally, he consistently makes practical decisions, based not on immediate rewards, but on the consequences and effects that will result from his choices.

In summary, I think he has clearly demonstrated that he is the kind of mature, thoughtful person who would be welcome in any community.   I urge you to grant parole to Christopher Boatman.

Sincerely,

Robert L. Benton

cc. Christopher Boatman

775 E. Blithedale Ave.  Suite 379  Mill Valley CA 94941   415 435-1803

6.20.06

Board of Prison Terms
1515 K Street, Suite 600
Sacramento, CA 95814

To whom it may concern,

I am writing to you with reference to an inmate at San Quentin State Prison
named Christopher Bert Boatman (CDC # D-65055).

For the past six years now I have been involved as a volunteer with various
prison ministry programs at San Quentin through both the Protestant and
Catholic chapels. In that time, I have come to know Bert very well.

Bert is a cheerful man with a smile on his face and a song in his heart. I have
seen how his enthusiasm has had a positive and powerful influence on fellow
inmates. I have seen how he has devoted his time and energy to helping others
grow spiritually and pursue their paths of rehabilitation and genuine change.

I have seen the joy in Bert's eyes as was rightly found suitable for parole,
TWICE in the past few years. I watched him experience the disappointment of
having his parole dates be rescinded. And yet, Bert continued to accentuate the
positive, turning away from any feelings of bitterness or resentment.

I have been most impressed by Bert's qualities of love, peace, compassion,
honesty and humor. He is a man of faith who "walks the talk". I count him as one
of my friends. And when he is released, I will do everything in my power to stand
by him as a friend and supporter.

For these reasons and more, I sincerely implore you to approve Bert's release
and give him a chance to re-enter society as a free man. I honestly believe Bert
has humbly paid his debt to society and that he is eager to make a meaningful
and law-abiding contribution to the world outside the walls of San Quentin.

Thank you for your time and consideration.

Yours truly,

Thomas E. Witt

Thomas E. Witt

Date:     Thursday, April 13, 2006

To:       BOARD OF PAROLE HEARINGS
          1515 "K" Street, Suite 600
          Sacramento, CA 95814

From:     Dr. Don DeNevi
          Supervisor of Recreation
          San Quentin State Prison

**Subject:  Letter of Support for Inmate BOATMAN**

A few years ago, I wrote a glowing letter of recommendation to the Parole Board on behalf of Christopher Boatman. That letter was one of the best of three letters of recommendation I have written out of more than 6,000 inmates I've worked with over the years.

At this time I would like to repeat what I said in that letter: I recommend this man for immediate parole without reservation or qualification. The reason I have such a high regard for Inmate Boatman is because he has been a member of my tennis team for the past three years, allowing me to come to know the man better than just above anyone on the staff. In short, I consider him to have an impeccable reputation for honesty and integrity in all aspects relating to prison life. Other inmates seek him for counseling and guidance. Outside guests from the surrounding communities who play tennis against him feel he is a man deserving respect and recognition.

Once again I'll echo what I wrote on his behalf three years ago: Christopher is ready to be released today.

_____
D. De Nevi, Ph. D.

GA-74

BOARD OF PRISON TERMS
1515 K ST., SUITE 600
SACRAMENTO, CA. 95814


REGARDING: Chistopher Boatman, D-65055
San Quentin State Prison


Dear Members of the Board

It is without reservation or qualification that I strongly urge the Board f Prison Terms to parole inmate Christopher Boatman.

Allow me to explain in detail why it is that I write one of the strongest recommendations that I have written during my professional career spanning almost a half-century as an educator.

Mr. Boatman came to my attention over a year and a half ago when I assumed my current position as Supervisor of Recreation at San Quentin. At that time he had a reputation among correctional officers and teaching staff throughout the prison for not only working hard and following through with whatever task assigned, but also for impeccable behavior, courtesy and kindness to all who approached him, sat in class with him, or played sports alongside or against him on weekends. That personality has been consistent on a daily basis, making him one of the most admired and respected inmates in the institution. Meanwhile, when he observes a newcomer who is troubled, defiant, or rebellious, Mr. Boatman takes it upon himself to counsel the man in a friendly manner in hopes of keeping him out of trouble. Rarely among the more than 8,000 inmates I have taught, counseled or worked with while with the California Department of Corrections spanning more than a decade have I encountered such insight, understanding and empathy for fellow human beings. His Vocational Training teachers, I'm certain, concur in my assessment of these character traits. In short, few inmates have programmed as well as he has, at the same time maintaining a positive and cheerful disposition in the daily turmoil's of life in the penitentiary.

In conclusion, allow me to add that I have especially appreciated his leadership in co-organizing and co-managing the San Quentin tennis team. Never in the history of our prison has a team come, played and remained together as much as his. This is partly due to the fact that Mr. Boatman is more than a co-manager. The other inmates see him as a mentor, a teacher and a counselor, not only about the techniques of the tennis game, but also about life in general and how tennis can indeed assist one in surviving the rigors constantly faced. Outside guest tennis players have remarked how much they enjoyed playing with and against him (although his second serve needs further development) and Mr. Boatman's obvious maturity in relating to them. I have chosen him to serve as my primary tour guide when I invite the guests to join me in visiting other areas throughout San Quentin.

Mr. Boatman's prognosis for adapting to society upon his release is excellent. He will most certainly apply his work ethic and his intrinsic kindness and generosity to all he meets and works for. Because of all of this, I recommend his immediate parole without question.

Don Denevi
Recreational Coach

State of California                                                    Department of Corrections and Rehabilitation

# Memorandum

Date    :    March 20, 2006

To      :    Board of Parole Hearings
             Hearing Panel
             1515 K Street, Suite 600
             Sacramento, CA  95814
             Fax (916) 322-9961

From    :    Laura Bowman, Academic Teacher
             Robert E. Burton Adult School
             California State Prison, San Quentin CA 94964

Subject :    **CHRISTOPHER BOATMAN, CDC#D65055**
             **UPCOMING PAROLE SUITABILITY HEARING**

Enclosed please find my letter to Governor Schwarzenegger from August of last year asking for his favorable consideration for the parole of Christopher Boatman.  I am providing you a copy of this letter so you may see that I have been, and continue to be an advocate for Mr. Boatman's release.  My strong opinion about his suitability for parole remains, and I request you read the enclosed letter in its entirety to that effect.

As I stated in my letter to the Governor, I believe Mr. Boatman will be an asset to his community upon release.  His day-in, day-out behaviors and actions speak for themselves as testimony to his personal conviction to live a peaceful, self-disciplined, and service-oriented life.  It is my fervent hope that you will, once again, find Mr. Boatman suitable for parole, and then lend your full support to that decision when it reaches the Governor's desk for review.

Thank you,

Laura E. Bowman, Academic Teacher
Robert E. Burton Adult School
California State Prison, San Quentin

August 17, 2005


Governor Arnold Schwarzenegger
State Capitol Building
Sacramento, CA  95814

RE: Recommendation for Parole of Christopher Boatman, CDC# D-65055

Dear Governor Schwarzenegger,

I am writing to you today to ask for your favorable consideration of Christopher Boatmans for parole. It is my understanding that his file currently sits in your office awaiting your review of the Board of Prison Terms' recommendation that he be granted parole. I agree with the Board; Mr. Boatman has proven himself ready and worthy of being released back to the community.

Mr. Boatman will be an asset to any community he goes into. His whole essence is to help others. The nineteen years he has spent in prison have not been idle – he has actively pursued self-reflection, examined his own culpability in all situations, participated in personal growth programs for himself and been a catalyst for others to do the same.

By all accounts, he was always a good person – but one who, in his youth, was led astray and as a result was involved in a tragic situation, which he realized at the time, was a grave mistake. He carries the pain of that time with him still. An openhearted person by nature, Mr. Boatman describes himself as having been "closed down" when he was first incarcerated. His sorrow and remorse, mixed with the dangerous living conditions of his initial years of incarceration led him to keep to himself in an effort to simply try to survive. However, after years of being transferred from prison to prison and maintaining his good record, he arrived at San Quentin and found himself in a much different – a supportive and encouraging – environment. It was at that point that Mr. Boatman began to open up again.

When asked what he is most proud of in his life, he immediately says it is that he has been able to open his heart back up.  This simple, but profound, accomplishment of opening his heart back up has made all the difference. Learning and continuing to remain open has been a practice in faith for him. Having an open heart has allowed him to reach new heights of success in his efforts to help others. The list of his involvement with group activities – be they academic pursuits, recreational sports and hobbies, community development, or faith based – is long and glowing. It is through my sponsorship of the San Quentin Chess Club (of which he is a founding member), and as a teacher in the school that I have come to know Mr. Boatman. I am genuinely impressed with him. As a fellow human being, he has been one of my best teachers. While he is proud of his many accomplishments: getting his GED, his high school diploma, becoming highly skilled at trades such as machine shop and plumbing, he is most proud of his own ability to stay open to others and the value of positive interpersonal interaction that comes from it.

Mr. Boatman is truly an exceptional human being, who, like many of us, has made mistakes; however, unlike most of us, he has – and continues – to atone for those mistakes and wants nothing more at this point, than to simply be allowed to live the rest of his life helping others to see their way clear to avoiding the kinds of mistakes he made early-on so that they do not harm themselves or others. Mr. Boatman has had to look at his own failures and come to terms with them. In his own words, "failure is a stepping stone to success."

In 1986 Mr. Boatman's life took several tragic turns. While others may have resigned themselves to thinking of those turns as "wrong" and leading to a dead-end, Mr. Boatman has not given in to that pessimistic outlook. Instead, with the passage of each year, Mr. Boatman has been working his way toward re-entering life with a wholeness and readiness to repair what he can and contribute wherever he goes.

It is often said of parolees when considering them for parole, "Would you want him living next door to you?" I can wholeheartedly say that if Mr. Boatman were to parole to my neighborhood, I would consider it nothing but a positive and beneficial event. I am sure that his is what those in his receiving neighborhood will feel, as well, when he arrives. His plan to live with his family is a solid one. They plan to be available and supportive for him as he reintegrates into society after such a long time away. With the highly sought-after trade skills he has developed, finding a job will be easy for Mr. Boatman. And lastly, but probably most importantly, it is evident that in addition to gainful employment, Mr. Boatman will also seek out and become successfully involved with community-based programs working with youth that foster alternatives to violence and drug use/addiction.

I hope you will see Mr. Boatman for who he is – a matured man, ready and worthy of parole. The positive difference he will make in the lives of others going forward is something to look forward to.

Thank you kindly for your consideration.

*Laura E. Bowman*

Laura E. Bowman Teacher
Robert E. Burton Adult School
San Quentin State Prison
San Quentin, CA  94964

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION

San Quentin, May 2, 2006

Board of Parole Hearings
1515 K. Street, Suite 600
Sacramento, CA 95814

Aida de Arteaga, Instructor
Condemned Row Instructor
College Coordinator

Dear Sirs:

This letter is in support of Mr. Boatman, D-65055. I am currently an academic teacher on condemned row and the college coordinator here at San Quentin State Prison. Prior to this position I spent fourteen years developing and facilitation the Arts and Corrections Program here at San Quentin State Prison. I am a professional musician and perform with Bay Area and international symphonies.

