S T A T E   O F   C A L I F O R N I A



---

## CERTIFICATE OF RECOGNITION



*Presented to*

# Christopher Boatman

*In Honor of*

## Successfully Obtaining Plumbing Certification

DON PERATA
9th Senate District

June 28, 2007



## *California State Assembly*

# Certificate Of Recognition

PRESENTED TO:

### CHRISTOPHER BOATMAN

### CERTIFICATE OF VOCATIONAL COMPLETION
### 2007

In recognition of your commitment to furthering your education. I commend you for working to build a better future.

*June 28, 2007*

MEMBER OF THE ASSEMBLY
CALIFORNIA STATE LEGISLATURE



# National Center for Construction Education and Research

*This is to certify that*

## Christopher Boatman

*has fulfilled the requirements for*

### Core Curricula

*in the NCCER's standardized training curriculum*
*this Twenty-third day of January, 2006*



*Donald E. Whyte*

Donald E. Whyte
President

# National Center for Construction Education and Research

*This is to certify that*

## Christopher Boatman

*has fulfilled the requirements for*

## Plumbing Level One

*in the NCCER's standardized training curriculum*
*this Twentieth day of June, 2006*



*Donald E. Whyte*

Donald E. Whyte
President

# National Center for Construction Education and Research

*This is to certify that*

## Christopher Boatman

*has fulfilled the requirements for*

## Plumbing Level Two

*in the NCCER's standardized training curriculum*
*this Twelfth day of October, 2006*



*Donald E. Whyte*

Donald E. Whyte
President

# National Center for Construction Education and Research

This is to certify that

## Christopher Boatman

has fulfilled the requirements for

## Plumbing Level Three

in the NCCER's standardized training curriculum

this Fifteenth day of November, 2006



*Donald E. Whyte*

Donald E. Whyte

President

NATIONAL CENTER FOR CONSTRUCTION EDUCATION AND RESEARCH

January 5, 2007

Christopher Boatman
IYO/Cdcd
1515 S St, Rm 221N
Sacramento, CA 95814

Dear Christopher,

On behalf of the National enter for Construction Education and Research, I congratulate you for successfully completing the NCCER's standardized craft training program.

As the NCCER's most recent graduate, you are a valuable member of today's skilled construction and maintenance workforce. The skills that you have acquired through the NCCER craft training programs will enable you to perform quality work on construction and maintenance projects, promote the image of these industries and enhance your long-term career opportunities.

We encourage you to continue your education as you advance in your construction career. Please do not hesitate to contact us for information regarding our Management Education and Safety Programs or if we can be of any assistance to you.

Enclosed please find your certificate and transcript. To access your training accomplishments through the Automated National Registry (ANR), follow these instructions:

1. Go to www.nccer-anr.org
2. Choose your role by clicking the "Individuals" button, this will take you to a login screen.
3. Enter the NCCER Card Number (located on the wallet card and transcripts) and PIN to view detailed records.
4. Upon initial login only, first time users will be directed to answer a few security questions.

If you have any questions regarding your credentials, contact the Registry Department at 352-334-0911. Once again, congratulations on your accomplishments and best wishes for a successful career in the construction and maintenance industries.

Sincerely,

*Donald E. Whyte*

Donald E. Whyte
President, NCCER

# ROBERT E. BURTON ADULT SCHOOL
## CERTIFICATE OF COMPLETION
### IN
## PLUMBING

PRESENTED TO

# CHRISTOPHER BOATMAN

**In Recognition of This Students Outstanding Vocational Performance
in the Trade of  Plumbing
This Certificate of Achievement is Given This 28th Day of June, 2007**

**Ted Roberts**
Principal

**Tony Cheng**
Instructor

**Debra Sheldon**
Vice Principal

# State of California

# High School Equivalency Certificate

*This is to certify that*

## CHRISTOPHER BERTRAM BOATMAN

*has met the standards established by the California State Board of Education for successful completion of tests of General Educational Development and is therefore entitled to this high school equivalency certificate.*

March 29, 1993



President of the California State Board of Education

State Superintendent of Public Instruction


19930329BC33

State of California

State Board of Education

# Diploma of Graduation

Be It Known That

CHRISTOPHER BOATMAN

has satisfactorily completed a High School course of study established by the State Board of Education under the authority of the Education Code of California, and is hereby awarded this Diploma.

