PARTICIPATION IN A SIGNIFICANT SELF-HELP PROGRAM:

Inmate   BOATMAN   , CDC#   D-65055   , housed in   12-114-U   , has participated
in the NARCOTICS ANONYMOUS PROGRAM, and has attended regularly scheduled meetings
durring the last three(3) months. Durring his attendance, he has been an active
participant and has shown an honest desire to help himself through this self-
help program.

APRIL, MAY, JUNE

orig:  C-FILE
  cc:  Correctional Counselor
       Inmate
       N.A. File

*M.R. Brewer*
M. Brewer - Sponsor
Narcotics Anonymous
Facility I & II
CSP-Solano

DATE      7/1/93

GENERAL CHRONO

NAME and NUMBER      BOATMAN      D-65055            12-114-U            CDC-128-B (Rev. 4/74)

PARTICIPATION IN A SIGNIFICANT SELF-HELP PROGRAM:

Inmate BOATMAN   , CDC#   D-65055   , housed in   12-114-U   , has participated
in the NARCOTICS ANONYMOUS PROGRAM, and has attended regularly scheduled meetings
during the last three (3) months. During his attendance, he has been an active
participant and has shown an honest desire to help himself through this self-
help program.

JUL., AUG., SEPT.

orig:  C-FILE
  cc:  Correctional Counselor
       Inmate
       N.A.File

*M.R. Brewer*
M. Brewer - Sponsor
Narcotics Anonymous
CSP-Solano

DATE      10/8/93

GENERAL CHRONO

NAME and NUMBER                                              CDC-128-B (Rev. 4/74)

BOATMAN            D-65055      1-EY-11

INMATE BOATMAN, D-65055  HAS ATTENDED NARCOTICS ANONYMOUS MEETINGS
DURING THE FIRST CALENDAR QUARTER OF 1994. OUR RECORDS INDICATE THAT INMATE
BOATMAN HAS AN EXCELLENT ATTENDANCE RECORD. HE ATTENDS MEETINGS ON
A REGULAR AND CONSISTANT BASIS.

ORIGINAL : CENTRAL FILE
      CC : INMATE
           COMMUNITY RESOURCES FILE

*Bob Ruiz*
BOB RUIZ
COMMUNITY RESOURCES MANAGER
SAN QUENTIN STATE PRISON

04/15/94      (NARCOTICS  ANONYMOUS) CSP-SQ

DATE                                          GENERAL CHRONO

NAME and NUMBER                                                          CDC-128-B (Rev. 4/74)

BOATMAN                        D-65055        2-N-98

INMATE BOATMAN, D-65055  HAS ATTENDED NARCOTICS ANONYMOUS MEETINGS
DURING THE SECOND CALENDAR QUARTER OF 1994. OUR RECORDS INDICATE THAT INMATE
BOATMAN HAS AN EXCELLENT ATTENDANCE RECORD. HE ATTENDS MEETINGS ON
A REGULAR AND CONSISTANT BASIS.

ORIGINAL : CENTRAL FILE
      CC : INMATE
           COMMUNITY RESOURCES FILE

                                          BOB RUIZ
                                          COMMUNITY RESOURCES MANAGER
                                          SAN QUENTIN STATE PRISON

        07/15/94          (NARCOTICS  ANONYMOUS) CSP-SQ

  DATE                                              GENERAL CHRONO


NAME and NUMBER                                                          CDC-128-B (Rev. 4/74)

BOATMAN                        D-65055        2-N-98

INMATE BOATMAN, D-65055   HAS ATTENDED NARCOTICS ANONYMOUS MEETINGS
DURING THE THIRD CALENDAR QUARTER OF 1994. OUR RECORDS INDICATE THAT INMATE
BOATMAN  HAS AN EXCELLENT ATTENDANCE RECORD. HE ATTENDS MEETINGS ON
A REGULAR AND CONSISTANT BASIS.

ORIGINAL : CENTRAL FILE
     CC : INMATE
          COMMUNITY RESOURCES FILE

                                          BOB RUIZ
                                          COMMUNITY RESOURCES MANAGER
                                          SAN QUENTIN STATE PRISON

  DATE    11/10/94      (NARCOTICS  ANONYMOUS) CSP-SQ         GENERAL CHRONO


NAME and NUMBER                                                          CDC-128-B (Rev. 4/74)

BOATMAN                        D-65055        2-N-98

INMATE BOATMAN, D-65055   HAS ATTENDED NARCOTICS ANONYMOUS MEETINGS
DURING THE FOURTH CALENDAR QUARTER OF 1994. OUR RECORDS INDICATE THAT INMATE
BOATMAN  HAS AN EXCELLENT ATTENDANCE RECORD. HE ATTENDS MEETINGS ON
A REGULAR AND CONSISTANT BASIS.

ORIGINAL : CENTRAL FILE
     CC : INMATE
          COMMUNITY RESOURCES FILE

                                          BOB RUIZ
                                          COMMUNITY RESOURCES MANAGER
                                          SAN QUENTIN STATE PRISON

  DATE    02/01/95      (NARCOTICS  ANONYMOUS) CSP-SQ         GENERAL CHRONO

NAME and NUMBER        BOATMAN, C      D-65055              2-N-98U      CDC-128-B (Rev. 4/74)

This chrono is to document the efforts made by inmate BOATMAN, D-65055 in the SQ Narcotics Anonymous program. His attendance during this quarter (1st) has been excellent. More important than attendance, has been his active participation in the group dialogue which has benefitted other participants as well as himself, and this should be noted. BOATMAN is conscientiously working the 12 steps of NA in his life, and it is recognized and appreciated by all members, as this has had a very good impact on the direction of the group as a whole. Inmate BOATMAN is to be commended, and thanked.

ORIGINAL: C-FILE
  CC: COUNSELOR
    INMATE
    COMM. RES. MGR.

BOB RUIZ
COMMUNITY RESOURCES MANAGER

DATE  5/26/95

GENERAL CHRONO

NAME and NUMBER        BOATMAN, C      D-65055              2-N-98U      CDC-128-B (Rev. 4/74)

This chrono is to document the efforts made by inmate BOATMAN, D-65055 in the SQ Narcotics Anonymous program. His attendance during this quarter (2nd) has been excellent. He has been an active participant in the group dialogue to the benefit of the entire group. Inmate BOATMAN is to be commended, and thanked.

ORIGINAL: C-FILE
  CC: COUNSELOR
    INMATE
    COMM. RES. MGR.

BOB RUIZ
COMMUNITY RESOURCES MANAGER

DATE  7/28/95

GENERAL CHRONO

NAME and NUMBER        BOATMAN      D-65055        2-N-94      CDC-128-B (Rev. 4/74)

This chrono is to document the efforts made by inmate BOATMAN, D-65055, in the SQ Narcotics Anonymous program. His attendance during this quarter (3rd) has been excellent. More important than attendance, has been his active participation in the group dialogue which has benefitted other participants as well as himself. Inmate BOATMAN is to be commended and thanked.

ORIGINAL: C-FILE
  CC: COUNSELOR
    INMATE
    COMM. RES. MGR.

BOB RUIZ
COMMUNITY RESOURCES MGR.

DATE  10-12-95

GENERAL CHRONO

NAME and NUMBER       BOATMAN          D-65055          2-N-98    CDC-128-B (Rev. 4/74)

This chrono  is to document the efforts made by inmate BOATMAN, D-65055, in
the SQ Narcotics Anonymous  program. His  attendance during  this  quarter
(4th) has  been excellent.  More important  than attendance,  has been  his
active participation  in the  group dialogue  which has  benefitted  other
participants as  well as  himself. Inmate  BOATMAN is  to be  commended and
thanked.


ORIGINAL: C-FILE
        CC: COUNSELOR
            INMATE                              BOB RUIZ
            COMM. RES. MGR.                     COMMUNITY RESOURCES MGR.


DATE          1-24-96                                   GENERAL CHRONO

---

NAME and NUMBER       BOATMAN          D-65055          2-N-98    CDC-128-B (Rev. 4/74)

This chrono  is to document the efforts made by inmate BOATMAN, D-65055, in
the SQ  Narcotics Anonymous  program. His  attendance during  this  quarter
(1st) has  been excellent.  More important  than attendance,  has been  his
active participation  in the  group dialogue  which has  benefitted  other
participants as  well as  himself. Inmate  BOATMAN is  to be  commended and
thanked.


ORIGINAL: C-FILE
        CC: COUNSELOR
            INMATE                              BOB RUIZ
            COMM. RES. MGR.                     COMMUNITY RESOURCES MGR.


              4-18-96
DATE                                                   GENERAL CHRONO

---

NAME and NUMBER       BOATMAN          D-65055          2-N-98    CDC-128-B (Rev. 4/74)

This chrono  is to document the efforts made by inmate BOATMAN, D-65055, in
the SQ  Narcotics Anonymous  program. His  attendance during  this  quarter
(3rd) has  been excellent.  More important  than attendance,  has been  his
active participation  in the  group dialogue  which has  benefitted  other
participants as  well as  himself. Inmate  BOATMAN is  to be  commended and
thanked.


ORIGINAL: C-FILE
        CC: COUNSELOR
            INMATE                              BOB RUIZ
            COMM. RES. MGR.                     COMMUNITY RESOURCES MGR.