During my position as Artist Facilitator, I came to observe Mr. Boatman and his professional work habits. He was employed in the machine shop. Arts and Corrections were doing a joint project with that department. My coworker, Mr. Paul Auren, who has since retired, trained Mr. Boatman and regarded him as his top student and most dependable worker. Mr. Boatman has always acted in a respectful way, worked hard and has been diligent about completing his assignments.

I believe Mr. Boatman will not only be an asset to the community when he is released, he will be a positive and productive citizen. This is why I have no reservations to support and recommend his early release.

Respectfully,

Aida de Arteaga, Instructor
Education Department
San Quentin State Prison

**BIG RIVER DRILLING**
Wes Harmon
21140 S. Walnut Ave.
Riverdale, CA. 93656

Christopher Boatman
P.O. Box D-65055 2-N-98
San Quentin State Prison
San Quentin, CA. 94974

May 22, 2006

REF: Christopher Boatman D-65055

Dear Mr. Boatman,

After receiving your letter and resume dated April 27, 2006, I have chosen to extend an offer of employment to you with Big River Drilling for the position of drillers helper. This position commencing as soon as possible.

This is a full time position. Your starting salary of $25.00 per hour will be paid to you in accordance with our payroll procedures.

If you have any questions or concerns regarding this letter of employment please do not hesitate to contact me at (559)259-5677.

I am pleased that you are joining our company and hope you will find your employment to be a rewarding experience. I look forward to working with you.

Sincerely,

Wes Harmon

Wes Harmon
Big River Drill

**MT. WHITNEY COLLISION & CLASSIC CARS**
**3832 W. Mt. Whitney**
**Riverdale, CA. 93656**
**(559) 867-4078**

May 24, 2006

To: Christopher Boatman

Ref: Offer of Employment

Dear Mr. Boatman,

Congratulations! An offer of employment is made to you with Mt. Whitney Collision & Classic Cars for the position of Collision Technician. We are also expanding our operations and adding a new Tow service for customers. We hope that this endeavor also interests you, as we plan to expand our operations.

This position available as soon as possible and will be an open invitation for employment. The position is a full-time position. Your salary will start at $20.00 per hour (commission-based) and will be paid on a weekly basis. If you have any questions or concerns regarding this offer of employment, please do not hesitate to contact me at (559) 867-4078.

Our staff is looking forward to you becoming a part of our company. We hope you will accept our offer of employment and will be available to assist our operation. I look forward to working with you in our rewarding environment.

Sincerely,

*Jonathan Figueroa*

Jonathan Figueroa, Owner
Mt. Whitney Collision & Classic Cars
Business: 559-867-4078



# YWD

## Industrial Group

2550 S. EAST AVENUE, SUITE 101
FRESNO, CA 93706
(559) 266-4844; FAX (559) 266-4846

June 8, 2006

Board of Prison Terms
*San Quentin State Prison*
San Quentin, CA 94974

**REF: Christopher Boatman**

To Whom It May Concern,

After having received Christopher Boatman's resume, I can state most assuredly that he would be considered for employment at our company upon his release. Tanney Machine presently employs 45-50 persons of which 20+ are in positions that Mr. Boatman could fill.

Should he be interested in locating in the Fresno area I think that there would be a very good chance that he could be hired very soon after his release. We have hired several other individuals upon their release from the prison system and have been very happy with the results.

Please feel free to contact me should there be any questions.

Very Truly Yours,

Jack Tanney

# RUTTER ARMEY

## INCORPORATED



HARD CHROMIUM PLATING    CRANKSHAFT REGRINDING

MAILING ADDRESS: P.O. BOX 1585, FRESNO, CA 93716-1585
PHONE: (559) 237-1866 • FAX: (559) 237-5806

May 15, 2006

Christopher Boatman
P.O. Box D-65055#2N-98
San Quentin State Prison
San Quentin Ca. 94974

Dear Mr. Boatman,

In reference to your letter and resume' dated April 16, 2006, we are not currently looking for a machinist, however, that could change at anytime. I do have contact and a good relationship with the other large machine shops in the central valley and would be more than happy to give you some job leads when you enter the market.

If I can be of further assistance, please don't hesitate to contact me.

Sincerely,

Robert Armey
Rutter Armey Inc
President

# **Tanney**

MACHINE AND
MANUFACTURING

2830 S. Cherry
Fresno, California 93706
(209) 266-4844
*FAX (209) 266-4846*

May 11, 1998

Board of Prison Terms
San Quentin State Prison
San Quentin, Cal. 94974

Ref: Christopher Boatman

To whom it may concern:

After having received Christopher Boatman's resume I can state most assuredly
that he would be considered for employment at our company upon his release.
Tanney Machine presently employs 65-70 persons of which 30+ are in positions that
Mr. Boatman could fill.

Should he be interested in locating in the Fresno area I think that there would be a
very good chance that he could be hired very soon after his release. We have hired
several other individuals upon their release from the prison system and have been
very happy with the results.

Please feel free to contact me should there be any questions.

Very truly yours,

Jack Tanney

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY                                      PETE WILSON, *Governor*

## DEPARTMENT OF CORRECTIONS

CALIFORNIA STATE PRISON
SAN QUENTIN, CALIFORNIA 94964
(415) 454-1460



April 23, 1996

Board of Prison Terms
428 J Street, 6th Floor
Sacramento, Ca 95814

Re: I/M Boatman, C. D-65055

Dear Board Members,

Mr. Boatman is an active member in the self-help group Katargeo.

Katargeo is a CDC/ADP Substance Abuse Demonstration Project at California State Prison, San Quentin with Bay Area Services Network, established in February, 1992.  Katergeo is a group of people expressing their feelings and responding to those of others in an effort to understand themselves.

It is imperative that any member of Katergeo be able to not only share his experiences truthfully and concisely, but be sensitive and attentive to others within the group.

   We applaud Mr. Boatman for his active participation, support and guidance of paroling inmates.  Mr. Boatman has been an integral part of the successful parole of Katargeo members.

Sincerely,

*Addie Kitchen*
Addie Kitchen
Correctional Counselor
San Quentin State Prison

*Lou Wright*
Louis Wright
Correctional Counselor
San Quentin State Prison
Graduate Student, MSW

FROM: Ontre' Corneilus Boatman
ATTN: To All That It May Concern
REF: Letter of Support - Bertram Christopher Boatman
January 2001

This letter of support is provided in an honest and sincere effort of displaying the love, trust, respect, and confidence that I have in my brother and the approval of his future parole. Where is one to begin when exposing the support that one has for his beloved brother? What does one tell a panel of individuals who interpret the outcome of an incarcerated human being that he knows as his wonderful brother? I will toil and prayerfully provide to all those reading, a complete scope of the love and support that I have for my brother "Bert." I shall begin by informing you that Bert and I are the closest in age of all the siblings in our family. I am 34 years old. I work for the Department of Defense, retired from the U. S. Air Force, a full-time postgraduate student, married 14 years to my wife-a high school teacher, father of two girls, ages 12 and 3, and I am also legally blind. I reveal this information about me for two reasons. I first want you to have a sense of who I have been, and also to provide to you the positive influences that Bert and I as well as all the members of our family have on one another. The successes of each member of our family are cherished but are also a reflection of our family's determination to self betterment and the love and encouragement we provide for one another.

I am certain that those of you who have taken the time to investigate my brother's parole possibility have perhaps discovered that he has made wonderful and significant progress relative to his preparedness for release from prison. Acknowledging what it takes to maintain a positive attitude while imprisoned and looking upon Bert's personal characteristics in deciding what is best for all, I feel strongly that you can identify the talents and possibilities that he has for a successful life in our society. I submit to the fact that all those deciding Bert's future have only limited data before them to make such a dramatic choice in this outcome. I submit to the fact that you use that limited data with

the aid of your own personal intuition in order to support your decision. I also submit that the decision the each of you make is perhaps guided or at least minimally affected by California's ever-so powerful political component. With all these issues before you, I plead that you allow yourself to be just with your judgment and to take the time to inspect Bert's case independently and without predetermination's. With all respect, this is certainly not to say that these aspects of your duty are disingenuous.

I wish that the each of you involved in the determination of this ruling had the knowledge about my brother that I have. If you had, your approval of Bert's parole would be imminent and satisfying in nature. Wishful thinking on my part of course. I presume that the many of you see great amounts of support before you regarding an inmate's parole board. What I hope for is that time and consideration is given to each and every inmate deserving of such review. What frightens me the most is to continue to see my brother incarcerated and to not be given the opportunity to reveal his offerings to humanity. Peer into Bert's eyes and you will discover that he has much to offer. Listen to his words and watch his mannerisms and you will feel that his inner spirit that is good and full of grace. It is obvious that I strongly yearn for Bert;s release. It is also revealing that Bert has immense love and support from his family. I cannot persuade or urge you enough that allowing my brother to be paroled is the appropriate thing to do. It is simply unfortunate that all that I have in my power relative to Bert's parole are the words that I write and the actions that I make towards expressing my love for my brother. I just wish that more could be done to convince the each of you that Bert is prepared for release back into our community.

In addition to the words that I have written, please know that my wife Danielle has feelings about Bert and his parole that indeed parallel mine. Danielle is a high school special education teacher who has been working with young students both involved and convicted of various offenses. The both of us are involved in the mentoring process of many of these young adults. I reveal this to display that my actions and words are of a genuine nature and that my wife and I are cognizant to the fact that all of us require love and concern in lieu of a life that can be successful and positive. I do not know if the words that I have written will be received with the same conviction and strength of

understanding that I have attempted to project. What I do know is that the man before you, Bertram Christopher Boatman, is a good man, guilty of a serious offense, yet deserving of a chance to recapture freedom and the blessings that it has to offer. I thank the each of you for the time and consideration that you have given to this letter. I thank you for the time and consideration that you have given to Bert and all of us engaged in this effort.

Sincerely,

Ontre' Corneilus Boatman

August 25, 2001

To: Board of Prison Terms:

Subject: Boatman  D-65055

Boatman, D-65055 started in the Machine Tool Technology Program on January 11, 1994 and was indentured as an Apprentice Machinist on April 27, 1995. He completed his 7000-hour apprentice program in 2000 and received his certificate as a Journeyman Machinist in July 2001 from the International Association of Machinists. This accomplishment is significant because other correctional institutions in California are not certified to graduate a journeyman in the machinist trade. He has met or exceeded the criteria established by the Department of Corrections, the Bureau of Industrial Standards and the International Association of Machinists. This will enable Boatman to enter the workforce on a equal skill level with most training centers or junior collage graduates.

Because Boatman  was considered by his Welding instructor Mr. D. Hildreth, as a person most likely to succeed upon parole, he was transferred into the Machine Tool Technology program when the San Quentin Welding Program was closed.

Boatman from his first day as a student in the Machine Tool Program proved himself as a good student and eager to learn and please without any of the games inmates tend to play. He is considered as a role model by his peers and is respected by staff.

It is my opinion that Bert  Boatman should be paroled. He has a good trade, the right attitude and has shown during his years of incarceration the willingness to succeed.