GIVEN AT SACRAMENTO, CALIFORNIA, THIS

___1st___ day of ___May___

Nineteen hundred ___Ninety-three___

_____
Secretary and Executive Officer, State Board of Education

Christopher Boatman

Machinist / Welder

June 30, 2000

Kent Jan Burbingh

Henry F. Harris III

Stephen R. Smith

# Diploma



## *Christopher Boatman*
### San Quentin

Has Completed The

## Sandvik Home Study Course

February 9, 2000

### In The Theoretical and Practical Use Of Coromant Cutting Tools

Brian Norris. Manager of Training
February 9, 2000



# Welder Performance Qualification

## This is to certify that:

# Christopher Boatman

has successfully completed the welder performance qualification testing requirements in accordance with the AWS D1.1 Standard on this 20th day of December, 1994. Welding was performed using the Shielded Metal Arc Welding Process, with E7018 electrodes, on 1" ASTM A36 plate, in the vertical, horizontal and overhead welding positions.

RE: Welding Procedure Specification # WPS-1

WELDER STAMP/I.D. #: C.B.

**AIM ⟫⟫⟫**
AIM TESTING LABORATORY
P.O. Box 3562
SONORA, CA 95370
(800) 303-8378

Gerald J. Tucker
AWS Certified Welding Inspector

This is to certify that

*Bert Boatman*

has successfully completed the ten week program

From Violence to Wholeness

presented at San Quentin State Prison

June 15, 2005



Jack Dison, Facilitator

Katherine McCarron, Facilitator

# Certificate



RESPECT FOR SELF · CARING FOR OTHERS

## Bay Area Alternatives to Violence Project
## Workshop for Training in Nonviolence

This is to Certify that

### Christopher Boatman

has satisfactorily completed the Advanced Course
in Nonviolent Conflict Resolution

*Trainers*                                                                    4-2-00
                                                                              *Date*

© GOES 915                                                        LITHO IN U.S.A.



# Certificate

Bay Area Alternatives to Violence Project
Workshop for Training in Nonviolence

*This is to Certify that*

## Bertram Christopher Boatman

*has satisfactorily completed the Basic Course
in Nonviolent Conflict Resolution*

Terry Moser _____ Barbara Christy
Facilitator                              Facilitator

Peter Selby and Chris Campbell          Michael Brawley

11/21/94
Date



# CERTIFICATE OF ACHIEVEMENT

## FULL CIRCLE

ADDICTION RECOVERY SERVICES

CONGRATULATES

# CHRISTOPHER BOATMAN

ON HIS COMPLETION OF THE

## ARC

ADDICTION RECOVERY COUNSELING PROGRAM
AT SAN QUENTIN STATE PRISON ON

### MARCH 9, 2007

*Claire Elizabeth DeSophia*

CLAIRE~ELIZABETH DESOPHIA MFT, EXECUTIVE DIRECTOR
FULL CIRCLE ADDICTION RECOVERY SERVICES
2625 ALCATRAZ AVENUE #198 * BERKELEY CA 94705 * 510/652-3311

# FULL CIRCLE

## ADDICTION RECOVERY SERVICES

### 2625 Alcatraz Avenue #198, Berkeley CA 94705 * 510/652-3311

Re: **CHRISTOPHER BOATMAN**                                   March 9, 2007

To Whom It May Concern:

This is to acknowledge that Christopher Boatman has successfully completed the requirements of Full Circle's Addiction Recovery Counseling (ARC) drug and alcohol treatment program at San Quentin State Prison, San Quentin, California.

We congratulate Mr. Boatman on completing the rigorous 16-week ARC program, which includes 48 classes in the areas of Understanding Addiction, Relapse Prevention, and Life Skills; three group counseling sessions per day; outside self-help meetings, and one-on-one case management sessions.

Full Circle Addiction Recovery Services is proud to have Mr. Boatman as one of our ARC graduates and wishes him well in his ongoing recovery.