              7-16-96
DATE                                                   GENERAL CHRONO

This chrono is to document the efforts made by inmate BOATMAN, D-65055, in the SQ Narcotics Anonymous program. His attendance during this quarter (3rd) has been excellent. More important than attendance, has been his active participation in the group dialogue which has benefitted other participants as well as himself. Inmate BOATMAN is to be commended and thanked.

```
ORIGINAL: C-FILE
      CC: COUNSELOR
          INMATE                        BOB RUIZ
          COMM. RES. MGR.               COMMUNITY RESOURCES MGR.
```

DATE    10-21-96                                        GENERAL CHRONO

---

NAME and NUMBER    BOATMAN    D-65055    2-N-98L    CDC-128-B (Rev. 4/74)

This chrono is to document the efforts made by inmate BOATMAN, D-65055, in the SQ Narcotics Anonymous program. His attendance during this quarter (4th) has been excellent. More important than attendance, has been his active participation in the group dialogue which has benefitted other participants as well as himself. Inmate BOATMAN is to be commended and thanked.

```
ORIGINAL: C-FILE
      CC: COUNSELOR
          INMATE                        M.S. SALKA
          COMM. RES. MGR.               COMMUNITY RESOURCES MGR.
```

DATE    1-21-97                                        GENERAL CHRONO

---

NAME and NUMBER    BOATMAN    D-65055    2-N-98L    CDC-128-B (Rev. 4/74)

This chrono is to document the efforts made by inmate BOATMAN, D-65055, in the SQ Narcotics Anonymous program. His attendance during this quarter (1st97) has been excellent. More important than attendance, has been his active participation in the group dialogue which has benefitted other participants as well as himself. Inmate BOATMAN is to be commended and thanked.

```
ORIGINAL: C-FILE
      CC: COUNSELOR
          INMATE                        M.S. SALKA
          COMM. RES. MGR.               COMMUNITY RESOURCES MGR.
```

DATE    4-16-97                                        GENERAL CHRONO

Inmate Boatman,  faithfully participated in the Narcotics Anonymous program while consistently attending meetings, during the Second Calendar Quarter of 1997.  Accordingly, our records indicate his attendance was exemplary.

Original:        C-File
    CC:          Inmate
                 Community Resources

                                            M. S. SALKA
                                            Community Resources Manager
                                            San Quentin State Prison

DATE    June 30, 1997              (Narcotics Anonymous) CSP-SQ    GENERAL CHRONO

NAME and NUMBER    BOATMAN  C.        D-65055        2-N-98    CDC-128-B (Rev. 4/74)

Inmate Boatman,  faithfully participated in the Narcotics Anonymous program while consistently attending meetings, during the Third Calendar Quarter of 1997.  Accordingly, our records indicate his attendance was excellent.

Original:        C-File
    CC:          Inmate
                 Community Resources

                                            F. CERECEDES
                                            Community Resources Manager (A)
                                            Ssn Quentin State Prison

DATE    October 10, 1997        (Narcotics Anonymous) CSP-SQ        GENERAL CHRONO

NAME and NUMBER    BOATMAN        CDC # D-65055            HOUSING: 2-N-98    CDC-128-B (Rev. 4/74)

INMATE BOATMAN  PARTICIPATED IN THE SAN QUENTIN NARCOTICS ANONYMOUS PROGRAM DURING THE FOURTH QUARTER OF 1997.  OUR RECORDS INDICATE THAT HIS ATTENDANCE WAS SATISFACTORY.

                                            CHARLES HAIG
                                            COMMUNITY RESOURCES MGR.
                                            SAN QUENTIN STATE PRISON

CC: INMATE'S C-FILE
    INMATE
    COMMUNITY RESOURCES OFFICE

            (NARCOTICS ANONYMOUS)
DATE                                               GENERAL CHRONO

NAME and NUMBER    BOATMAN    D-65055

THE ABOVE-NAMED INMATE ATTENDED SAN QUENTIN NARCOTICS
ANONYMOUS PROGRAMS DURING THE FIRST QUARTER OF 1998. HIS
ATTENDANCE WAS SATISFACTORY.

CHARLES HAIG
COMMUNITY RESOURCES MANAGER

INMATE'S COPY

APRIL 8, 1998

DATE                                                           GENERAL CHRONO

NAME and NUMBER    BOATMAN        CDC # D-65055        HOUSING: 2-N-98    CDC-128-B (Rev. 4/74)

INMATE BOATMAN PARTICIPATED IN THE SAN QUENTIN NARCOTICS ANONYMOUS
PROGRAM DURING THE SECOND QUARTER OF 1998. OUR RECORDS INDICATE THAT HIS
ATTENDANCE WAS EXCELLENT.

CHARLES HAIG
COMMUNITY RESOURCES MGR.
SAN QUENTIN STATE PRISON

CC: INMATE'S C-FILE
    INMATE
    COMMUNITY RESOURCES OFFICE

DATE    07-09-98              (NARCOTICS ANONYMOUS)              GENERAL CHRONO

NAME and NUMBER    BOATMAN        CDC # D-65055        HOUSING: 2-N-98        CDC-128-B (Rev. 4/74)

INMATE BOATMAN PARTICIPATED IN THE SAN QUENTIN NARCOTICS ANONYMOUS PROGRAM
DURING THE THIRD QUARTER OF 1998. OUR RECORDS INDICATE THAT HIS ATTENDANCE
WAS SATISFACTORY.

CHARLES HAIG
COMMUNITY RESOURCES MGR.
SAN QUENTIN STATE PRISON

CC: INMATE'S C-FILE
    INMATE
    COMMUNITY RESOURCES OFFICE

DATE    10-15-98              (NARCOTICS ANONYMOUS)              GENERAL CHRONO

NAME and NUMBER     BOATMAN     D-65055     2-N-98

THE ABOVE-NAMED INMATE ATTENDED SAN QUENTIN NARCOTICS
ANONYMOUS PROGRAMS DURING THE FOURTH QUARTER OF 1998. HIS
ATTENDANCE WAS SATISFACTORY.

CHARLES HAIG
COMMUNITY RESOURCES MANAGER

COMMUNITY RESOURCES COPY
INMATE'S C-FILE COPY
INMATE'S COPY

GENERAL CHRONO

DATE     JANUARY 15, 1999

---

NAME and NUMBER     BOATMAN     CDC # D-65055     HOUSING  2-N-98     CDC-128-B (Rev. 4/74)

INMATE BOATMAN PARTICIPATED IN THE SAN QUENTIN NARCOTICS ANONYMOUS PROGRAM
DURING THE FIRST QUARTER OF 1999. OUR RECORDS INDICATE THAT HIS ATTENDANCE WAS
SATISFACTORY.

CHARLES HAIG
COMMUNITY RESOURCES MGR.
SAN QUENTIN STATE PRISON

INMATE'S C-FILE
CC: INMATE
COMMUNITY RESOURCES OFFICE

4-5-99          (NARCOTICS ANONYMOUS)
DATE                                                    GENERAL CHRONO

---

NAME and NUMBER     BOATMAN     CDC # D-65055     HOUSING: 2-N-98L     CDC-128-B (Rev. 4/74)

INMATE BOATMAN PARTICIPATED IN THE SAN QUENTIN NARCOTICS ANONYMOUS PROGRAM
DURING THE SECOND QUARTER OF 1999. OUR RECORDS INDICATE THAT HIS ATTENDANCE
WAS SATISFACTORY.

CHARLES HAIG
COMMUNITY RESOURCES MGR.
SAN QUENTIN STATE PRISON

INMATE'S C-FILE
INMATE
CC:COMMUNITY RESOURCES OFFICE

7-5-99          (NARCOTICS ANONYMOUS)
DATE                                                    GENERAL CHRONO

Inmate BOATMAN was a participant in San Quentin's Narcotics Anonymous program during the third quarter. He satisfactorily attended meetings and shared his experiences. Inmate BOATMAN should be commended for his desire for self improvement.

I. Nienheuis
Community Resource Manager

cc: Inmate
    C-File
    CRM File

### NARCOTICS ANONYMOUS
### THIRD QUARTER

DATE   10/5/1999          (LAUDATORY CHRONO)          GENERAL CHRONO

NAME and NUMBER   BOATMAN          D-65055          2N098U       CDC-128-B (Rev.4/74)

Inmate BOATMAN was a participant in San Quentin's Narcotics Anonymous program during the fourth quarter. He satisfactorily attended meetings and shared his experiences. Inmate BOATMAN should be commended for his desire for self improvement.

I. Nienheuis
Community Resource Manager

cc: Inmate
    C-File
    CRM File

### NARCOTICS ANONYMOUS
### FOURTH QUARTER

DATE   1/21/2000          (LAUDATORY CHRONO)          GENERAL CHRONO

NAME and NUMBER   BOATMAN          D-65055          2N098U       CDC-128-B (Rev.4/74)

Inmate BOATMAN was a participant in San Quentin's Narcotics Anonymous program during the first quarter. He satisfactorily attended meetings and shared his experiences. Inmate BOATMAN should be commended for his desire for self improvement.

I. Nienheuis
Community Resource Manager

cc: Inmate
    C-File
    CRM File

### NARCOTICS ANONYMOUS
### FIRST QUARTER

DATE   4/7/2000          (LAUDATORY CHRONO)          GENERAL CHRONO

NAME and NUMBER BOATMAN                    D-65055                    2-N-98        CDC-128-B (Rev. 4/74)

Inmate BOATMAN was a participant in San Quentin's Narcotics Anonymous
program during the second quarter of 2000. He attended meetings and
shared his experiences. Inmate BOATMAN should be commended for his
desire for self improvement.