Thank You,

Paul Auren, Instructor 1982-2000



**Tanney**

MACHINE AND
MANUFACTURING

2550 S. East Ave., Suite 101
Fresno, California 93706
(559) 266-4844
FAX (559) 266-4846

January 29, 2001


Board of Prison Terms
San Quentin State Prison
San Quentin, Ca 94974

REF:  Christopher Boatman

To Whom It May Concern:

After having received Christopher Boatman's resume, I can state most assuredly that he would be considered for employment at our company upon his release.  Tanney Machine presently employs 65-70 persons of which 30+ are in positions that Mr. Boatman could fill.

Should he be interested in locating in the Fresno area I think that there would be a very good chance that he could be hired very soon after his release.  We have hired several other individuals upon their release from the prison system and have been very happy with the results.

Please feel free to contact me should there be any questions.

Very truly yours,

Jack Tanney



Machine Repair For

**AG · INDUSTRIAL**
**GENERAL MACHINE SHOP SERVICES**
**WELDING · FABRICATION · CNC TURNING**

34661 Lodge Road · Tollhouse, CA 93667 · Phone - (559) 855-3884 · 1-(800) 355-3884 · FAX (559) 855-3884

January 29, 2001
Mr. Christopher Boatman
P.O. Box D-65055  #2N-98
San Quentin State Prison
San Quentin, Ca. 94974

Dear Mr. Boatman,
Subject: Employment Opportunities

Thank you for your interest. Your qualifications are suitable for our consideration  however we are a small company with only two employees and turnover is rare. But please be encouraged to come see me after your release. Who knows what the future holds ?

Good Luck,

Kurt Lindberg

# RUTTER ARMEY

## INCORPORATED



HARD CHROMIUM PLATING    CRANKSHAFT REGRINDING

MAILING ADDRESS: P.O. BOX 1585, FRESNO, CA 93716-1585
PHONE: (209) 237-1866  •  FAX (209) 237-5806

Jan 24, 2001

Christopher Boatman
P.O. Box D-65055 #2N-98
San Quentin State Prison
San Quentin. Ca 94974

Dear Mr. Boatman.

In reference to your letter dated 12/12/00. it appears by your resume that you would be qualified

to serve as a journeyman machinist and/or welder.

We currently have an opening for one machinist, which should be filled within the next few

days. If our plant stays busy. we will need at least one more within the next month or so.

I would be more than happy to interview you as to your employment possibilities.

We also have a number of machine shops in our area that also may be hiring.

If I can be of further help. don`t hesitate to contact me.

Robert J. Armey
Rutter Armey Inc
President

FROM: Ontre' Corneilus Boatman
ATTN: To All That It May Concern
REF: Letter of Support - Bertram Christopher Boatman
May 2002

This letter of support is provided in a honest and sincere effort of displaying the support. love, trust, respect, and confidence that I have in my brother and the approval of his future parole. Where is one to begin when disclosing the support that one has for his beloved brother? What does one again say to the parole board consisting of individuals who decides the outcome of his brother's future? I will toil and prayerfully provide to all those reading, a complete scope of the love and support that I have for my brother "Bert." I shall begin by informing you that Bert and I are the closest in age of all the siblings in our family. I am 35 years old. I am retired from the United States Air Force after serving meritoriously for nearly ten years until I suffered a service-connected disability effecting my vision. I am now legally blind and have been employed by the Department of Defense since 1995. I am curently a full-time postgraduate student, married 15 years to my wife-a high school teacher, father of two girls, ages 13 and 4. I reveal this information about me for two reasons. I first want you to have a sense of who I am and have been. I also wish to provide to you the positive influences that Bert and I as well as all the members of our family have on one another. The successes of each member of our family are cherished but are also a reflection of our family's determination to self betterment and the love and encouragement we provide for one another.

I am certain that those of you who have taken the time to investigate my brother's parole possibility have perhaps discovered that he has made wonderful and significant progress relative to his preparedness for release from prison. Acknowledging what it takes to maintain a positive attitude while imprisoned and looking upon Bert's personal characteristics in deciding what is best for all. I feel strongly that you can identify the talents and possibilities that he has for a successful future within our free society. I wish that the each of you involved in the determination of this ruling had the intimate insight of my brother that I have. If you had, your approval of Bert's parole would be imminent, immediate, and satisfying in nature. I presume that the many of you see great amounts of support before you regarding an inmate's parole board. What I hope for is

that the time and consideration you have given to Bert's parole board delivers a release recommendation. What frightens me the most is to continue to see my brother incarcerated and to not be given the opportunity to reveal his offerings to humanity. Peer into Bert's eyes and you will discover that he has much to offer. Listen to his words and watch his mannerisms and you will feel that his inner spirit is good and full of grace. This is a remarkable task when considering his acknowledgment to his terrible felonious crime and the conditions of his prison sentence.

It is obvious that I strongly yearn for Bert's release. It is also revealing that Bert has immense love and support from his family. I cannot persuade or urge you enough that allowing my brother to be paroled is the appropriate thing to do. It is simply unfortunate that all that I have in my power relative to Bert's parole are the words that I write and the actions that I make towards expressing my love for my brother. I just wish that more could be done to convince the each of you that Bert is prepared for release back into our community.

In addition to the words that I have written, please know that my wife Danielle has shown strong and unconditional support to Bert and his parole that indeed parallel mine. Danielle is a high school special education teacher who has been working with young students both involved and convicted of various offenses. The both of us are involved in the mentoring process of many of these young adults. I reveal this to display that my actions and words are of a genuine nature and that my wife and I are cognizant to the fact that all of us require love and concern in lieu of a life that can be successful and positive. I do not know if the words that I have written will be received with the same conviction and strength of understanding that I have attempted to project. What I do know is that the man before you, Bertram Christopher Boatman, is a good man, guilty of a serious offense, yet deserving of a chance to recapture freedom and the blessings that it has to offer. I thank the each of you for the time and consideration that you have given to this letter. I thank you for the time and consideration that you have given to Bert and all of us engaged in this effort.

Sincerely,

Ontre' Corneilus Boatman

5.9.03

State of California, Board of Prison Terms
1515 K Street, Suite 600
Sacramento, CA 95814

To whom it may concern,

This is a letter of recommendation for an inmate at San Quentin Prison named Christopher Bert Boatman, D-65055.

For the past three years I have been involved with various prison ministry programs at San Quentin through both the Catholic and Protestant chapels. Specifically, I have served as a volunteer on four KAIROS weekends (a three-day intensive on the Christian faith). In addition, I attend a weekly "prayer and share" support group fellowship for inmates, as well as a monthly KAIROS reunion and monthly "Taize" devotional service in the Catholic chapel. I have also "walked the tiers" doing cell-to-cell ministry.

Through these various programs, I have come to know Bert quite well. I have witnessed firsthand his positive influence on numerous fellow inmates. I have seen how he has selflessly devoted his time and energy to helping others grow spiritually and pursue their paths of rehabilitation. He has encouraged numerous inmates to become involved in the Kairos program and is an active participant in the programs of the Catholic chapel.

I have been most impressed by Bert's qualities of peace, love, compassion, honesty, humility and cheerfulness. He is a man of faith who "walks the talk". I see him as a role model for men around him. He is a role model for me. And I count him as one of my friends.

Should you want to "consider the source" behind these words, here's some information about me: I am a graduate of U.C. Berkeley. I have worked in the advertising business for over 18 years. I own a home in Mill Valley. And I am heavily involved with my church in San Francisco (Golden Gate Community Church of the Nazarene) where I have served as a Trustee and a small group leader. There, I also serve on our church lectionary board writing Bible study curriculum. I am also involved with the music program as a guitar player. I have been a Christian my entire life and I believe in the power of honest repentance. Each time I visit San Quentin, I see Bert's repentance.

For these reasons and more, I ask you to grant Bert a parole date and a chance to re-enter society as a free man. I truly believe Bert has humbly paid his debt to society and that he is eager to make a positive and meaningful contribution to the world outside San Quentin.

Thank you for your time and consideration.

Tom Witt

Thomas E. Witt

April 17, 2002

To The Board of Prison Terms
 Subject: Bert Boatman D-65055

This character reference letter is submitted in behalf of Bert Boatman, who was a student in the Vocational Welding Program here in San Quentin State Prison, San Quentin California.

Mr. Boatman was in the Vocational Welding Program for approximately 2 1/2 years, ending in February 1995, when the Vocational Welding Program closed. Mr. Boatman elected to continue his education in the metal trades and transferred to Vocational Machine Shop. When the Vocational Welding Program ended I became the Prevocational Training Instructor, and also substituted in numerous other vocational programs until I retired from state service.

During this time I had the opportunity to observe Mr. Boatman's behavior, attitude and work habits. All of the years I have known him he has continually displayed an above average interest in his training duties and activities. On many occasions he has volunteered to assist other instructors with work schedules. Mr. Boatman also took it upon himself to assist fellow inmates concerning written and manual assignments, which has proven to be instrumental in their success, due to his mature behavior and insistence on high work standards. When the Vocational Welding Program was closed Mr. Boatman was a certified welder and employable in most of the welding fields and still is. He graduated March 2001 as a Machinist/Welder from the Vocational Machine Shop.

These daily activities in which I observed Mr. Boatman at San Quentin are indicative to me of and individual who has a highly attuned sense of the world of work. His ability to master his job with all it's diversifications, as well as his proven initiative and co-operation are in keeping with the requirements of any work situation he would have to encounter in the outside world, if he were to be paroled.

If there is any need to contact me, I can be reached through Jean Bracy, Supervisor of Correctional Education Programs at San Quentin State Prison, San Quentin California.   .

Darryl Hildreth
Welding Instructor (retired)

Shirley A. Rowe
4446 N. Haslam
Fresno, Calif. 93722

May 9, 2002

Dear Board

I'm writing regarding Christopher Boatman, my nephew. I feel he should be given the opportunity to become a productive citizen in society.

I realize the crime he was involved in was horrible. I'm not taking the seriousness away from the offense. I realize the profound affect it had on all friends and family members associated with this crime. I feel by becoming a productive citizen it would give him the opportunity to give back to society. Maybe he will become involved with young people to help steer them in the right direction. An ounce of prevention is worth a pound of cure. God put all of us here for a purpose.

I would be willing to assist Christopher in obtaining housing and transportation for him to become gainfully employed. Thank you in advance for your time and consideration.

Respectfully,

Shirley A. Rowe

If you have any question please feel free to contact me
Home # (559) 224-9950
Pager # (559) 420-6066



**MACHINE AND
MANUFACTURING**

2550 S. East Ave., Suite 101
Fresno, California 93706
(559) 266-4844
FAX (559) 266-4846

April 16, 2002

Board of Prison Terms
San Quentin State Prison
San Quentin, Ca 94974

REF: Christopher Boatman

To Whom It May Concern:

After having received Christopher Boatman's resume, I can state most assuredly that he
would be considered for employment at our company upon his release. Tanney Machine
presently employs 65-70 persons of which 30+ are in positions that Mr. Boatman could
fill.

Should he be interested in locating in the Fresno area I think that there would be a very
good chance that he could be hired very soon after his release. We have hired several
other individuals upon their release from the prison system and have been very happy
with the results.