Sincerely,

Claire-Elizabeth DeSophia MA, MFT
Program Director, Addiction Recovery Counseling Program
Executive Director, Full Circle Addiction Recovery Services

# ARC in San Quentin
Official Transcript of Completions          **Final Report**

**ID No.: D65055    Client Name: BOATMAN, C.**                Housing: 2 N 098U

Intake Date: 9/21/06    TX Start Date: 10/6/06    Program Completion Date: 3/9/07    Exit Date: 3/9/07

| Completion Date | Course No. | Curriculum Description | Units | Completion Date | Course No. | Curriculum Description | Units |
|---|---|---|---|---|---|---|---|
| 10/6/06 | CM01 | Community Meeting | .5 | 12/22/06 | PG09 | Group Counseling | 1.0 |
| 10/6/06 | LS301 | Nutrition | 1.0 | 12/22/06 | RG09 | Reflection Group | .5 |
| 10/6/06 | PG01 | Group Counseling | 1.0 | 12/22/06 | RP209 | Goal-Setting & Time Management | 1.0 |
| 10/6/06 | RG01 | Reflection Group | .5 | 12/22/06 | UA109 | Neurobiology of Addiction (Video) | 1.0 |
| 10/6/06 | RP201 | What is Relapse? | 1.0 | 1/26/07 | CM10 | Community Meeting | .5 |
| 10/6/06 | UA101 | What is Addiction? What is Substance Abuse? | 1.0 | 1/26/07 | LS310 | Communication Skills 2: Non-Violent Communication | 1.0 |
| 10/13/06 | CM02 | Community Meeting | .5 | 1/26/07 | PG10 | Group Counseling | 1.0 |
| 10/13/06 | LS302 | Feelings & Self-Esteem | 1.0 | 1/26/07 | RG10 | Reflection Group | .5 |
| 10/13/06 | PG02 | Group Counseling | 1.0 | 1/26/07 | RP210 | Coping & Refusal Skills | 1.0 |
| 10/13/06 | RG02 | Reflection Group | .5 | 1/26/07 | UA110 | Other Addictions: Gambling, Sex, Relationships, Debting, Overspending, Food, Etc. | 1.0 |
| 10/13/06 | RP202 | Relapse Prevention Tools | 1.0 | 2/2/07 | CM11 | Community Meeting | .5 |
| 10/13/06 | UA102 | Introduction to 12-Step & Other Self-Help Programs | 1.0 | 2/2/07 | LS311 | Anger Management | 1.0 |
| 10/20/06 | CM03 | Community Meeting | .5 | 2/2/07 | PG11 | Group Counseling | 1.0 |
| 10/20/06 | LS303 | Couples in Recovery | 1.0 | 2/2/07 | RG11 | Reflection Group | .5 |
| 10/20/06 | PG03 | Group Counseling | 1.0 | 2/2/07 | RP211 | Denial & Stinkin' Thinkin' 1 | 1.0 |
| 10/20/06 | RG03 | Reflection Group | .5 | 2/2/07 | UA111 | Addiction & Family Dynamics | 1.0 |
| 10/20/06 | RP203 | Relapse Triggers & Cravings; PAWS | 1.0 | 2/9/07 | CM12 | Community Meeting | .5 |
| 10/20/06 | UA103 | Sponsorship & Working the Steps | 1.0 | 2/9/07 | LS312 | Grief & Forgiveness | 1.0 |
| 11/3/06 | CM04 | Community Meeting | .5 | 2/9/07 | PG12 | Group Counseling | 1.0 |
| 11/3/06 | LS304 | Assertiveness & Boundaries | 1.0 | 2/9/07 | RG12 | Reflection Group | .5 |
| 11/3/06 | PG04 | Group Counseling | 1.0 | 2/9/07 | RP212 | Men's Issues in Recovery | 1.0 |
| 11/3/06 | RG04 | Reflection Group | .5 | 2/9/07 | UA112 | Domestic Violence & Addiction: Cycle of Violence | 1.0 |
| 11/3/06 | RP204 | Remembering Consequences | 1.0 | 2/16/07 | CM13 | Community Meeting | .5 |
| 11/3/06 | UA104 | Step One | 1.0 | 2/16/07 | LS313 | Self-Esteem & Self-Love | 1.0 |
| 11/17/06 | CM05 | Community Meeting | .5 | 2/16/07 | PG13 | Group Counseling | 1.0 |
| 11/17/06 | LS305 | Sex, Drugs & Alcohol | 1.0 | 2/16/07 | RG13 | Reflection Group | .5 |
| 11/17/06 | PG05 | Group Counseling | 1.0 | 2/16/07 | RP213 | Substance Abuse & Criminal Thinking 1 | 1.0 |