Orig:  C-file
  cc:  CRM
       Inmate

I. A. Nienhuis
Community Resources Manager
San Quentin State Prison

DATE    7-26-00                 N. A.   PARTICIPATION              GENERAL CHRONO

NAME and NUMBER BOATMAN                    D-65055                    2-N-98        CDC-128-B (Rev. 4/74)

Inmate BOATMAN was a participant in San Quentin's Narcotics Anonymous
program during the third quarter of 2000. He attended meetings and
shared his experiences. Inmate Boatman should be commended for his
efforts and desire for self improvement.

Orig:  C-file
  cc:  CRM
       Inmate

I. A. Nienhuis
Community Resources Manager
San Quentin State Prison

DATE    10-06-00                N. A.  PARTICIPATION               GENERAL CHRONO

NAME and NUMBER  BOATMAN                   D-65055                    2-N-98        CDC-128-B (Rev. 4/74)

Inmate BOATMAN, D-65055, 2-N-98, is a member of San Quentin's Narcotics
Anonymous Group, and attended meetings during the fourth quarter of
2000. Inmate BOATMAN should be commended for his efforts and desire
for self improvement.

Orig:  C-file
  cc:  CRM
       Inmate

I. A. Nienhuis
Community Resources Manager
San Quentin State Prison

DATE    1-18-01                 N. A.  PARTICIPATION               GENERAL CHRONO

NAME and NUMBER   BOATMAN                D-65055                    2-N-98      CDC-128-B (Rev. 4/74)


Inmate BOATMAN is a member of San Quentin's Narcotics Anonymous Group, and attended meetings during the first quarter of 2001.  Inmate BOATMAN should be commended for his efforts and desire for self improvement.


Orig:  C-file                          I. A. Nienhuis
  cc:  CRM                             Community Resources Manager
       Inmate                          San Quentin State Prison


DATE     4-18-01              N. A.  PARTICIPATION            GENERAL CHRONO

NAME and NUMBER   BOATMAN                D-65055                    2-N-98      CDC-128-B (Rev. 4/74)


Inmate BOATMAN was a participant in San Quentin's Narcotics Anonymous program during the second quarter of 2001.  He attended meetings and shared his experiences.  Inmate BOATMAN should be commended for his efforts and desire for self improvement.


Orig:  C-file                          I. A. Nienhuis
  cc:  CRM                             Community Resources Manager
       Inmate                          San Quentin State Prison


DATE     7-10-01              N. A.  PARTICIPATION            GENERAL CHRONO

NAME and NUMBER   BOATMAN                D-65055                    2-N-98      CDC-128-B (Rev. 4/74)


Inmate BOATMAN was a participant in San Quentin's Narcotics Anonymous program during the third quarter of 2001.  He attended meetings and shared his experiences.  Inmate BOATMAN should be commended for his efforts and desire for self improvement.


Orig:  C-file                          I. A. Nienhuis
  cc:  CRM                             Community Resources Manager
       Inmate                          San Quentin State Prison


DATE     10-29-01             N. A.  PARTICIPATION            GENERAL CHRONO

NAME and NUMBER   BOATMAN              D-65055            2-N-98    CDC-128-B (Rev. 4/74)

Inmate BOATMAN is a member of San Quentin's Narcotics Anonymous group,
attending meetings during the fourth quarter of 2001. Inmate BOATMAN
should be commended for his commitment to recovery and his desire for
self improvement.

Orig:  C-file
   cc:  CRM                    I. A. Nienhuis
        Inmate                 Community Resources Manager
                               San Quentin State Prison


DATE    1-07-02          N. A.  PARTICIPATION        GENERAL CHRONO


NAME and NUMBER   BOATMAN              D-65055            2-N-98    CDC-128-B (Rev. 4/74)

Inmate BOATMAN is a member of San Quentin's Narcotics Anonymous group,
attending meetings during the first quarter of 2002. BOATMAN should
be commended for his commitment to recovery and his desire for
self-improvement.

Orig:  C-file
   cc:  CRM                    I. A. Nienhuis
        Inmate                 Community Resources Manager
                               San Quentin State Prison


DATE    4-07-02          N. A.  PARTICIPATION        GENERAL CHRONO


NAME and NUMBER   BOATMAN              D-65055            2-N-98    CDC-128-B (Rev. 4/74)

Inmate BOATMAN is a member of San Quentin's Narcotics Anonymous group,
attending meetings during the second quarter of 2002. BOATMAN should
be commended for his commitment to recovery and his desire for self-
improvement.

Orig:  C-file
   cc:  CRM                    I. A. Nienhuis
        Inmate                 Community Resources Manager
                               San Quentin State Prison


DATE    7-3-02          N. A.  PARTICIPATION        GENERAL CHRONO

NAME and NUMBER    BOATMAN    D-65055    2-N-98    CDC-128-B (Rev. 4/74)

Inmate BOATMAN is a member of San Quentin's Narcotics Anonymous group and attended meetings during the third quarter of 2002. BOATMAN should be commended for his commitment to recovery and his desire for self-improvement.

Orig: C-file
cc:  CRM
     Inmate

Robert Flax, PhD
Community Resources Manager
San Quentin State Prison

DATE    10-7-02    N. A. PARTICIPATION    GENERAL CHRONO

---

NAME and NUMBER    BOATMAN    D-65055    2-N-98    CDC-128-B Rev. 4/74

Inmate BOATMAN is a member of the San Quentin Group of Narcotics Anonymous (N.A.), and attended meetings during the fourth quarter of 2002. Inmate BOATMAN is to be commended for his commitment to recovery and desire for self-improvement.

Orig: C-file
cc:  CC-I
     CRM
     Inmate

R. Flax, Ph.D.
Community Resources Manager
San Quentin State Prison

DATE    1-14-03    N.A. PARTICIPATION    GENERAL CHRONO

---

NAME and NUMBER    BOATMAN    D-65055    2-N-098U    CDC-128-B Rev. 4/74

Inmate BOATMAN is a member of San Quentin's Narcotics Anonymous group and attended meetings during the first quarter of 2003. Inmate BOATMAN should be commended for his commitment to recovery and his desire for self- improvement.

Orig: C-file
cc:  CRM
     Inmate

Robert Flax, PhD
Community Resources Manager
San Quentin State Prison

DATE    04/14/03    N.A. PARTICIPATION    GENERAL CHRONO

Inmate Boatman is a member of San Quentin's Narcotics Anonymous group and attended meetings during the second quarter of 2003. Inmate Boatman should be commended for his commitment to recovery and his desire for self- improvement.



Orig:   C-file
  cc:   CRM
        Inmate

Robert Flax, Ph.D.
Community Resources Manager
San Quentin State Prison

07/02/03

**N.A. PARTICIPATION**

DATE                                                    . . .   GENERAL CHRONO   .

---

NAME and NUMBER   BOATMAN          D-65055          2-N-98up   CDC-128-B Rev. 4/74

Inmate Boatman is a member of San Quentin's Narcotics Anonymous (N.A.) group and attended meetings during the third quarter of 2003. Inmate Boatman is to be commended for his commitment to recovery and his desire for self- improvement.



Orig:   C-file
  cc:   CRM
        Inmate

Robert Flax, Ph.D.
Community Resources Manager
San Quentin State Prison

10/01/03

**N.A. PARTICIPATION**

DATE       .                                           . . .   GENERAL CHRONO   . .

---

NAME and NUMBER   BOATMAN          D-65055          2-N-98   CDC-128-B Rev. 4/74

Inmate Boatman is a member of San Quentin's Narcotics Anonymous (N.A.) group and attended meetings during the fourth quarter of 2003. Inmate Boatman has demonstrated sincere dedication in attending the group sessions and interacting with members of the group in a mature manner. Inmate Boatman is to be commended for his commitment to recovery and his desire for self- improvement.



Orig:   C-file
  cc:   CRM
        Inmate

Robert Flax, Ph.D.
Community Resources Manager
San Quentin State Prison

12/29/03

**N.A. PARTICIPATION**

DATE                                                           GENERAL CHRONO

NAME and NUMBER    BOATMAN    D-65055    2-N-98    CDC-128-B Rev. 4/74

Inmate BOATMAN is a member of San Quentin's Narcotics Anonymous (N.A.) group and attended meetings during the first quarter of 2004. Inmate BOATMAN has demonstrated sincere dedication in attending the group sessions and interacting with members of the group in a mature manner. Inmate BOATMAN is to be commended for his commitment to recovery and his desire for self-improvement.

Orig:  C-file
  cc:  CRM
       Inmate

K. J. Williams, Captain
Community Resources Manager
San Quentin State Prison

DATE    03/29/04    N.A. PARTICIPATION    GENERAL CHRONO

---

NAME and NUMBER    BOATMAN    D-65055    2-N-98U    CDC-128-B Rev. 4/74

Inmate BOATMAN is a member of San Quentin's Narcotics Anonymous (N.A.) group, and attended meetings during the second quarter of 2004. He has demonstrated sincere dedication in attending the group sessions and interacting with members of the group in a mature manner. He is to be commended for his commitment to recovery and his desire for self-improvement.

Orig:  C-file
  cc:  IPC
       Inmate

K. J. Williams, Captain
Inmate Programs Coordinator
San Quentin State Prison

DATE    06/21/04    N.A. PARTICIPATION    GENERAL CHRONO

---

NAME and NUMBER    BOATMAN    D-65055    2-N-98U    CDC-128-B (Rev. 4/74)

Inmate BOATMAN is a member of San Quentin's Narcotics Anonymous (N.A.) group, and attended meetings during the third quarter of 2004. He has demonstrated sincere dedication in attending the group sessions and interacting with members of the group in a mature manner. He is to be commended for his commitment to recovery and his desire for self-improvement.