Please feel free to contact me should there be any questions.

Very truly yours,

Jack Tanney



# SAMARITAN
# H O U S E

State of California
Board of Prisons
1515 K Street
Sacramento, CA 95814

RE: Christopher B. Boatman D65055

Dear Friends:

This letter is by way of recommendation for Christopher Bert Boatman D65055, an inmate at San Quentin State Prison, who has a scheduled meeting before the board in the near future.

I have known Christopher Boatman for a little more than two years through my activities at the Catholic chapel at San Quentin. Christopher participated in a Kairos weekend of which I was a part. Kairos is a weekend experience where a team of 35 outside people share a Christian-based intensive sharing experience with 42 inmates. Since that time over two years ago Christopher has continued to play an active role in the inmate council planning for Kairos. I also have had contact with him on a regular basis at the Sunday religious services at San Quentin.

I characterize Christopher Boatman as a very positive, very solid, very well adjusted adult human being. I can testify to his clearly regretting the mistakes of his younger days and to his having turned his life totally around to become a productive human being.

As witness to this are all the efforts he has undertaken to improve himself while incarcerated. Besides his activities in connection with Kairos and spiritual growth, Christopher has recently graduated as a certified machinist and welder and continues to participate in educational programs that advance his personal growth.

Christopher as a person is positive, outgoing, well-adjusted, respected both by his fellow inmates and those of us who volunteer at San Quentin on a regular basis. It is my understanding that he has been a model inmate throughout his tenure.

As former director and current consultant with Samaritan House, a human service agency in San Mateo County, I would be in a position to assist him with some of his basic needs upon parole.

I feel very strongly that Christopher Boatman not only would pose no threat to anyone in society but would actually be a productive member of any community and wonderful influence for good wherever he lived. I recommend him most highly for your consideration for an immediate release date.

Respectfully,

John Kelly
Executive Director Emeritus and Current Consultant

CENTRAL OFFICE  •  1515 South Claremont Street  •  San Mateo, CA 94402  •  (650) 341-4081  •  Fax (650) 341-0526
SAN MATEO CLIENT SERVICES  •  401 North Humboldt Street  •  San Mateo, CA 94401  •  (650) 347-3648  •  Fax (650) 347-6066
REDWOOD CITY CLIENT SERVICES  •  114 - 5th Avenue  •  Redwood City, CA 94063  •  (650) 839-1447  •  Fax (650) 839-1457
www.samaritanhouse.com

Food & Nutrition • Shelter • Healthcare • Clothing • Case Management & Counseling • Education • Holiday Assistance

Sail R. Boatman
21371 Fremont Ave.
Lemoore, Ca. 93245
Home Ph. 559.924.7409
        559.613.0025

June 15, 2003

California State Board of Prison Terms
Parole Hearing RE: Christopher Boatman

Dear Board:

My name is Sail River Boatman and I am Christopher Boatman's (Bert's) youngest
brother. As I have said in my previous letters to you, I have kept in close
communication with Bert since his incarceration by way of letters and frequent
telephone calls. He has adopted a very positive attitude and over time has shown a
great deal of remorse. I believe that Bert has reflected upon himself long enough,
has proved himself and changed into a wonderful human being. I know of his
accomplishments and I am certain that if you review the record in the way you
have done in the past, **when you found Bert suitable for parole,** the only
conclusion you can possibly come up with is to find him suitable again.

I am 100% positive that when he is released, he will not only be a law-abiding
citizen, but a blessing to our community. I am going to be his N/A sponsor and I
will be providing Bert with employment that will afford him the opportunity to
make a very comfortable living with room to save for his future plans of having a
family. I (We) will do all things necessary to provide for, care for, counsel and
ensure the ultimate success of my brother's life after his release from prison.

Please feel free to contact me anytime in regards to this letter and Bert being
released back into society.

Sincerely,

Sail R. Boatman

June 18, 2003


State of California
Board of Prison Terms
1515 K Street
Sacramento, CA 95814


**RE: Parole Hearing for Christopher Boatman D-65055**


Dear Board:

Once again, my brother will be coming up for parole, and his family and friends are in support of his release.

We do this at each hearing, our family writes letters of support, and we pray, we hope, we wait. You read, and then you decide whether or not our brother is suitable for parole. We had thought that all of this would be behind us and he would be coming home soon when you found him suitable at his last hearing; however, it did not happen that way. Although Bert's chances of coming home last year were taken away, our family still has an abundance of prayer and hope that you will once again find him suitable for release.

Over the years, my brother has matured into a loving, caring, compassionate, and responsible individual. I say this because I believe that a person's actions say far more than what comes out of their mouth. To look at Bert's prison record and all of the positive achievements he has made in education, self-help, therapy and community service within the prison, speaks for itself. This had to have been taken into consideration at his last hearing and I believe that it also should be taken into consideration at this one. The answer should be the same, my brother has proven that he is worthy of parole.

Bert is welcome to live with me until he is ready to move into his own place. Housing, clothing and transportation are rudimentary in this family fold. Our family has assisted him financially during his incarceration and will continue to do so when he is released. Please take these things into consideration when reviewing his case and know that we plan to stand by him and take all measures necessary to assist him in staying on the right path.

My brother is a good man and we pray and hope this present Board will grant him the opportunity to start his life over again.

Your consideration and attention to this matter is greatly appreciated.


Sincerely,



Ms. Arleen Boatman
3880 N. Fruit Ave., Apt. #106
Fresno, CA 93705

June 16 2003

Bureau of Prison Terms
1515 "K" Street Suite 600          RE : Christopher Boatman     CDC#65055
Sacramento, Ca. 95814

Dear Sir or Madam:

I am writing in support of the request of Christopher Boatman that he be found suitable
for parole. I have known Mr. Boatman for the past year primarily through his involve-
ment in the programs in the Catholic chapel. During this time we have had several con-
versations, and I have come to know Mr. Boatman fairly well. He has spent his time
while being incarcerated trying to improve himself ---- he is a model prisoner who has
learned two trades. He has also been a regular participant in both AA and NA programs

I have been most impressed with Mr. Boatman's willingness to help other inmates begin
to turn their lives around.  I have personally witnessed this through his involvement in the
Kairos program. He is a  regular member of the inside Kairos council at San Quentin.
As such, he is actively involved in planning the monthly meeting of Kairos' graduates.
By the way he conducts himself he is a strong witness to other inmates in the institution
that they too can change their lives.

Should you grant Mr. Boatman parole, he is anxious to return to society so that he can
begin to make a positive contribution with what remains of his life. As a member of his
Kairos family, I stand ready to assist him in any way I can to help him achieve this goal.

Thank you very much for considering  his request for parole.

Sincerely,

George Biuile



**MACHINE AND
MANUFACTURING**

June 10, 2003

2550 S. East Ave., Suite 101
Fresno, California 93706
(559) 266-4844
FAX (559) 266-4846

Board of Prison Terms
San Quentin State Prison
San Quentin. CA 94974

REF: Christopher Boatman

To Whom It May Concern,

After having received Christopher Boatman's resume, I can state most assuredly that he would be considered for employment at our company upon his release. Tanney Machine presently employs 65-70 persons of which 30+ are in positions that Mr. Boatman could fill.

Should he be interested in locating in the Fre..:o area I think that there would be a very good chance that he could be hired very soon after his release. We have hired several other individuals upon their release from the prison system and have been very happy with the results.

Please feel free to contact me should there be any questions.


Very Truly Yours,

Jack Tanney

May 28, 2003

Christopher Boatman
P.O.Box D65055 #2N-98
San Quentin State Prison
San Quentin, CA 94974

Re: Christopher Boatman

To Whom It May Concern:

Thank you for taking the time to read this letter.  Let me introduce ourselves; Dr. Bruce
W. Poole and Mary Marshall-Poole.  We would like for you to know that when the time
comes for Christopher Boatman to be released he has our full support.  We will do all that
we can  to help him with adjusting back into society as well as using our resources to help
him succeed in finding gainful employment.  Christopher will have a support system
within his close net family and friends.

If you have any questions or concerns, please feel free to contact us.

Sincerely,

Dr. Bruce W. Poole
Mary Marshall-Poole
21135 Fremont Ave.
Lemoore, CA 93245
559-925-1002

4446 N. Haslam
Fresno, Ca. 93722
June 17, 2003

To Whom It May Concern;

I am writing a reference letter of support for my nephew
Christopher Boatman.  I would like to encourage the Board
to give Christopher an opportunity to become a productive
citizen again.  Christopher is a very loving, caring, kind
person.  He has a lot to offer our community.

"We" the family, fully understand there will be tremendous
readjustments for Christopher in our present day society.
As a teacher of 27 years in the Fresno Unified School
District I am fully aware of the adjustments people have to
make in our society.

I wish to make you aware that his family and friends will
offer the greatest support system to help him readjust.  We
will offer encouragement, love and financial support.  And
most important a loving, caring, supportive family
environment.

If you need additional information please feel free to
contact me at (559) 457-3190 Ext.71912.

Sincerely,

Shirley Boatman Rowe

June 30, 2003

State of California
Board of Prison Terms
1515 K Street, Suite 600
Sacramento, CA 95814

RE: Christopher B. Boatman, D65055

Dear Members of the Board;

It has come to my attention that the above referenced resident of San Quentin State
Prison is appearing before your Board for consideration of parole.

I, as a private voting citizen of California and an unpaid volunteer at San Quentin State
Prison, do fully support and endorse the granting of parole to Christopher B. Boatman.

As a private businessman, working in the Senior Housing Industry and residing in Santa
Rosa, California, have volunteered since 1992 in the Kairos Prison Ministry, exclusively
at San Quentin.

During this period of time, I have personally interacted with over four hundred inmates of
this institution and have developed an appreciation for what "positives" can develop in a
prison environment.

Christopher Boatman is one of these remarkable positives. This man has taken ownership
of the mistakes he has committed in the past and understands, in an enlightened way, why
he is incarcerated. He has been and continues to be a positive influence on all people he
connects with...both free and imprisoned.

I have been energized and awed by this individual's demeanor, spiritual nature,
commitment to his neighbor, leadership abilities and his desire for self-improvement.
This is my very first letter of recommendation for parole to any institution and how
rewarding to us all it would be, to see Christopher an active and contributing free man.

Sincerely,

David H. Peironnet
1457 Los Alamos Road
Santa Rosa, CA
(707) 538-8490



# THE ARCHDIOCESE OF SAN FRANCISCO

OFFICE OF PUBLIC POLICY & SOCIAL CONCERNS
RESPECT LIFE - JUSTICE & PEACE - DETENTION MINISTRY - CATHOLIC CAMPAIGN FOR HUMAN DEVELOPMENT

ONE PETER YORKE WAY, SAN FRANCISCO, CA 94109-6602  (415) 614-5570  FAX (415) 614-5568
*Detention Ministry Program*

17 June 03

Board of Prison Terms
1515 K Street, Suite 600
Sacramento CA 95814

**Reference: C. Bert Boatman D 65055**

To the members of the Board of Prison Terms,
I have known inmate C. Bert Boatman, D 65055, since last summer when he began
volunteering for Spiritual Direction.