| 11/17/06 | RG05 | Reflection Group | .5 | 2/16/07 | UA113 | Addiction & Family (Video) | 1.0 |
| 11/17/06 | RP205 | Relapse Prevention Planning | 1.0 | 2/23/07 | CM14 | Community Meeting | .5 |
| 11/17/06 | UA105 | Steps Two & Three | 1.0 | 2/23/07 | LS314 | Healthy Living | 1.0 |
| 12/1/06 | CM06 | Community Meeting | .5 | 2/23/07 | PG14 | Group Counseling | 1.0 |
| 12/1/06 | LS306 | Safer Sex | 1.0 | 2/23/07 | RG14 | Reflection Group | .5 |
| 12/1/06 | PG06 | Group Counseling | 1.0 | 2/23/07 | RP214 | Substance Abuse & Criminal Thinking 2 | 1.0 |
| 12/1/06 | RG06 | Reflection Group | .5 | 2/23/07 | UA114 | Roles & Rules in Dysfunctional Families | 1.0 |
| 12/1/06 | RP206 | Coming Back from Relapse | 1.0 | 3/2/07 | CM15 | Community Meeting | .5 |
| 12/1/06 | UA106 | Effects of Alcohol & Illegal Drugs | 1.0 | 3/2/07 | LS315 | Health Realization | 1.0 |
| 12/8/06 | CM07 | Community Meeting | .5 | 3/2/07 | PG15 | Group Counseling | 1.0 |
| 12/8/06 | LS307 | Spirituality in Recovery | 1.0 | 3/2/07 | RG15 | Reflection Group | .5 |
| 12/8/06 | PG07 | Group Counseling | 1.0 | 3/2/07 | RP215 | Gorkski Material | 1.0 |
| 12/8/06 | RG07 | Reflection Group | .5 | 3/2/07 | UA115 | What is Codependency? What is Enabling? | 1.0 |
| 12/8/06 | RP207 | Stress Reduction & Healthy Living | 1.0 | 3/9/07 | CM16 | Community Meeting | .5 |
| 12/8/06 | UA107 | Effects of Tobacco & Prescription Drugs | 1.0 | 3/9/07 | LS316 | Chemical Dependency & Mental Illness | 1.0 |
| 12/15/06 | CM08 | Community Meeting | .5 | 3/2/07 | PG16 | Group Counseling | 1.0 |
| 12/15/06 | LS308 | King Baby | 1.0 | 3/9/07 | RG16 | Reflection Group | .5 |
| 12/15/06 | PG08 | Group Counseling | 1.0 | 3/9/07 | RP216 | Gorkski Material | 1.0 |
| 12/15/06 | RG08 | Reflection Group | .5 | 3/9/07 | UA116 | Chemical Dependency & Mental Illness | 1.0 |
| 12/15/06 | RP208 | Relaxation Thru Guided Visualization | 1.0 | | | | |
| 12/15/06 | UA108 | Brain Chemistry & Addiction | 1.0 | | | | |
| 12/22/06 | CM09 | Community Meeting | .5 | | | | |
| 12/22/06 | LS309 | Communication Skills 1: Healthy Communication | 1.0 | | | | |

| | |
|---|---|
| Total Sessions During Report Period: | 16 |
| Total Units Available During Report Period: | 80.0 |
| Total Units Completed: | 80.0 |

Claire-Elizabeth DeSophia MFT

Claire-Elizabeth DeSophia MFT
ARC Program Executive Director



State of California -- Department of Corrections

# KATARGEO

Hereby certifies that

## Christopher Boatman

has successfully completed a training program in the San Quentin Substance Abuse Program in cooperation with Bay Area Parole Services Network, a CDC/ADP Substance Abuse Demonstration Project.

_A. Calderon, Warden_

5-3-56
Date

Counselor

_Don W Wright_
Counselor

# Certificate of Completion

Awarded To

## Christopher Boatman

For successfully completing "MODULE III - Addictions" of Project IMPACT

This certificate was awarded at San Quentin State Prison,

On this 21st day of March in the year 2005



Program Coordinator

Assistant Coordinator



Certificate of Participation

Awarded To

BOATMAN, C.

For Outstanding Efforts
In
Narcotics Anonymous

KICKERS

Presented this 20TH day of NOVEMBER ,19 93

By

KEVIN STRACK (SEC)

MIKE BREWER (SPONSOR)