Orig:  C-file
  cc:  IPC
       Inmate

K. J. Williams, Captain
Inmate Programs Coodinator
San Quentin State Prison

DATE    09/30/04    N.A. PARTICIPATION    GENERAL CHRONO

NAME and NUMBER    BOATMAN        D-65055            2-N-98        CDC-128-B Rev. 4/74

Inmate BOATMAN is a member of San Quentin's Narcotics Anonymous (N.A.) group, and attended meetings during the fourth quarter of 2004. He has demonstrated sincere dedication in attending the group sessions and interacting with members of the group in a mature manner. He is to be commended for his commitment to recovery and his desire for self-improvement.

Orig:  C-file
  cc:  IPC
       Inmate

K. J. Williams, Captain
Inmate Program Coordinator
San Quentin State Prison

DATE  12/31/04          N.A. PARTICIPATION          GENERAL CHRONO

NAME and NUMBER    BOATMAN        D-65055            2-N-98        CDC-128-B (Rev. 4/74

Inmate BOATMAN is a member of San Quentin's Narcotics Anonymous (N.A.) group, and attended meetings during the first quarter of 2005. He has demonstrated sincere dedication in attending the group sessions and interacting with members of the group in a mature manner. He is to be commended for his commitment to recovery and his desire for self-improvement.

Orig:  C-file
  cc:  IPC
       Inmate

K. J. Williams, Captain
Inmate Program Coordinator
San Quentin State Prison

DATE  1/31/05          N.A. PARTICIPATION          GENERAL CHRONO

NAME and NUMBER    BOATMAN        D-65055            2-N-98        CDC-128-B Rev. 4/74

Inmate BOATMAN is a member of San Quentin's Narcotics Anonymous (N.A.) group, and attended meetings during the second quarter of 2005. He has demonstrated sincere dedication in attending the group sessions and interacting with members of the group in a mature manner. He is to be commended for his commitment to recovery and his desire for self-improvement.

Orig:  C-file
  cc:  IPC
       Inmate

K. J. Williams, Captain
Inmate Program Coordinator
San Quentin State Prison

DATE  6/30/05          N.A. PARTICIPATION          GENERAL CHRONO

NAME and NUMBER    BOATMAN    D-65055    2-N-98    CDC-128-B Rev. 4/74

Inmate BOATMAN is a member of San Quentin's Narcotics Anonymous (N.A.) group, and attended meetings during the third quarter of 2005. He has demonstrated sincere dedication in attending the group sessions and interacting with the members of the group in a mature manner. He is to be commended for his commitment to recovery and his desire for self-improvement.

Orig:  C-file
  cc:  IPC
       Inmate

K. J. Williams, Captain
Inmate Program Coordinator
San Quentin State Prison

DATE  9/30/05        N.A. PARTICIPATION        GENERAL CHRONO

NAME and NUMBER    BOATMAN    D-65055    2-N-99    CDC-128-B Rev. 4/74

Inmate BOATMAN is a member of San Quentin's Narcotics Anonymous (N.A.) group, and attended meetings during the fourth quarter of 2005. He has demonstrated sincere dedication in attending the group sessions and interacting with members of the group in a mature manner. He is to be commended for his commitment to recovery and his desire for self-improvement.

Orig:  C-file
  cc:  IPC
       Inmate

K. J. Williams, Captain
Inmate Program Coordinator
San Quentin State Prison

DATE  12/30/05        N.A. PARTICIPATION        GENERAL CHRONO

NAME and NUMBER    BOATMAN    D65055    2-N-098U    CDC-128-B(Rev.4/74)

This chrono is acknowledging the participation of the above named prisoner for the 1st quarter of 2006 in the Tuesday Narcotics Anonymous program. His attendance reflects his willingness to face his addiction and participate in his own recovery. This man has demonstrated a sincere dedication in attending the group sessions and interacting with other members in a mature manner. He is to be commended for his commitment to recovery and desire for self-improvement.

Original: Central File
    cc:  Inmate
         Counselor

K. J. Williams
Inmate Program Coordinator

DATE:  05-Apr-06        N.A. PARTICIPATION        GENERAL CHRONO

NAME and NUMBER      BOATMAN          D65055        2-N-098U          CDC-128-B(Rev.4/74)

Mr. BOATMAN  is a member of San Quentin's Tuesday Narcotics Anonymous (N.A.) program, and has attended meetings during the 2nd quarter of 2006.  He has demonstrated sincere dedication in attending the group sessions and interacting with members of the group in a mature manner.  His attendance reflects his willingness to face his addiction while participating in his own recovery, and he is to be commended for his commitment and desire for self-improvement.

Original: Central File
    cc: CPM
        Inmate

K. J. Williams, Lieutenant
Community Partnership Manager
San Quentin State Prison

**DATE:  6/30/06**            **N.A. PARTICIPATION**            **GENERAL CHRONO**

NAME and NUMBER      BOATMAN          D65055        2-N-098U          CDC-128-B(Rev.4/74)

Mr. BOATMAN  is a member of San Quentin's Tuesday Narcotics Anonymous (N.A.) program, and has attended meetings during the 3rd quarter of 2006.  He has demonstrated sincere dedication in attending the group sessions and interacting with members of the group in a mature manner.  His attendance reflects his willingness to face his addiction while participating in his own recovery, and he is to be commended for his commitment and desire for self-improvement.

Original: Central File
    cc: CPM
        Inmate

K. J. Williams, Lieutenant
Community Partnership Manager
San Quentin State Prison

**DATE:  9/30/06**            **N.A. PARTICIPATION**            **GENERAL CHRONO**

NAME and NUMBER      BOATMAN          D65055        2-N-098U          CDC-128-B(Rev.4/74)

Mr. BOATMAN  is a member of San Quentin's Tuesday Narcotics Anonymous (N.A.) program, and has attended meetings during the 4th quarter of 2006.  He has demonstrated sincere dedication in attending the group sessions and interacting with members of the group in a mature manner.  His attendance reflects his willingness to face his addiction while participating in his own recovery, and he is to be commended for his commitment and desire for self-improvement.

Original: Central File
    cc: CPM
        Inmate

K. J. Williams, Captain
Community Partnership Manager
San Quentin State Prison

**DATE:  12/31/06**            **N.A. PARTICIPATION**            **GENERAL CHRONO**

CDC-128-B(Rev.4/74)

Mr. BOATMAN is a member of San Quentin's Tuesday Narcotics Anonymous (N.A.) program, and has attended meetings during the 1st quarter of 2007. He has demonstrated sincere dedication in attending the group sessions and interacting with members of the group in a mature manner. His attendance reflects his willingness to face his addiction while participating in his own recovery, and he is to be commended for his commitment and desire for self-improvement.

LAURA E. BOWMAN,
Community Partnership Manager
San Quentin State Prison

Original: Central File
   cc: CPM
     Inmate

DATE: 4/2/07       **N.A. PARTICIPATION**       **GENERAL CHRONO**

---

**NAME and NUMBER**    BOATMAN    D65055    2-N-098U    CDC-128-B(Rev.4/74)

Mr. BOATMAN is a member of San Quentin's Tuesday Narcotics Anonymous (N.A.) program, and has attended meetings during the 2nd. quarter of 2007. He has demonstrated sincere dedication in attending the group sessions and interacting with members of the group in a mature manner. His attendance reflects his willingness to face his addiction while participating in his own recovery, and he is to be commended for his commitment and desire for self-improvement.

LAURA E. BOWMAN.
Community Partnership Manager
San Quentin State Prison

Original: Central File
   cc: CPM
     Inmate

DATE: 6/30/07       **N.A. PARTICIPATION**       **GENERAL CHRONO**

---

**NAME and NUMBER**    BOATMAN    D65055    2-N-098U    CDC-128-B(Rev.4/74)

Mr. BOATMAN is a member of San Quentin's Tuesday Narcotics Anonymous (N.A.) program, and has attended meetings during the 3rd;. quarter of 2007. He has demonstrated sincere dedication in attending the group sessions and interacting with members of the group in a mature manner. His attendance reflects his willingness to face his addiction while participating in his own recovery. and he is to be commended for his commitment and desire for self-improvement.

LAURA E. BOWMAN.
Community Partnership Manager
San Quentin State Prison

Original: Central File
   cc: CPM
     Inmate

DATE: 9/20/07       **N.A. PARTICIPATION**       **GENERAL CHRONO**

**NAME and NUMBER:** BOATMAN    D-65055    N-2-98-U

CDC-128-B/C

**DATE:** 4/1/07    SPIRITUALITY CLASS    CSP-SQ GENERAL CHRONO

During the 1st quarter from Jan 1, through March 31,2007 inmate BOATMAN has actively participated the spirituality class held ea[ch] Tuesday, evening, from 1800-2100 hours, in the Catholic Chapel. The class leaders use well-proven twelve-step drug and alco[hol] rehabilitation techniques intergrated with traditional Catholic moral and doctrinal teaching, so that participants can assimilate this impro[ved] way of living when released back into society. The classes develop social coping skills focuses on Christian Meditation techniques. Th[is] process is in line with steps #3 and #11 of the Twelve Steps program offered at San Quentin. Participating inmates have found an improv[ed] quality of life which results iin better coping skills while incarcerated and subsequent release on parole.