"Bert " is a very intelligent and capable man who has taken full advantage of all of the
programs here at San Quentin State Prison. His attitude, in spite of a severe recent
disappointment, has remained upbeat.

Bert enjoys a healthy relationship with this family and will be, with all of his new job
skills, to be a very positive addition to any business he becomes involved with. More
importantly he is a man of community and brings his positive attitude and caring
personality into any group he is associated with.

I highly recommend Bert for parole. The community he is released to will be getting a
beneficial source of spiritual energy that will serve as a constructive role model for the
youth that he interacts with.

Sincerely yours,

Raymond McKeon
Director of Detention Ministry

CC: C. Bert Boatman

June 22, 2003

State of California
Board of Prison Terms
1515 K Street. Suite 600
Sacramento. CA 95814

RE:  CHRISTOPHER BOATMAN – D65055

Is with a great deal of pleasure that I write this letter on behalf of Christopher Boatman who will be having a parole hearing very soon.

I have known Christopher for some time as the acting Catholic Chaplain at San Quentin State Prison.  I have watched him over the time in which I have known him interact with not only his peers but with staff at the prison.

I have been extremely impressed with his demeanor and his dedication to having a strong focus not only on his spiritual life, but on his educational life as well.  He has dedicated himself to being sure that his time of incarceration be one that reminds him of why he is in prison, but to make sure that he takes advantage of every program to improve not only his mind but also his spiritual life.

He has been involved in a number of programs in the Chapel and has always shown himself as a leader.  In addition, he always takes time to help anyone who comes to him for advice or help. He has never in my experience turned away from anyone who wanted to speak with him and has always shown a warm smile even when spoken to in a manner that lacks respect.

I feel strongly that Christopher deserves to be granted parole.  He has served more than an adequate amount of time for his crime.  He can be a very productive member of society and I am more than certain would be available to help youth that are at risk to assist them from coming into prison.

It is my prayer that you will seriously consider this fine man who parole at this time.

If you have any questions. please feel free to contact me at any time.

Sincerely,

Deacon George A. Salinger
Acting Catholic Chaplain
San Quentin State Prison

June 9, 2003

To The Board of Prison Terms
Subject: Bert Boatman D-65055

I am again resubmitting my original letter dated April 17, 2002 in behalf of
Bert Boatman. I have been retired for 2 1/2 years. During this time I have
visited the vocational programs at San Quentin on various occasions. During
the visits I have been able to continue to observe Mr. Boatman's behavior,
attitude,work habits and continuing education. I still believe that he meets the
expections of what I originally stated in my letter dated April 17, 2002.
    If there is any need to contact me, I can be reached through Jean Bracy,
Supervisor of Correctional Education Programs at San Quentin State Prison, San
Quentin California.

Darryl Hildreth
Welding Instructor (retired)

April 17. 2002

To The Board of Prison Terms
Subject: Bert Boatman D-65055

This character reference letter is submitted in behalf of Bert Boatman. who was a student in the Vocational Welding Program here in San Quentin State Prison, San Quentin California.

Mr. Boatman was in the Vocational Welding Program for approximately 2 1/2 years. ending in February 1995. when the Vocational Welding Program  closed. Mr. Boatman elected to continue his education in the metal trades and transferred to Vocational Machine Shop.   When the Vocational Welding Program ended I became the Prevocational Training Instructor. and also substituted in numerous other vocational programs until I retired from state service.

During this time I had the opportunity to observe Mr. Boatman's behavior. attitude and work habits. All of the years I have known him he has continually displayed an above average interest in his training duties and activities. On many occasions he has volunteered to assist other instructors with work schedules. Mr. Boatman also took it upon himself to assist fellow inmates concerning written and manual assignments. which has proven to be instrumental in their success, due to his mature behavior and insistence on high work standards.   When the Vocational Welding Program was closed Mr. Boatman was a certified welder and  employable in most of the welding fields and still is. He graduated   March 2001 as a Machinist/Welder from the Vocational Machine Shop.

These daily activities in which I observed Mr. Boatman at San Quentin are indicative to me of and individual who has a highly attuned sense of the world of work. His ability to master his job with all it's diversifications, as well as his proven initiative and co-operation are in keeping with the requirements of any work situation he would have to encounter in the outside world, if he were to be paroled.

If there is any need to contact me, I can be reached through Jean  Bracy, Supervisor of Correctional Education Programs at San Quentin State Prison, San Quentin California.   .

Darryl Hildreth
Welding Instructor (retired)

4446 N. Haslam
Fresno, Ca. 93722
August 23, 2004

To Whom It May Concern;

I am writing a reference letter of support for my nephew Christopher
Boatman.  I would like to encourage the Board to give Christopher an
opportunity to become a productive citizen again.  Christopher is a
very loving, caring, kind person.  He has a lot to offer our community.

"We" the family, fully understand there will be  tremendous
readjustments for Christopher in our present day society.  As a
teacher for 30 years in the Fresno Unified School District I am fully
aware of the adjustments people have to make in our society.

I wish to make you aware that his family and friends will offer the
greatest support system to help him readjust.  We will offer
encouragement, love and financial support.  And most important a
loving, caring, supportive family environment.

If you need additional information please feel free to contact me at
(559) 457-3190 Ext.71912.

Sincerely,

Shirley Boatman Rowe

*John Kelly*
*1039 Paloma Avenue*
*Burlingame, CA 94010*
*(650) 344-4808*

July 7, 2004

State of California
Board of Prison Terms
1515 K Street, Suite 600
Sacramento, CA 95814

RE:   Christopher B. Boatman, D65055

Dear Friends:

This letter is by way of recommendation for Christopher Bert Boatman, D65055, an inmate at San Quentin State Prison who is scheduled for review by the Board of Prison Terms in September of this year.

I have had the privilege of knowing Christopher Boatman for the last six years. I am a brown-card holder at San Quentin and visit the prison at least twice every week. I first met Mr. Boatman on a Kairos weekend and continue to be in contact with him, primarily through programs in the Catholic chapel.

I hold Christopher Boatman in very high regard. There is no doubt in my mind, after in-depth conversations with him, of his remorse for his foolish behavior at a very young age. He has highly compensated for his mistakes by changing himself into a person of solid character and by committing himself to being of service to his fellow inmates.

Christopher plays a leading role in activities in the Catholic chapel, primarily the Kairos program and a Tuesday evening spirituality group of which I am co-leader. He is highly respected by his fellow inmates who often turn to him for support and advice. He has prepared himself for success in the world outside prison by becoming a certified machinist and welder at San Quentin, and has steady employment inside in that field.

I can also attest to the fact of how well Christopher is liked and respected by many of the other volunteers who frequent San Quentin. I am aware of his strong, positive family ties, which bode well for his return to society outside prison.

Christopher was granted a date by your Board two years ago that was rescinded by then-Governor Davis. I must say that since then he has redoubled his efforts to improve himself and to be of service to others. He is more deserving today than he was then of your positive consideration.

I assert that Christopher Bert Boatman is a warm, caring person of high moral character who is worthy of your every consideration for a release date from San Quentin.

Respectfully,

John Kelly

September 2, 2004


State of California
Board of Prison Terms
1515 K. Street, Suite 600
Sacramento, CA  95814

Dear Board Members:

I realize that one of the hopes of the State Judiciary is that individuals sent to prison
would be able to rehabilitate and then return to society after finishing their terms.

Rehabilitation is not necessarily the easiest thing to accomplish under the prison
environment. If there were ever a prime example of an inmate accomplishing
rehabilitation, it is Christopher Boatman, D-65055, at San Quentin Prison. Not
only has he rehabilitated himself, he has also been very instrumental in helping a very
large number of fellow inmates in their own personal growth.

As a "Brown Card" volunteer, I am with Christopher at least once a week on Tuesday
nights and many Sundays.

Pease parole him; he is many, many years beyond serving his maximum time. I will
personally give him a good job with my property management company and continue to
oversee his continued progress on the "Outside".

Thank you.

Sincerely,

Jack Heffernan
30 Lorton Avenue
Burlingame, CA  94010

9.17.04

State of California, Board of Prison Terms
1515 K Street, Suite 600
Sacramento, CA 95814

To whom it may concern,

This is a letter of recommendation for an inmate at San Quentin Prison named Christopher
Bert Boatman (D-65055).

I have known Bert since October of 2000. Through various prison ministry programs I am
involved with at San Quentin (in both the Protestant and Catholic chapels), I have come to
know Bert quite well.

I have witnessed firsthand his positive influence on his fellow inmates. I have seen how he
has cheerfully devoted his time and energy to helping others grow spiritually and pursue
their paths of rehabilitation.

Bert is a peacemaker. I'm aware that he has stepped in harm's way to prevent fights
between inmates on the yard. I know that he has written letters of support to young
people (ages 6 to 18), encouraging them to stay out of trouble.

I have witnessed the excitement he felt when he received a parole date in July of 2002. I,
also, witnessed his quiet disappointment and mature acceptance when our former
governor denied him that date.

More than anything, I have been most impressed by Bert's qualities of love, compassion,
humility and cheerfulness. He is well liked by everyone who knows him and it's easy to see
why. He is a man with a song in his heart and a smile on his face.

Time and again, I've seen Bert as a role model for men around him. In many ways, he is a
role model for me. I count him as one of my friends. And I intend to stand by him as a
friend when he is released to society. I look forward to the day when his family and mine
gather together for a 4th of July barbeque or a Giants game.

I have been a Christian my entire life and I believe in the power of honest repentance. Each
time I visit San Quentin, I see Bert's repentance.

For these reasons, I ask you to grant Bert a parole date and a chance to re-enter society as
a free man. I truly believe Bert has humbly paid his debt to society and that he is eager to
make a positive and meaningful contribution to the world outside of San Quentin.

Sincerely yours,

Thomas E. Witt

State of California                                                    September 8, 2004
Board of Prison Terms
1515 "K" Street, Suite 600
Sacramento, CA 95814

Ref.  Christopher Boatman
P.O. Box D65055  2-N-98
San Quentin State Prison
San Quentin, CA 94974

Encl: Resume of Christopher Boatman

Dear Sir:

I'm writing this letter on behalf of Christopher Boatman.  I've known
Christopher since he was a young lad.  Christopher's legal dad is my brother-in-
law.  Yes, Christopher made some very serious mistakes some 17 years ago
when he was involved in a robbery resulting in an homicide.

I've had an opportunity to review his work history while incarcerated and it
appears to be excellent.  He has developed outstanding machinist skills.  I've
seen evidence of his work

Christopher's mom (Aieda) and dad (Jim) are fully supportive of Christopher
and anxious to assist him in making a new start in the event of his release.

I feel Christopher has learned his lesson and paid his debt to society for the
serious mistakes he made when he was a young man and should now be given
another chance to become a law abiding and productive member of our society.

Sincerely,

Floyd R. Gross
MSgt (ret), USAF

Clarence A. Campbell
2163 Alejandro Drive
Santa Rosa, Ca 95405
707-575-1655

July 19, 2004

State of California
Board of Prison Terms
1515 K Street, Suite 600
Sacramento, CA 95814

Re: Christopher Boatman, D 65055

Dear Board of Prison Terms,

I am writing this letter in support of the parole of Mr. Christopher Boatman,
D65055, who is an inmate at San Quentin Prison. I have had the opportunity to
know Mr. Boatman over the past 3 years on a monthly basis.