Jack Heffernan Instructor/Facilitator

Reverend Stephen A. Barber, S.J. Catholic Chaplain

Orig: C-File
cc: Chaplain
Inmate

---

**NAME and NUMBER:** BOATMAN    D-65055    N-2-98-U

**DATE:** JULY 17, 2007    SPIRITUALITY CLASS    CSP-SQ GENERAL CHRONO

During the Second quarter from April 1, 2007 to June 30, 2007 inmate Boatman has actively participated the spirituality class held each Tuesday, evening, from 1800-2100 hours, in the Catholic Chapel. The class leaders use well-proven twelve-step drug and alcohol rehabilitation techniques intergrated with traditional Catholic moral and doctrinal teaching, so that participants can assimilate this improved way of living when released back into society. The classes develop social coping skills focuses on Christian Meditation techniques. This process is in line with steps #3 and #11 of the Twelve Steps program offered at San Quentin. Participating inmates have found an improved quality of life which results iin better coping skills while incarcerated and subsequent release on parole.

Reverend Stephen A. Barber, S.J. Catholic Chaplain

Orig: C-File
cc: Chaplain
Inmate

---

**NAME and NUMBER:** BOATMAN    D-65055    N-2-98-U

**DATE:** 01/11/2008    SPIRITUALITY CLASS    CSP-SQ GENERAL CHRONO

During the Fourth quarter from October 1 through December 31, 2007, inmate Boatman has actively participated the spirituality class held each Tuesday, evening, from 1800-2100 hours, in the Catholic Chapel. The class leaders use well-proven twelve-step drug and alcohol rehabilitation techniques intergrated with traditional Catholic moral and doctrinal teaching, so that participants can assimilate this improved way of living when released back into society. The classes develop social coping skills focuses on Christian Meditation techniques. This process is in line with steps #3 and #11 of the Twelve Steps program offered at San Quentin. Participating inmates have found an improved quality of life which results iin better coping skills while incarcerated and subsequent release on parole.

Jack Heffernan Instructor/Facilitator

Orig: C-File
cc: Chaplain
Inmate

**NAME and NUMBER:**        **BOATMAN**        D-65055        N-2-098        CDC-128-B(4/74)

During the 2nd quarter from April through June 30. 2006, inmate BOATMAN has actively participated the spirituality class held each Tuesday evening, from 1800-2100 hours, in the Catholic Chapel.  The class leaders use well-proven twelve-step drug and alcohol rehabilitation techiques interagted with traditional Catholic moral and doctrinal teaching, so that participants can assimilate this improved way of living when released back into society.  The classes develop social coping skills focuses on Christian Meditation techniques.  This process is in line with steps #3 and #11 of the Twelve Steps program offered at San Quentin. Participating inmates have found an improved quality of life which results iin better coping skills while incarcerated and subsequent release on parole.

Orig:    C-File
cc:      Chaplain
         Inmate

                                                                        Reverend Stephen A. Barber, S.J.
                                                                        Catholic Chaplain

**DATE: 06/30/06**                **SPIRITUALITY CLASS**                **CSP-SQ GENERAL CHRONO**

---

**NAME and NUMBER: BOATMAN**        **D-65055**        N-2-98-U

During the third quarter from July 1, through September 30. 2007 inmate Boatman has actively participated the spirituality class held each Tuesday evening, from 1800-2100 hours, in the Catholic Chapel.  The class leaders use well-proven twelve-step drug and alcohol rehabilitation techiques interagted with traditional Catholic moral and doctrinal teaching, so that participants can assimilate this improved way of living when released back into society.  The classes develop social coping skills focuses on Christian Meditation techniques.  This process is in line with steps #3 and #11 of the Twelve Steps program offerred at San Quentin. Participating inmates have found an improved quality of life which results iin better coping skills while incarcerated and subsequent release on parole.

Orig:    C-File
cc:      Chaplain
         Inmate
                                    Jack Heffernan
                                    Educator

**DATE: 10/9/07**        **SPIRITUALITY CLASS**                **CSP-SQ GENERAL CHRONO**

---

**NAME and NUMBER:**        **BOATMAN**        D-65055        N-2-98-U        CDC-128-B(4/74)

During the 4th quarter from Oct.1 through December 31, 2006, inmate BOATMAN has actively participated the spirituality class held each Tuesday evening. from 1800-2100 hours, in the Catholic Chapel.  The class leaders use well-proven twelve-step drug and alcohol rehabilitation techiques interagted with traditional Catholic moral and doctrinal teaching, so that participants can assimilate this improved way of living when released back into society.  The classes develop social coping skills focuses on Christian Meditation techniques.  This process is in line with steps #3 and #11 of the Twelve Steps program offered at San Quentin. Participating inmates have found an improved quality of life which results iin better coping skills while incarcerated and subsequent release on parole.

Orig:    C-File
cc:      Chaplain        Jack Heffernan                              Reverend Stephen A. Barber, S.J.
         Inmate          Instructor/Facilitor                        Catholic Chaplain

**DATE: 12/31/06**                **SPIRITUALITY CLASS**                **CSP-SQ GENERAL CHRONO**

NAME and NUMBER                BOATMAN        D-65055        N-2-098          CDC-128-B (Rev. 4/74)

During the second quarter from April 01 through June 30, 2005, BOATMAN has actively
participated in the spirituality class held each Tuesday evening, at the Catholic chapel. The
class leaders use well proven twelve step drug and alcohol rehabilitation techniques
integrated with traditional Catholic moral and doctrinal teaching so that inmates can
assimilate this improved way of living when released back to society. The classes develop
social coping skills from the twelve step program to improve relationships in all aspects of
life. Inmate BOATMAN should be commended for taking positive steps to change his life.

Orig: Central File
  cc: Chaplain
      Inmate

Rev. Stephen A. Barber, SJ          Jack Heffernan
Catholic Chaplain                   Educator

DATE     June 30, 2005        Spirituality Class       CSP-SQ            GENERAL CHRONO

NAME and NUMBER              **BOATMAN**      **D-65055**     **N-2-098**     CDC-128-B (Rev. 4/74)

During the third quarter from July 01 through September 30, 2005, BOATMAN has actively
participated in the spirituality class held each Tuesday evening, at the Catholic chapel. The
class leaders use well proven twelve step drug and alcohol rehabilitation techniques
integrated with traditional Catholic moral and doctrinal teaching so that inmates can
assimilate this improved way of living when released back to society. The classes develop
social coping skills from the twelve step program to improve relationships in all aspects of
life. Inmate BOATMAN should be commended for taking positive steps to change his life.

Orig: Central File
  cc: Chaplain
      Inmate

Rev. Stephen A. Barber, SJ          Jack Heffernan
Catholic Chaplain                   Educator

        09/30/05        Spirituality Class       CSP-SQ            GENERAL CHRONO
DATE

NAME and NUMBER                BOATMAN        D-65055        N-2-098          CDC-128-B (Rev. 4/74)

During the first quarter from January 01 through March 31, 2006, The above named has
actively participated in the spirituality class held each Tuesday evening, at the Catholic
chapel. The class leaders use well proven twelve step drug and alcohol rehabilitation
techniques integrated with traditional Catholic moral and doctrinal teaching, so that
participating inmates can assimilate this improved way of living upon release to society.
The class develop social coping skills from the twelve step program to improve relationships
in all aspects of life. This inmate's effort in the program is highly commended for taking
positive steps to change his life.

Orig: Central File
  cc: Chaplain
      Inmate

Rev. Stephen A. Barber, SJ          Jack Heffernan
Catholic Chaplain                   Educator

DATE     03/31/06        Spirituality Class       CSP-SQ            GENERAL CHRONO

NAME and NUMBER          **BOATMAN**          D-65055          N-2-098          CDC-128-B Rev. 4

During the second quarter from April 01 through June 30, 2004, BOATMAN has actively participated in the spirituality class held each Tuesday evening, at the Catholic chapel. The class leaders use well proven twelve step drug and alcohol rehabilitation techniques integrated with traditional Catholic moral and doctrinal teaching so that inmates can assimilate this improved way of living when released back to society. The classes develop social coping skills from the twelve step program to improve relationships in all aspects of life. Inmate BOATMAN should be commended for taking positive steps to change his life.

Orig: Central File
  cc: Chaplain
      Inmate

Rev. Stephen A. Barber, SJ
Catholic Chaplain

Jack Heffernan
Educator

DATE    July 01, 2004    (Spirituality Class)    CSP-SQ    GENERAL CHRONO

---

NAME and NUMBER          **BOATMAN**          **D-65055**          **N-2-098**          CDC-128-B Rev. 4/7

During the fourth quarter from October 01 through December 31, 2004, BOATMAN has actively participated in the spirituality class held each Tuesday evening, at the Catholic chapel. The class leaders use well proven twelve step drug and alcohol rehabilitation techniques integrated with traditional Catholic moral and doctrinal teaching so that inmates can assimilate this improved way of living when released back to society. The classes develop social coping skills from the twelve step program to improve relationships in all aspects of life. Inmate BOATMAN should be commended for taking positive steps to change his life.

Orig: Central File
  cc: Chaplain
      Inmate

Rev. Stephen A. Barber, SJ
Catholic Chaplain

Jack Heffernan
Educator

DATE    December 31, 2004    (Spirituality Class)    CSP-SQ    GENERAL CHRONO

---

NAME and NUMBER          BOATMAN          D-65055          N-2-098          CDC-128-B (Rev. 8/74)

During the first quarter from January 01 through March 31, 2005, BOATMAN has actively participated in the spirituality class held each Tuesday evening, at the Catholic chapel. The class leaders use well proven twelve step drug and alcohol rehabilitation techniques integrated with traditional Catholic moral and doctrinal teaching so that inmates can assimilate this improved way of living when released back to society. The classes develop social coping skills from the twelve step program to improve relationships in all aspects of life. Inmate BOATMAN should be commended for taking positive steps to change his life.