I am a member of the Kairos Prison Ministry that brings Christianity to the
inmates of prisons across the country, as well as many foreign countries. The
purpose of Kairos is to allow inmates to create a Christian environment within
prison while they are serving their sentences. Kairos provides the opportunity to
awaken one's faith in people, to discover or develop a Christian consciousness of
what life is all about. The success of Kairos is measured by the fact that the
recidivism rate for parolees is substantially less than the general prison
population.

During the time I have known Mr. Boatman, he has impressed me with his
gentleness and care for his fellow man, both those in San Quentin, and us who
visit them regularly. I have heard him tell his story as to how his Kairos
experience has changed his life and has prepared him for when he leaves the
prison environment. I believe he is truly at peace with himself and feels no anger
toward society as a whole. If this was not the case, I would not be writing this
letter. He has established himself as a leader within San Quentin Kairos
community through his example of the Christian ideal of peace, love and
redemption. Mr. Boatman works closely with the new members of Kairos, plus
those that have not yet experienced a Kairos weekend within San Quentin to
share his Christian beliefs.

Thank you for allowing me to make my observations known about Mr. Boatman.
I feel confidant that Mr. Boatman would fulfil his responsibility to society if and
when he is paroleed. Please feel free to contact me if you have any further
questions.

Sincerely,

Clarence A. Campbell

August 23, 2004
Board of Prison Terms
1515 K Street, Suite 600
Sacramento, California

Re:    Christopher Boatman D65055

Dear Sirs,

I have been a volunteer in the Vocational Education Department at San Quentin for six years, and visit the prison three to four times a month. During that time, I have gotten to know literally hundreds of inmates. Some of them have been exceptional, but I have been most impressed with Christopher Boatman for the following reasons:

**1. He is truly sorry for what he did.**  This has been evident to me, not just lately when he has the possibility of parole, but ever since I first met him six years ago.  Christopher takes full responsibility for his actions, and does his best to make amends, not just with words, but through his commitment to being there for other people as a friend and teacher.

**2. He respects and cherishes life.**  You don't have to spend much time with Christopher to realize how much life means to him. Not just physical life, but life of the spirit and soul. He is constantly looking for ways to better himself through the work he does in the machine shop, through training courses, and programs in the Protestant chapel. But he does not stop there. Christopher has been a tremendous support to other inmates who are having a difficult time or searching for freedom of spirit.

**3. He is an exceptionally mature person.**  This is evident through the choices Christopher makes, despite pressures from other inmates and the temptation to despair when one has been incarcerated as long as he has. In the past six years we have had many discussions on a whole range of topics. Each time, I have been impressed with the depth of his thinking. I have to say that his level of maturity is unusual in the "free world," let alone in San Quentin.

In summary, I know that Christopher has been an exemplary inmate who has earned the respect of his fellow inmates and the prison staff. Our communities need people like Christopher – people who maintain a high standard of integrity, believe in hard work, and apply not only good sense, but a sense of humor to difficult situations. In other words, Christopher Boatman is an ideal candidate for parole, and **I strongly urge the Board of Prison Terms to release him as soon as possible.**

Robert L. Benton

Sail R. Boatman
21371 Fremont Ave.
Lemoore, Ca. 93245
Home Ph. 559.925.0493
        559.817.9020

August 5, 2004

California State Board of Prison Terms
Parole Hearing RE: Christopher Boatman D-65055

Dear Board:

My name is Sail River Boatman and I am Christopher Boatman's (Bert's) youngest brother. As I have said in my previous letters to you, I have kept in close communication with Bert since his incarceration by way of letters and frequent telephone calls. He has adopted a very positive attitude and over time has shown a great deal of remorse. I believe that Bert has reflected upon himself long enough; has proved himself and changed into a wonderful human being. I know of his accomplishments and I am certain that if you review the record in the way you have done in the past, **when you found Bert suitable for parole,** the only conclusion you can possibly come up with is to find him suitable again.

I am 100% positive that when he is released, he will not only be a law-abiding citizen, but a blessing to our community. I am going to be his N/A sponsor and I will be providing Bert with employment that will afford him the opportunity to make a very comfortable living with room to save for his future plans of having a family. I (We) will do all things necessary to provide for, care for, counsel and ensure the ultimate success of my brother's life after his release from prison.

Please feel free to contact me anytime in regards to this letter and Bert being released back into society.

Sincerely,

Sail R. Boatman

Sail R. Boatman

FROM:  Ontre Corneilus Boatman (brother)
ATTN:  Board of Prison Terms
REF:  **Parole Consideration - Bertram Christopher Boatman [D65055]**
Subject:  Letter of Support
August 2004


   This letter is submitted in an ongoing effort to display the love, support, trust, respect, and commitment that I have for my brother.  Nearly two decades have gone by since Bert's initial sentencing and subsequent confinement.  Although we continue to endure the punishment phase, consequential of Bert's past, we have all-the-while been preparing Bert individually and ourselves collectively: strengthening the family unit has been our goal.  The opportunity for Bert's review and parole considerations are again upon us and I/we hope for his immediate release from imprisonment.  I want to reiterate the never-ending commitment that I have to my brother, my family, and my community.

   As a measure to identify myself I shall begin by informing you that Bert and I are the closest in age of all the siblings in our family.  I am 37 years old and I am retired from the United States Air Force.  After serving meritoriously as a foreign intelligence analyst I suffered a service-connected disabling condition which has left me legally blind.  I am a full-time postgraduate student (soon-to-be college professor), married 17 years to my wife Danielle-a high school Special Education teacher, and father of two daughters ages 16 and 6.  I reveal this information about myself for obvious reasons.  I first want you to have a sense of who I am and have been. I wish to provide to you a picture/imagery of the positive influences that Bert has on me, I on him, and which reciprocates throughout our entire family.  Bert has continually pushed me to succeed with the use of his own words and by his constant efforts to promote my confidence and capabilities.  The successes of each member of our family are cherished and the failures used to provide us with reflection and change.  These together raise our family's determination to self betterment and commitment to community.  We remain resilient in our pursuit for a positive and purposeful life.  We have the love and provide the support and encouragement necessary for our family members to achieve a fruitful life.

   I am certain that those of you taking the time to investigate my brother's parole possibilities have discovered that he has made wonderful and significant progress relative to his preparedness for release from incarceration.  Acknowledging what awesome discipline it takes to maintain a positive attitude, to successfully integrate the rehabilitation efforts while

imprisoned, and looking upon Bert's personal characteristics in deciding what is best for all, I feel strongly that you can identify the talents and possibilities that he has for a successful future within our free society. I wish that each of you involved in the determination of this ruling had the intimate insight of my brother that I have. If you had, your approval of Bert's parole would be imminent, immediate, and satisfying. I presume that many of you see great amounts of support before you regarding an inmate's parole board. What I hope for is that the time and consideration you have given to Bert's parole board delivers a release recommendation. Allow Bert the opportunity to reveal his offerings to humanity and to himself. Peer into Bert's eyes, listen to his words, and watch his mannerism while engaging his spirit and I know with confidence that you will see his grace.

It is obvious that I strongly yearn for Bert's release. It is also revealing that Bert has immense love and support from his family. I cannot persuade or urge you enough that allowing my brother to be immediately paroled is the appropriate thing to do. My written words and the actions that I take and have taken towards expressing my love, commitment, and support for my brother are all the influence that I have in this case. I wish that I could do more to convince each of you that Bert is prepared for release back into our community and we as a family are prepared as well.

In addition, please know that my wife Danielle has shown strong and unconditional support to Bert and his parole opportunity. We have together planned and prepared for Bert's release. We have allotted and saved funds for the purchase of a small home for Bert (to be located on our parents' farm), an automobile, and more. My father and younger brother own and operate a small successful business which also needs Bert's skills and abilities. These things together will solidify Bert's transition into society. It is my hope that the words I have written will be received with the same conviction and understanding that I have attempted to project. I do know that the man before you, Bertram Christopher Boatman, is a good man, guilty of a serious offense, yet deserving of a chance to recapture freedom in pursuit of all that is good. I thank each of you for the time, consideration, and effort that you have given to this process.

Sincerely,

Ontre Corneilus Boatman
7402 Micron Drive
San Antonio, Texas 78251
(210) 680-6385

July 30, 2004


State of California
Board of Prison Terms
1515 K Street, Suite 600
Sacramento, CA 95814


### RE: Parole Hearing for Christopher Boatman D-65055


Dear Board:

Once again, my brother will be coming up for parole, and his family and friends are in support of his release.

We do this at each hearing, our family writes letters of support, we pray, we hope and we wait. You read, and then you decide whether or not our brother is suitable for parole. We had thought that all of this would be behind us and he would be coming home when you found him suitable two years ago; unfortunately, that did not happen. Although Bert's chances of coming home were taken away, our family still has an abundance of prayer and hope that you will once again find him suitable for release.

Over the years, my brother has matured into a loving, caring, compassionate and responsible individual. I say this because I believe that a person's actions say far more than what comes out of their mouth. To look at Bert's prison record and all of the positive achievements he has made in education, self-help, therapy and community service within the prison, speaks for itself. This had to have been taken into consideration on July 30, 2002 and I believe that it also should be taken into consideration at this hearing. The answer should be the same; my brother has proven that he is worthy of parole now more than ever before.

Bert is welcome to live with me until he is ready to move into his own place. Housing, clothing and transportation are rudimentary in this family fold. Our family has assisted him financially during his incarceration and will continue to do so when he is released. Please take these things into consideration when reviewing his case and know that we plan to stand by him and take all measures necessary to assist him in staying on the right path.

My brother is a good man and we pray and hope this present Board will grant him the opportunity to start his life over again.

Your consideration and attention to this matter is greatly appreciated.


Sincerely,

Ms. Arleen Boatman
3880 N. Fruit Ave., Apt. #106
Fresno, CA 93705
559.227.4629

Brandy Boatman
213989 South Kincaid
Fresno. Ca. 93656
559.867.3445

August 3, 2004

Board of Prison Terms
1515 K Street, Suite 600
Sacramento, Ca. 95814

RE: Christopher Boatman D-65055

Dear Board Members:

I am Brandy Boatman, little sister of Bertram Christopher Boatman. Once again, it is with utmost respect that I dispatch this letter to you to plead for the release of my brother from your prison, back to the loving embrace of his friends and family.

I have known Bert all my life. I believe that, once released, he will be a useful law-abiding citizen. He has paid a heavy toll for his past, expressed his regrets, placed his thinking and deeds on a more positive Christian track, and has prepared himself for a successful release. He deserves the chance to put all this preparation into positive action.

Improvements in his attitude are self-evident. He has been a model inmate from the beginning accepting his sentence with a resolute determination and has rededicated his soul to Christ. There is nothing this family would not or could not do to help ensure Bert's success.

Bert has our love, understanding, and collective assurance. He has a place of residence by staying with me moreover. I will provide him with transportation and clothing. In addition, he'll also have job options and education avenues at his immediate disposal, upon his release. He has a family with the strong will and consolidated means for him to achieve all his goals professional, educational, religious and spiritual.