Orig: Central File
  cc: Chaplain
      Inmate

Rev. Stephen A. Barber, SJ
Catholic Chaplain

Jack Heffernan
Educator

DATE    March 31, 2004    Spirituality Class    CSP-SQ    GENERAL CHRONO

NAME and NUMBER                    BOATMAN        D-65055      N-2-098        CDC-128-B Rev. 4/7

During the third quarter of the year 2003, BOATMAN has actively participated in the spirituality class held each Tuesday evening at the Catholic chapel. The class leaders use well proven twelve step drug and alcohol rehabilitation techniques integrated with traditional Catholic moral and doctrinal teaching so that inmates can assimilate this improved way of living when released back to society. The classes develop social coping skills from the twelve step program to improve relationships in all aspects of life. Inmate BOATMAN should be commended for taking positive steps to change his life.

Orig: Central File
  cc: Chaplain
      Inmate
                        Deacon G. Salinger         John Kelly
                        Chaplain (A)               Educator

DATE     09/30/2003         (SPIRITUALITY CLASS)        CSP-SQ              GENERAL CHRONO

NAME and NUMBER                    BOATMAN        D-65055      N-2-098        CDC-128-B Rev. 4/74

During the fourth quarter of the year 2003, BOATMAN has actively participated in the spirituality class held each Tuesday evening at the Catholic chapel. The class leaders use well proven twelve step drug and alcohol rehabilitation techniques integrated with traditional Catholic moral and doctrinal teaching so that inmates can assimilate this improved way of living when released back to society. The classes develop social coping skills from the twelve step program to improve relationships in all aspects of life. Inmate BOATMAN should be commended for taking positive steps to change his life.

Orig: Central File
  cc: Chaplain
      Inmate           Rev. Stephen A. Barber, SJ      John Kelly
                        Catholic Chaplain               Educator

DATE     DECEMBER 2003        (SPIRITUALITY CLASS)        CSP-SQ              GENERAL CHRONO

NAME and NUMBER                    BOATMAN        D-65055      N-2-098        CDC-128-B Rev. 4/74

During the first quarter from January 01 through March 31, 2004, BOATMAN has actively participated in the spirituality class held each Tuesday evening, at the Catholic chapel. The class leaders use well proven twelve step drug and alcohol rehabilitation techniques integrated with traditional Catholic moral and doctrinal teaching so that inmates can assimilate this improved way of living when released back to society. The classes develop social coping skills from the twelve step program to improve relationships in all aspects of life. Inmate BOATMAN should be commended for taking positive steps to change his life.

Orig: Central File
  cc: Chaplain
      Inmate           Rev. Stephen A. Barber, SJ      John Kelly
                        Catholic Chaplain               Educator

DATE     April 01, 2004        (Spirituality Class)        CSP-SQ              GENERAL CHRONO

**QUARTER FROM OCTOBER THROUGH DECEMBER 2002**

Inmate BOATMAN has actively participated in the Catholic Chapel's class on each Tuesday night from 1800 - 2100 hours, for the fourth quarter of the year 2002. The group leaders use well proven twelve step drug and alcohol rehabilitation techniques integrated with traditional Catholic moral and doctrinal teaching so that inmates can assimilate this improved way of living when released back to society. The classes develop social coping skills from the twelve step program to improve relationships in all aspects of life. Inmate BOATMAN should be commended for taking positive steps to change his life.

Orig: Central File
  cc: Chaplain          Fr. D. J. McManus           Jack Heffernan
      Inmate            Chaplain                    Educator

DATE    02/03/2003      (SPIRITUALITY CLASS)        CSP-SQ                GENERAL CHRONO

---

NAME and NUMBER        **BOATMAN**        D-65055        N-2-098        CDC-128-B Rev. 4/74

During the first quarter of the year 2003, BOATMAN has actively participated in the Spirituality class held each tuesday evening at the Catholic chapel. The class leaders use well proven twelve step drug and alcohol rehabilitation techniques integrated with traditional Catholic moral and doctrinal teaching so that inmates can assimilate this improved way of living when released back to society. The classes develop social coping skills from the twelve step program to improve relationships in all aspects of life. Inmate BOATMAN should be commended for taking positive steps to change his life.

Orig: Central File
  cc: Chaplain          Fr. D. J. McManus           Jack Heffernan
      Inmate            Chaplain                    Educator

DATE    03/31/2003      (SPIRITUALITY CLASS)        CSP-SQ                GENERAL CHRONO

---

NAME and NUMBER        **BOATMAN**        D-65055        N-2-098        CDC-128-B Rev. 4/74

During the second quarter of the year 2003, BOATMAN has actively participated in the spirituality class held each Tuesday evening at the Catholic chapel. The class leaders use well proven twelve step drug and alcohol rehabilitation techniques integrated with traditional Catholic moral and doctrinal teaching so that inmates can assimilate this improved way of living when released back to society. The classes develop social coping skills from the twelve step program to improve relationships in all aspects of life. Inmate BOATMAN should be commended for taking positive steps to change his life.

Orig: Central File
  cc: Chaplain          Deacon G. Salinger          John Kelly
      Inmate            Chaplain (A)                Educator

DATE    06/31/2003      (SPIRITUALITY CLASS)        CSP-SQ                GENERAL CHRONO

NAME and NUMBER    **BOATMAN**                    D65055        2 N 098U        CDC-128-B (Rev. 4/74)

Inmate BOATMAN actively participated in Session Two of IMPACT's 16-Week Workshop on Addiction with 100% attendance. Our Workshop topics helped participants: 1. Define Denial, 2. Recognize Addiction In Order To Avoid Denial, 3. Identify Signs Of Denial, and 4. Make A Commitment To Appropriate Treatment For Use. Through presentations and in-depth discussions on defensive mechanisms and avoidance of confrontation with personal problems, participants learned how the denial process unconsciously disavows thoughts, feelings, wishes, and needs that are related to addiction. Our primary focus was geared toward helping participants recognize addiction in order to avoid denial. Workshop curriculum also focused on identifying signs of denial and admitting powerlessness over addiction as a first step toward making a commitment to obtain treatment. Mr. BOATMAN is to be commended for his participation in our Workshop on Addiction and for learning and incorporating IMPACT concepts and principles into his life.

Orig: C-File
cc: IMPACT File
Inmate

**Earl A. Smith Sr.**
Protestant Chaplain
San Quentin State Prison

**Pastor Don Wesley**
Community Volunteer

DATE:    **1/3/05**                *(PARTICIPATION CHRONO - IMPACT)*            GENERAL CHRONO

---

NAME and NUMBER    **BOATMAN**                    D65055        2 N 098U        CDC-128-B (Rev. 4/74)

Inmate BOATMAN actively participated in Session Three of IMPACT's 16-Week Workshop on Addiction with 100% attendance. Our Workshop topics helped participants: 1. Define Treatment, 2. Investigate Different Types Of Treatment And Who Is Qualified To Provide It, 3. Discover Who Needs Treatment And Why, 4. Learn How To Find Treatment For Their Use, and 5. Commit To Seek Treatment For Addictions. Through presentations and in-depth discussions on procedures that lessen the severity of addiction participants learned how treatment is designed and evolves, and how it positively effects unwanted use. Our primary focus was geared toward different types of treatments and how a person may have to experience exposure to more than one treatment process before gaining control over their use. Workshop curriculum also focused on who is qualified to provide treatment and where it can be obtained. Mr. BOATMAN is to be commended for his participation in our Workshop on Addiction and for learning and incorporating IMPACT concepts and principles into his life.

Orig: C-File
cc: IMPACT File
Inmate

**Earl A. Smith Sr.**
Protestant Chaplain
San Quentin State Prison

**Pastor Don Wesley**
Community Volunteer

DATE:    **2/14/05**                *(PARTICIPATION CHRONO - IMPACT)*            GENERAL CHRONO

---

NAME and NUMBER    **BOATMAN**                    D65055        2 N 098U        CDC-128-B (Rev. 4/74)

Inmate BOATMAN actively participated in Session Four of IMPACT's 16-Week Workshop on Addiction with 100% attendance. Our Workshop topics helped participants: 1. Define Recovery, 2. Explore The Concept Of Recovery In Order To Determine If It Is A Myth Or Reality, 3. Adopt Maintenance Functions And Establish A Maintenance Level, and 4. Learn To Recognize And Avoid Relapse. Through presentations and in-depth discussions participants learned how recovery is a reality that differs from person to person based on quality and not just quantity of abstinence. Workshop curriculum also focused on adopting maintenance functions and levels, and learning to recognize and avoid relapse. Mr. BOATMAN is to be commended for his participation in our Workshop on Addiction and for learning and incorporating IMPACT concepts and principles into his life.

Orig: C-File
cc: IMPACT File
Inmate

**Earl A. Smith Sr.**
Protestant Chaplain
San Quentin State Prison

**Pastor Don Wesley**
Community Volunteer

DATE:    **3/21/05**                *(PARTICIPATION CHRONO - IMPACT)*            GENERAL CHRONO

NAME and NUMBER    **BOATMAN**                    D65055              2 N 098U        CDC-128-B (Rev 4/74)

Inmate BOATMAN actively participated in Session One of IMPACT's 16-Week Workshop on Addiction with acceptable attendance. Our Workshop topics helped participants: 1. Define Addiction, 2. Identify The Symptoms Of Addiction, 3. Discover Who Is/Becomes An Addict, 4. Learn What Causes Addiction, and 5. Identify The Effects Of Addictions. Through presentations and in-depth discussions on use of mood and mind-altering substances, activities, and behaviors, participants learned to understand different forms of addiction as well as their symptoms. Our primary focus was geared toward understanding the causes of addiction by promoting a theme that social use leads to dependence and dependence always leads to addiction. Workshop curriculum also focussed on how addiction impairs physical and mental health, how it depletes resources, and how continued use lowers self-esteem. Mr. BOATMAN is to be commended for his participation in our Workshop on Addiction and for learning and incorporating IMPACT concepts and principles into his life.