No, Bert is not lacking in family support. So, what I really wish to impress upon this Board today is time. Time past and present. Time served, time reflected upon, time to heal and time to move forward. There was a time, nearly 19 years past when my brother made a mistake, call it reckless youth, poor judgement, but the point is it's been a long time. And, truth is, the person locked behind those bars today is not the same person you incarcerated almost two decades ago. And you don't even need this letter to convince you of that. Bert's file should speak that truth for him, loudly and clearly.

In closing, I thank you for the time and your consideration of these words in the matter of my brother's parole. Please. I beg you again, please review this case with compassionate and merciful eyes. And please grant my brother his release.

Sincerely,

Brandy Boatman

Jim & Aieda Boatman
21371 Fremont Ave.
Lemoore, CA 93245
559.924.7409

August 2, 2004

RE: Christopher Boatman D-65055

Dear Sir(s)/Madam:

We are writing this letter in support of our son Christopher who is to come before your parole board shortly.

Christopher is a model inmate and has accomplished a lot. Our family is so very proud of him. If you was to know him as we do, you would not think twice about letting him come home. Christopher has expressed his remorse to us on numerous occasions, not only for the crime he committed and all of the people that were affected, but also for the pain he has put our family through. This is why we stand by him and will never leave his side.

As you know, our son was found suitable for parole a couple of years ago only to have it rejected by the Governor, however, he has continued to show growth by not allowing such a major disappointment to hinder his success. Once again, he has proven that he is not a threat to anyone if release back into society. He is prepared and there is no longer a reason to hold him. Christopher has the strength and character to fulfill his duty and responsibility as a self-sufficient law abiding person. He has a bedroom with a closet full of clothes in our home which he can stay **indefinitely;** the family business as well drillers, the horses, the nieces and nephews, his parents. aunts, uncles, cousins, brothers and sisters. We have the resources needed for him to have a successful parole and we (family and friends) eagerly await his return home to provide him with all of our love.

He has much to do in this life and we believe, if given the opportunity he could help so many young people by sharing his story. He is earnest, patient, reliable, loving and caring just to mention a few of his attributes.

We ask you once again. to allow our family to move forward in life with Christopher at home with us. He is loved by many.

Sincerely,

Jim Boatman

Aieda Boatman



# Tanney
MACHINE AND
MANUFACTURING

2550 S. East Ave., Suite 101
Fresno, California 93706
(559) 266-4844
FAX (559) 266-4846

July 19, 2004

Board of Prison Terms
San Quentin State Prison
San Quentin, CA 94974

REF: Christopher Boatman

To Whom It May Concern,

After having received Christopher Boatman's resume, I can state most assuredly that he would be considered for employment at our company upon his release. Tanney Machine presently employs 45-50 persons of which 20+ are in positions that Mr. Boatman could fill.

Should he be interested in locating in the Fresno area I think that there would be a very good chance that he could be hired very soon after his release. We have hired several other individuals upon their release from the prison system and have been very happy with the results.

Please feel free to contact me should there be any questions.

Very Truly Yours,

Jack Tanney

# RUTTER ARMEY
## INCORPORATED



HARD CHROMIUM PLATING — CRANKSHAFT REGRINDING

MAILING ADDRESS: P.O. BOX 1585, FRESNO, CA 93716-1585
PHONE: (559) 237-1866 • FAX: (559) 237-5806

July 19, 2004

**Christopher Boatman**
**P.O. Box D-65055 #2N-98**
**San Quentin State Prison**
**San Quentin Ca. 94974**

Dear Mr. Boatman,

In reference to your letter and resume' dated July 15, 2004, you appear to be very qualified for the type of work we are presently doing at our shop. We are currently in the need of a journeyman machinist and although it appears we have the position filled, you would still be more than welcome to come in for a job interview.

If at the time you enter the job market and we don't need a machinist, I could possibly give you some leads for other machine shops in the immediate area.

If I can be of further assistance please don't hesitate to contact me.

Sincerely,

Robert Armey
Rutter Armey Inc
President

BIG RIVER DRILLING
Wes Harmon
21140 S. Walnut Ave.
Riverdale, CA. 93656


August 24, 2004

Christopher Boatman

Dear Mr. Boatman,

RE: Offer Of Employment:

I am pleased to advise that upon careful consideration, I have chosen to extend an offer of employment to you with Big River Drilling for the position of Drillers Helper. This position commencing as soon as possible.


This is a full time position. Your starting salary of $25.00 per hour will be paid to you in accordance with our payroll procedures.


If you have any questions or concerns regarding this letter of offer of employment please do not hesitate to contact me at (559) 259-5677.

I am pleased that you are joining our company and hope you will find your employment to be a rewarding experience. I look forward to working with you.


Sincerely,

Wes Harmon
Big River Drilling

STATE OF CALIFORNIA-YOUTH AND ADULT CORRECTIONAL AGENCY

## DEPARTMENT OF CORRECTIONS
## CALIFORNIA STATE PRISON

SAN QUENTIN, CALIFORNIA 94964

(415) 454-1460

ARNOLD SCHWARZENNEGER, *Governor*

Parole Board of Prison Terms                                    San Quentin, July 26, 2004
1515 K. Street, Suite 600
Sacramento, CA 95814

Dear Sirs:

I am writing on behalf of Inmate BOATMAN, D-65055, presently housed in 2N 98U, San
Quentin State Prison. I have known Inmate BOATMAN for the past six years. In my present
assignment as Lower Yard Officer, it is my business to observe closely the attitude and
demeanor of inmates in order to predict potentially violent, or otherwise negative, activity.
During this time I have observed Inmate BOATMAN to be very respectful, courteous and
cooperative with both staff and other inmates. He gets along well with all other inmates,
regardless of race. Inmate BOATMAN is often observed playing sports in the lower yard.
Sometimes inmates get overly excited about their game, but I have observed Inmate BOATMAN
to always handle himself in a composed manner. I have also observed Inmate BOATMAN
dealing with civilian men and women who come to the prison to play sports, namely tennis.
Inmate BOATMAN is always pleasant to them and never hesitates to lend them or us a helping
hand when needed. In my opinion, Inmate BOATMAN possesses the social characteristics (that
he has learned over the years) that will enable him to be an asset to society upon his release. I
support a favorable decision for Inmate BOATMAN, hoping that you consider the good qualities
that characterize his life today. Thank you in advance for your time and consideration.

Sincerely,

L. CASNER, Correctional Officer
Post #479, Lower Yard Officer
San Quentin State Prison

Cc: inmate
       writer

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY                                    ARNOLD SCHWARZENEGGER, Governor

## DEPARTMENT OF CORRECTIONS



July 8, 2004


Respected Board of Prison Terms Members


Re: Christopher Boatman D-65055 Parole Consideration

My name Is Johnny Gladson, I've been a Correctional Officer here at San Quentin for over twenty years. Writing support letters for inmates is not something I do on a regular basis. However, in regards to inmate Boatman he's an exception based on his character.

I've known inmate Boatman for ten years and during that time I've had the opportunity to observe him and interact with him. I feel Boatman is an excellent candidate for parole. His social skills/interactions with staff and inmates are good. He has matured and his institutional adjustment is excellent.

Inmate Boatman has strong family ties and support. He has good prospects for employment in machinery, welding and plumbing. He is an example to other of what can be accomplished when a person is motivated to succeed.

I'm comfortable with recommending & supporting inmate Boatman for parole.


Respectfully Submitted

J.C. Gladson
Correctional Officer
San Quentin State Prison

CDC 1408 (Rev. 11/02)

DEPARTMENT OF CORRECTIONS

July 22, 2004

Board of Prison Terms

Re: PAROLE CONSIDERATION FOR INMATE BOATMAN D-65055

I have known inmate Boatman D-65055 over ten years and worked closely
around him for the past five years. And during that time I have known
inmate Boatman to always be very respectful, courteous, responsible
and dependable. Inmate Boatman works well with others and requires
minimal supervision. Boatman has partaken in several vocational and
educational programs to improve himself and to be able to help others.

The qualities Boatman possess are qualities not many inmates have and
I'm not one to write letters for inmates but Boatman is a rare exception
and I feel compelled to express my observation of his character and how
he would be a positive productive citizen if allowed to return to society,
he is one deserving of a second chance.

Inmate Boatman accepts his responsibility of the crime he committed and
the tragedy and harm it has caused to others. He has expressed to me
many times his willingness to give back to the society in a positive way
that he once took from, and I accept his sincerity.

It is with deep consideration and much thought that I ask you to find
inmate Boatman suitable for parole and afford him a second chance. It
is my opinion Boatman will continue to do well in his life and be
successful on parole and after.

Thank you for your consideration in finding him suitable for parole.

J. Robinson
Correctional Officer
San Quentin State Prison


CC: Inmate C-File
    CC-I
    Inmate

Victor A. Perrella
4 Monroe Court
Novato, CA  94947


August 19. 2004


State of California
Board of Prison Terms
1515 K Street
Sacramento  CA  95814

RE:  Christopher Boatman  D-65055 Hearing

Dear Members of the Board:

It is my understanding that Christopher Boatman, D-65055 is scheduled to have a hearing
before Members of the Board this coming September, 2004.

I first met Christopher over four and a half years ago during a three and a half day
spiritual retreat beginning on Friday afternoon and ending on Monday evening.  This is a
semi-annual weekend where forty-two inmates are sponsored by other fellow inmates
coming together to explore their individual paths to leading a better life while
incarcerated.  Christopher was one of those sponsors who volunteered and mentored his
fellow "men in blue" that weekend.

Since that time my contact with Christopher has been on a regular basis – seeing and
visiting him at least once or twice a week.  These times are very special in that our hours
together have been spent on his mental and spiritual progress he continues to make in
preparation of life outside the walls of San Quentin.

I have experienced a man who realizes that his crime was committed as a senseless and
shameful act against his fellow man.  When he recalls that instance he has repeatedly
expressed remorse and sorrow.  He has asked for forgiveness from his Creator and more
importantly, from the victim's family.

In my 13 years as a volunteer in San Quentin, it is unusual to see a man who has such a
remarkable. conflict free record while in prison.  He unselfishly mentors others, does not
see color in his endeavors and prepares himself for the day he will return to a free society.

I respectfully appeal to the Board's good judgement to find Christopher suitable in granting a release date at your September meeting.

Respectfully,

*V.G. Perrella*

Victor A. Perrella

Robert Lee Ward
453 Calistoga Road
Santa Rosa, CA 95409
(707) 539-9344

August 18, 2004

State of California
Board of Prison Terms
1515 K Street, Box 600
Sacramento, CA 95814

**Re: CHRISTOPHER BOATMAN**
**CDC: #D65055**

Dear Board Members:

I am writing on behalf of Christopher Boatman, who has a date to appear before you in
September 2004.

I am a retiree, who is 69 years of age. I spent thirty-seven years working as a store manager
for Thrifty and Payless Drug Stores. I have been a regular volunteer for the last seven years
through the Catholic Chapel. I am in the prison once or twice a month.

I met Christopher in October of 2000, during a three and one-half day Ecumenical Christian
Retreat. He was recommended to attend this retreat by the chaplains at San Quentin along
with 41 other inmates. I was his table leader in his small discussion group.