Orig: C-File
cc: IMPACT File
Inmate

**Earl A. Smith Sr.**
Protestant Chaplain
San Quentin State Prison

**Pastor Don Wesley**
Community Volunteer

DATE: **10/18/04**            *(PARTICIPATION CHRONO - IMPACT)*            GENERAL CHRONO

---

NAME and NUMBER    **BOATMAN**                    D65055              2 N 098U        CDC-128-B (Rev 4/74)

On 3/9/07 inmate BOATMAN completed an intensive 16-week treatment modality conducted by the Addiction Recovery Counseling (ARC) in San Quentin. This program included comprehensive individual and group counseling geared towards personal reflection and authentic sharing, which enhances insight in supporting and maintaining recovery. The ARC curriculum includes three major categories of psychoeducational topics: Understanding Addiction, Relapse Prevention, and Life Skills. These three categories were individually divided into 16 topics each focused on sobriety and recovery for a total of 48 classes. Additionally, Mr. BOATMAN participated in individual Case Management, providing him with Treatment and Relapse Prevention Plans which included long-term and short-term goals to aid him in his recovery. It is anticipated that Mr. BOATMAN will be taking advantage of the ARC Aftercare, Re-Entry and Alumni programs. ARC necessitates punctuality, attendance, and accountability to the program guidelines and fellow participants, thereby instilling a deeper sense of sobriety, responsibility, social consciousness, and community. Inmate BOATMAN is to be commended for his participation in the ARC program and his commitment to recovery principles by continuing to incorporate them in his life.

Orig: C-File
cc: ARC File
Client

**Claire-Elizabeth DeSophia, MFT**
ARC Program Executive Director

DATE: **3/9/07**        *(PROGRAM COMPLETION CHRONO - ARC IN SAN QUENTIN)*        GENERAL CHRONO

---

NAME and NUMBER    **BOATMAN**                    D-65055              N-2-098        CDC-128-B (Rev. 4/74)

**FROM APRIL TO JUNE 2001**

Inmate BOATMAN participates in a program each Monday night in the Catholic chapel which teaches inmates how to meditate. It is conducted by trained volunteer professionals from the Bay Area. It has been remarkably successful in Folsom State Prison where many inmates of different faiths and races participate. They learn how to set aside their prejudices and animosities and live together in peace and harmony. The participants and instructors have high hopes that this program will significantly reduce the recidivism rate in state prisons.

ORIGINAL: CENTRAL FILE
cc: Originator
Inmate

**Rev. D. McManus**
Catholic Chaplain

DATE    08/14/2001        (CENTERING PRAYER)    CSP-SQ        GENERAL CHRONO

BOATMAN actively participated in the Pace e Bene "From Violence To Wholeness Workshop on Wednesday evenings from April 06 - June 15, 2005. BOATMAN was invited to participate in the first From Violence to Wholeness Workshop" to be held in a prison setting. BOATMAN was selected based on his commitment into making positive changes, living an active non-violent lifestyle, and bringing healing and wholeness in his own life, as well as the lives of those around him - the focus of the workshop. His openness, honesty, insight, and caring nature were demonstrated throughout the workshop. He diligently studied and discussed various individuals that have practiced active non-violence including but not limited to Mahatma Gandhi, St. Francis of Assisi, and Martin Luther King Jr. BOATMAN should be commended for his efforts that helped make this first workshop in a prison setting a success.

**Orig:** Central File
**cc:** Chaplain
    Inmate

Rev. Stephen A. Barber, SJ
Catholic Chaplain

Jack Dixon
Facilitator

Katherine McCarron
Facilitator

DATE  06/30/2005        FROM VIOLENCE TO WHOLENESS                    GENERAL CHRONO

NAME and NUMBER          BOATMAN        D-65055    2-N-98         CDC-128-B Rev. 4/74

This is to acknowledge that Inmate BOATMAN has participated in the Kairos Men's Retreat on October 6-9, 2000. The thirty-plus hours of this weekend involved many community volunteers sharing their stories about their life changing experience. After each of the talks there was an exchange and discussion in small groups with inmates and volunteers sharing their own stories and strengths and weaknesses. The talks covered You Are Not Alone, Friendships, Faith In God, Acceptance Of Self, The Church, Discovery Of Self, Action, Forgiveness Of Others, Tomorrow and Do Not Give Up. These talks were mixed with meditations and discussions on the actual practice of Christianity according to the life experiences of Jesus Christ. Those who complete the Kairos weekend are expected to be active in the Kairos groups afterwards and to be a role model in their daily lives.

Father D. McManus
Catholic Chaplain

Jim Ryan
Kairos Council Chairman

**ORIG:** CENTRAL FILE
**CC:** INMATE

DATE  October 9, 2000      KAIROS SAN QUENTIN        CSP-SQ        GENERAL CHRONO

NAME and NUMBER          BOATMAN        D-65055    2-N-98         CDC-128-B Rev. 4/74

This is to acknowledge that Inmate BOATMAN was a volunteer participant in San Quentin's three day retreat, Kairos XIX on February 16-19, 2001. In order to be a server for a Kairos weekend one must attend the retreat themselves, be involved in the Kairos community as well as be a role model in their daily lives within the institution. As a "Server", he served in various capacities such as serving volunteers and other inmates refreshments, cleaning up as needed, handling paper work, setting up tables, joining others in song and prayer and ministering to other inmates throughout the weekend. He should be commended for his service to others in a Christian ministry and commitment to bettering himself.

Father D. McManus
Catholic Chaplain

Jim Ryan
Kairos Council Chairman

**ORIG:** CENTRAL FILE
**CC:** INMATE

DATE  February 17, 2001      KAIROS SAN QUENTIN        CSP-SQ        GENERAL CHRONO

Name and Number         BOATMAN   D65055        2-N-98-U            CDC-128-B (Rev.4/74)

Inmate BOATMAN, D65055  has actively participated in each session of the *"Responsibility, Rehabilitation, and Restoration Ecumenical Round Table"* from October 1, 2005 through September 30, 2006. The Round Table meets on Thursday evenings in the Catholic Chapel; the membership consists of pro-active inmates and community members who are dedicated to making a difference in society. The members have been selected from diverse religious and ethnic backgrounds. These members are both active within themselves and their communities for making positive changes. Name's participation in the Round Table, demonstrates a commitment to help develop and implement plans addressing the needs of victims and survivors of crime, families of the incarcerated, the incarcerated, ex-offenders, and society. The Round Table uses faith-based networking to promote the respect and dignity every human being deserves. The implementation plan presented to the Interfaith Delegation visit of the California Catholic Conference of Bishops to San Quentin remains the basis of the Round Tables efforts.

Inmate **BOATMAN**  should be commended for his commitment to creating a more peaceful society.

Orig:      Central File
   cc:      Chaplain                                          Rev. Stephen Barber, SJ
             Inmate                                            Catholic Chaplain

**DATE**      10/01/06    *Responsibility, Rehabilitation, and Restoration Ecumenical Round Table* GENERAL CHRONO

Name and Number       **BOATMAN, C.       D-65055    2-N-98-L**       CDC-128-B (Rev.4/74)

Inmate BOATMAN, C. D-65055, has actively participated in each session of the *"Responsibility, Rehabilitation, and Restoration Ecumenical Round Table"*, from October 1, 2006 through September 30, 2007. The Round Table meets on Thursday evenings in the Catholic Chapel; the membership consists of pro-active inmates and community members who are dedicated to making a difference in society. The members selected are from diverse religious and ethnic backgrounds. These members are active in making positive changes within themselves and in society. BOATMAN, C. participation in the Round Table, demonstrates a commitment to help develop and implement plans to address the needs of victims and survivors of crime, families of the incarcerated, the incarcerated, ex-offenders, and society. The Round Table uses faith-based networking to promote the respect and dignity every human being deserves.

Inmate BOATMAN, C. should be commended for his commitment to creating a more peaceful society.

Orig:   Central File
cc: -   Chaplain                                            Reverend Stephen Barber, SJ
          Inmate                                              Catholic Chaplain

**DATE:** 10/01/07 *Responsibility, Rehabilitation, & Restoration Ecumenical Round Table* **GENERAL CHRONO**

Name and Number       **BOATMAN, C.       D-65055    2-N-98-L**       CDC-128-B (Rev.4/74)

Inmate BOATMAN, C. D-65055, has actively participated in each session of the *"Responsibility, Rehabilitation, and Restoration Ecumenical Round Table"*, from October 1, 2007 through December 31, 2007. The Round Table meets on Thursday evenings in the Catholic Chapel; the membership consists of pro-active inmates and community members who are dedicated to making a difference in society. The members selected are from diverse religious and ethnic backgrounds. These members are active in making positive changes within themselves and in society. BOATMAN, C. participation in the Round Table, demonstrates a commitment to help develop and implement plans to address the needs of victims and survivors of crime, families of the incarcerated, the incarcerated, ex-offenders, and society. The Round Table uses faith-based networking to promote the respect and dignity every human being deserves.