Christopher has been very active in this ministry and has assumed a leadership role. The
purpose of this ministry is to form small groups of men for prayer and share and to support
one another.

I have observed him bring other inmates into the program to change their lives. I have seen
him encourage fellow inmates in persevering and adjusting to incarceration, especially in
times of disappointment. We have shared at a very deep level about our faith and beliefs.

I know he will have solid family support if he is released. I believe he will become a valued
member of society as a free person.

Please consider his release at this time.

Sincerely,

Robert Lee Ward

Robert Lee Ward

Dear Bert,
For your records. I
will be praying for you
Lee

July 30, 2004

State of California Board of Prison Terms
1515 K Street, Suite 600
Sacramento, CA 95814

RE: Christopher B. Boatman, D65055

Dear Members of the Board;

I have been made aware that Mr. Boatman, a current resident of San Quentin
State Prison, is appearing before your Board for consideration of parole.

As an eleven year resident of Sonoma County, California and a volunteer
serving the Christian community of San Quentin Prison for ten years, I feel
it my civic duty to write you and endorse the granting of parole to
Christopher Boatman.

I earlier expressed to this Board of Prison Terms in June 2003, my positive
impressions of Mr. Boatman, who I have been acquainted with since our
meeting in October 2000. My admiration for this man's sincere love and
respect for his fellow human, for his personal accomplishments and for his
unflappable positive attitude during his protracted incarceration, continues to
grow.

If releasing a reformed, repentant man, who has served an extraordinarily
long sentence, were not reasons enough, I appeal to the nation's largest
prison system with the hope that the inhumane overcrowding of the
California prisons will be eased by paroling those who have successfully
served their time and have the abilities and desire to be a resource for the
state and not a continued burden.

Sincerely,

David H. Peironnet
1457 Los Alamos Road
Santa Rosa, CA 95409

# MT. WHITNEY COLLISION & CLASSIC CARS
### 3832 W. Mt. Whitney
### Riverdale, CA. 93656
### (559) 867-4078

August 24, 2004

Christopher Boatman

Dear Mr. Boatman,

RE: Offer Of Employment:

Congratulations! An offer of employment to you with Mt.Whitney Collision & Classic Cars for the position of Collision Technician.

This position available as soon as possible.

This is a full time position. Your salary of $20.00 commission per hour paid weekly.

If you have any questions or concerns regarding this letter of offer of employment please do not hesitate to contact me at (559) 867-4078.

Looking forward to you joining our company and hope you will find your employment to be a rewarding experience. I look forward to working with you.

Sincerely,

Jonathan Figueroa
Mt. Whitney Collision & Classic Cars

August 17, 2005


Governor Arnold Schwarzenegger
State Capitol Building
Sacramento, CA  95814

RE: Recommendation for Parole of Christopher Boatman, CDC# D-65055

Dear Governor Schwarzenegger,

I am writing to you today to ask for your favorable consideration of Christopher Boatman
for parole. It is my understanding that his file currently sits in your offices awaiting your
review of the Board of Prison Terms' recommendation that he be granted parole. I agree
with the Board: Mr. Boatman has proven himself ready and worthy of being released
back to the community.

Mr. Boatman will be an asset to any community he goes into. His whole essence is to
help others. The nineteen years he has spent in prison have not been idle – he has actively
pursued self-reflection, examined his own culpability in all situations, participated in
personal growth programs for himself and been a catalyst for others to do the same.

By all accounts, he was always a good person – but was one who, in his youth, was led
astray and as a result was involved in a tragic situation, which he realized at the time was
a grave mistake. He carries the pain of that time with him still.  An open-hearted person
by nature, Mr. Boatman describes himself as having been "closed down" when he was
first incarcerated. His sorrow and remorse, mixed with the dangerous living conditions of
his initial years of incarceration led him to keep to himself in an effort to simply try to
survive. However, after years of being transferred from prison to prison and maintaining
his good record, he arrived at San Quentin and found himself in a much different – a
supportive and encouraging – environment. It was at that point that Mr. Boatman began
to open up again.

When asked what he is most proud of in his life, he immediately says it is that he has
been able to open his heart back up. This simple, but profound, accomplishment of
opening his heart back up has made all the difference. Learning and continuing to remain
open has been a practice in faith for him. Having an open heart has allowed him to reach
new heights of success in his efforts to help others. The list of his involvement with
group activities – be they academic pursuits, recreational sports and hobbies, community
development, or faith based – is long and glowing. It is through my sponsorship of the
San Quentin Chess Club (of which he is a founding member), and as a teacher in the
school that I have come to know Mr. Boatman. I am genuinely impressed with him.  As a
fellow human being, he has been one of my best teachers. While he is proud of his many
accomplishments: getting his GED, his high school diploma, becoming highly skilled at
trades such as machine shop and plumbing, he is most proud of his own ability to stay
open to others and the value of positive interpersonal interaction that comes from it.

Victor A. Perrella
4 Monroe Court
Novato, Ca  94947

August 10, 2005

Governor Arnold Schwarzenegger
State Capitol Building
Sacramento, CA  95814

SUBJECT:  Christopher Boatman  D65055
          San Quentin State Prison

Dear Governor:

Mr. Christopher Boatman, in a hearing of the Board of Prison Terms this past April 6th, 2005 was happily deemed "suitable for parole".

This letter to you, is a further confirmation that Mr. Boatman has family and a community of friends and neighbors, such as myself, who are anxiously awaiting his release to society.  They are there to help him reenter life as a productive citizen as well as to assist him in every way possible to be successful in his future endeavors.

I personally want to thank you in advance for reaffirming the Board's decision last April 6, 2005.

Very truly yours,

Victor A. Perrella

cc: State of California
    Board of Prison Terms
    1515 K Street
    Sacramento, CA  95814

August 17, 2005

Governor Arnold Schwarzenegger
State Capitol Building
Sacramento, CA  95814

RE: Recommendation for Parole of Christopher Boatman, CDC# D-65055

Dear Governor Schwarzenegger,

I am writing to you today to ask for your favorable consideration of Christopher Boatman
for parole. It is my understanding that his file currently sits in your offices awaiting your
review of the Board of Prison Terms' recommendation that he be granted parole. I agree
with the Board; Mr. Boatman has proven himself ready and worthy of being released
back to the community.

Mr. Boatman will be an asset to any community he goes into. His whole essence is to
help others. The nineteen years he has spent in prison have not been idle – he has actively
pursued self-reflection, examined his own culpability in all situations, participated in
personal growth programs for himself and been a catalyst for others to do the same.

By all accounts, he was always a good person – but was one who, in his youth, was led
astray and as a result was involved in a tragic situation, which he realized at the time was
a grave mistake. He carries the pain of that time with him still. An open-hearted person
by nature, Mr. Boatman describes himself as having been "closed down" when he was
first incarcerated. His sorrow and remorse, mixed with the dangerous living conditions of
his initial years of incarceration led him to keep to himself in an effort to simply try to
survive. However, after years of being transferred from prison to prison and maintaining
his good record, he arrived at San Quentin and found himself in a much different – a
supportive and encouraging – environment. It was at that point that Mr. Boatman began
to open up again.

When asked what he is most proud of in his life, he immediately says it is that he has
been able to open his heart back up. This simple, but profound, accomplishment of
opening his heart back up has made all the difference. Learning and continuing to remain
open has been a practice in faith for him. Having an open heart has allowed him to reach
new heights of success in his efforts to help others. The list of his involvement with
group activities – be they academic pursuits, recreational sports and hobbies, community
development, or faith based – is long and glowing. It is through my sponsorship of the
San Quentin Chess Club (of which he is a founding member), and as a teacher in the
school that I have come to know Mr. Boatman. I am genuinely impressed with him. As a
fellow human being, he has been one of my best teachers. While he is proud of his many
accomplishments: getting his GED, his high school diploma, becoming highly skilled at
trades such as machine shop and plumbing, he is most proud of his own ability to stay
open to others and the value of positive interpersonal interaction that comes from it.

Mr. Boatman truly is an exceptional human being who, like many of us, has made mistakes; however, unlike most of us, he has – and continues – to atone for those mistakes and wants nothing more at this point, than to simply be allowed to live the rest of his life helping others to see their way clear to avoiding the kinds of mistakes he made early-on so that they do not harm themselves or others. Mr. Boatman has had to look at his own failures and come to terms with them. In his own words, "failure is a stepping stone to success."

In 1986 Mr. Boatman's life took several tragic turns. While others may have resigned themselves to thinking of those turns as "wrong" and leading to a dead-end. Mr. Boatman has not given in to that pessimistic outlook. Instead, with the passage of each year, Mr. Boatman has been working his way toward re-entering life with a wholeness and readiness to repair what he can and contribute wherever he goes.

It is often said of parolees when considering them for parole, "Would you want him living next door to you?" I can wholeheartedly say that if Mr. Boatman were to parole to my neighborhood, I would consider it nothing but a positive and beneficial event. I am sure that this is what those in his receiving neighborhood will feel, as well, when he arrives. His plan to live with his family is a solid one. They plan to be available and supportive for him as he reintegrates into society after such a long time away. With the highly sought-after trade skills he has developed, finding a job will be easy for Mr. Boatman. And lastly, but probably most importantly, it is evident that in addition to gainful employment, Mr. Boatman will also seek out and become successfully involved with community-based programs working with youth, that foster alternatives to violence and drug use/addiction .

I hope you will see Mr. Boatman for who he is – a matured man, ready and worthy of parole. The positive difference he will make in the lives of others going forward is something to look forward to.

Thank you kindly for your consideration.

Laura E. Bowman, Teacher
Robert E. Burton Adult School
San Quentin State Prison
San Quentin, CA  94964
(415) 454-1460, ext. 6011

*John Kelly*
*1039 Paloma Avenue*
*Burlingame, CA  94010*
*(650) 344-4808*


August 11, 2005

Governor Arnold Schwarzenegger
State Capitol
Sacramento, CA  95814

Re:    Christopher B. Boatman, D65055

Dear Governor Schwarzenegger:

This letter is to request that you affirm the decision of the Board of Prison Hearings that has granted a release to Christopher Bert Boatman, D65055.

I have known Mr. Boatman for five years. I first met him during an intensive spiritual weekend at San Quentin State Prison called Kairos. As a brown-card volunteer, I visit San Quentin at least twice a week, and have had a very consistent amount of interaction with Mr. Boatman through these seven years.

I characterize Christopher Bert Boatman as a very solid, committed human being who has taken advantage of every opportunity to improve himself personally, and expends much energy in helping his fellow inmates grow. He has been a model inmate. He has developed many transferable skills to assume a productive place in society. I am aware that he is blessed with a highly supportive family, and has a firm job offer awaiting him.

Mr. Boatman, as much as anyone at San Quentin, has built up a very strong support network among the many people who volunteer at San Quentin. I personally have every intention to be available to him for any kind of assistance he might need to adjust to the world outside.

I recommend him to you as enthusiastically as I possibly can for immediate release. Not only has he truly earned his chance for life in the outside world, but he has much to offer as an outstanding individual to society-at-large.

Respectfully,

John Kelly

John Kelly