Inmate BOATMAN, C. should be commended for his commitment to creating a more peaceful society.

Orig:   Central File
cc: -   Chaplain                                            Reverend Stephen Barber, SJ
          Inmate                                              Catholic Chaplain

**DATE:** 12/31/07 *Responsibility, Rehabilitation, & Restoration Ecumenical Round Table* **GENERAL CHRONO**

NAME and NUMBER          BOATMAN, C.     D-65055       2-N-98U        CDC-128-B (Rev. 4/

Recently inmate BOATMEN, CDC# D-65055 volunteered to assist with his welding skills to
help bring into compliance the weights in North Segregation and East Block ( Condemned
Units ) from 5-10-96 to 7-20-96.  The work, under a stringent time frame, consisted of
redesigning the old weights to meet the Department of Corrections new standards.
During this time I observed his work behavior, attitude and work habits.  He continually
displayed an above average interest in his assigned duties and willingly assisted his
fellow workers even when work situations were unpleasant.  His behavior was instrumental
in the success of the project, due to his mature behavior, high work standards and
willingness to work with all disciplines within the institution guidelines.

CC: Central File
    Inmate                                       Darryl Bildreth, Instructor
    Educational File                             Vocational Welding
    Vocational File                              C Stanley SVI

                              "Informational"
                         VOCATIONAL WELDING SHOP
    DATE    09-24-96            SAN QUENTIN              GENERAL CHRONO

NAME and NUMBER     BOATMAN        D-65055       N-2-098         CDC-128-B Rev. 4 74
BOATMAN is commended for his active participation and input in the first 5 sessions of the "
Responsibility, Rehabilitation, and Restoration Ecumenical Round Table" on Thursday Evening
in June in the Catholic Chapel.  BOATMAN was invited to participated in the Round Table, which
is made up of a select group of incarcerated men and thirty pro-active members from the
outside community.  All members are from diverse religious and ethnic backgrounds that are
committed to making positive changes within themselves and the society in which we live.
BOATMAN continues to demonstrate his commitment to these endeavors through his insight,
suggestions, and social ethic.  BOATMAN is helping to develop an implementation plan to better
address the needs of victims and survivors of crime, the families of the incarcerated, the
incarcerated, ex-offenders, and society through faith-based networking seeking a consistent
ethic of life for the respect and dignity that every human life deserves.

Orig: Central File
cc: Chaplain                    Rev. Stephen Barber, SJ
    Inmate                      Catholic Chaplain

DATE 06/30/05 RESPONSIBILITY, REHABILITATION & RESTORATION ROUND TABLE      GENERAL CHRONO

NAME and NUMBER     BOATMAN        D-65055       N-2-098         CDC-128-B (Rev. 4.74)
During the third quarter from July 01 through September 30, 2005, inmate BOATMAN actively
participated each sessions of the "Responsibility, Rehabilitation, and Restoration Ecumenical
Round Table" on Thursday Evening in the Catholic Chapel.  The Round Table is made up of a
select group of inmates and pro-active members from the outside community.  All members are
from diverse religious and ethnic backgrounds that are committed to making positive changes
within themselves and the society in which we live.  BOATMAN's participation in the Round
Table is to help develop an implementation plan to better address the needs of victims and
survivors of crime, the families of the incarcerated, the incarcerated, the ex-offenders, and
society through faith-based networking seeking a consistent ethic of life for the respect and
dignity that every human life deserves.  The implementation plan was presented to the
Interfaith Delegation visit of the California Catholic Conference of Bishops to San Quentin
on September 7, 2005.

Orig: Central File
 cc: Chaplain                   Rev. Stephen Barber, SJ
     Inmate                     Catholic Chaplain

     09/30/05    RESPONSIBILITY, REHABILITATION & RESTORATION ROUND TABLE
DATE                                                                GENERAL CHRONO

This is to acknowledge that Inmate BOATMAN was a volunteer server in San Quentin's three day retreat, Kairos XXII on February 14-17, 2003. In order to be a server for a Kairos weekend one must attend the retreat themselves, be involved in the Kairos community as well as be a role model in their daily lives within the institution. As a "Server", he served in various capacities such as serving volunteers and other inmates refreshments, cleaning up as needed, handling paper work, setting up tables, joining others in song and prayer and ministering to other inmates throughout the weekend. He should be commended for his service to others in a Christian ministry and for his commitment to bettering himself.

ORIG: Central File       Earl A. Smith, Sr.       Anthony Irving
CC: Inmate       Protestant Chaplain       Kairos Council Chairman

DATE    February 17, 2003      KAIROS SAN QUENTIN      CSP-SQ      GENERAL CHRONO

---

NAME and NUMBER    BOATMAN     D-65055     N-2-098U
                                                    CDC-128-B Rev. 4/74

This is to acknowledge that Inmate BOATMAN has participated in the Kairos Men's Retreat and should be commended for his continued involvement and volunteering to participate as a server for the inside Kairos #23 on October 10-13, 2003. For the thirty-six+ hours of the four day weekend he met the needs of the new inmate participants and the outside community team members. The duties of the server included waiting on the program tables, assisting new participants with encouragement and emotional support and being available to make the scheduling of the weekend move smoothly. After this weekend his work continues in supporting the new graduates by mentoring them as they make the transition back to prison life from the in-depth emotional and spiritual experiencial retreat. By his involvement as a Kairos server and member, this inmate demonstrates his continued active support of the Kairos program and the earnest change of life which he is willing to be publicly identified with as an active member of the Kairos Community to all the inmates in the insitution.

ORIG: CENTRAL FILE      Deacon G. Salinger      Patrick Hall
CC: INMATE      Catholic Chaplain      Kairos Council Chairman
DATE
     OCTOBER 13, 2003    KAIROS SAN QUENTIN CSP-SQ       GENERAL CHRONO

---

NAME and NUMBER     BOATMAN      D-65055      N-2-098U     CDC-128-B Rev. 4/74

Prisoner BOATMAN is commended for his active support in the Kairos Men's Retreat #24, on February 13-16, 2004. BOATMAN performed numerous duties from preparing memorandums, prisoner movement lists, all Kairos' functions and offerring emotional and spiritual support for the Kairos members. By his voluntary involvement as a Clerk and mentor, BOATMAN continues to demonstrate and support the Kairos community.

ORIG: CENTRAL FILE      Fr. Stephen Barber, SJ      John Kelly
CC: INMATE      Catholic Chaplain      Kairos Rector

DATE    02/16/04      KAIROS SAN QUENTIN      CSP-SQ    GENERAL CHRONO

NAME and NUMBER        BOATMAN        D-65055      2-N-98        CDC-128-B (Rev. 4/7.

Inmate **BOATMAN** participated in the Alternatives to Violence Project-West Program on Monday, Tuesday and Wednesday, October 31, November 1 and 2, 1994.  The Workshop helps people develop effective ways of dealing with conflicts and chemical dependencies by developing successful personal interactions and conflict resolution skills.  The course is offered only to voluntary particpants. Each Workshop consists of a 30 hour intensive program of exercises and discussions designed to develop self-esteem and self-confidence in a trusting and supportive atmosphere, which creates a sense of community.  The participants are taught principles of cooperation with co-workers, skills in listening, speaking and observing, and explore the many non-violent and non-chemical solutions that are possible in almost every conflict when approached with a caring attitude towards others.

ORIGINAL:  CENTRAL FILE
        : Inmate

                                          R. WILSON, CCI
DATE                                                      GENERAL CHRONO
        11/2/94            SAN QUENTIN STATE PRISON

NAME and NUMBER      BOATMAN, C.    D-65055      2-N-98      CDC-128-B (Rev. 4/74
Inmate Boatman, C. D-65055, has been an active and genuine member in "KATARGEO" (a self-help therapy group) since September 1995. He is thoughtful and reflective, he listens carefully to others, and he responds appropriately. He is seen as an involved and valuable member of the group. His attendance has been excellent, and he seems, to have gained an insight into the problems, that have brought him to prison. In this group, we have focused upon the topics of communication (verbal and nonverbal) relationships with significant others, anger and stress control. The group encourages members to begin the process of extricating themselves from anything that prevents, them from returning to the mainstream of society as productive and responsible citizens. KATARGEO emphasizes that its members acknowledge their problems, and reject the self denial position that many abusers conveniently adhere to. KATARGEO is a CDC/ADP Substance Abuse Demonstration Project at California State Prison at San Quentin.

Orig: C-File
      CC-I              A. Kitchen  CC-I/Sponsor    T. Wright CC-I/Sponsor
      Inmate                                        Grad Student/ MSW CSU Sacramento
DATE  APRIL 23, 1996        LAUDATORY CHRONO              GENERAL CHRONO

NAME and NUMBER    **BOATMAN**              D65055            2N098U          CDC-128-B (Rev. 4/74

On March 31, April 01, and 02, 2000, Inmate BOATMAN participated in the three-day (32 hour) Advanced Alternatives to Violence (AVP) workshop.  The Advanced AVP program is available only to those who have completed the Basic Workshop and are continuing the process of learning skills that empower individuals to liberate themselves and others from the burden of violence. Participants are provided with a series of exercises in a trusting and supportive atmosphere to encourage them to search within themselves for nonviolent solutions to potentially violent situations.  Thank you for your ongoing commitment to AVP.

Orig: Central File
  cc: Inmate                              M. Rodesillas
                                          Supervisor of Academic Instruction
                                          CSP-San Quentin

DATE  April 02, 2000      ADVANCED A.V.P. - LAUDATORY              GENERAL CHRONO