# National Center for Construction Education and Research

This is to certify that

## Christopher Boatman

has fulfilled the requirements for

### Core Curricula

in the NCCER's standardized training curriculum
this Twenty-third day of January, 2006



*Donald E. Whyte*
Donald E. Whyte
President

# National Center for Construction Education and Research

This is to certify that

## Christopher Boatman

has fulfilled the requirements for

## Plumbing Level One

in the NCCER's standardized training curriculum
this Twentieth day of June, 2006



*Donald E. Whyte*
Donald E. Whyte
President

# Certificate of Completion

Awarded To

*Christopher Boatman*

For successfully completing "MODULE III - Addictions" of Project IMPACT

This certificate was awarded at San Quentin State Prison,

On this 21st day of March in the year 2005

Program Coordinator

Assistant Coordinator



# Certificate

**Bay Area Alternatives to Violence Project Workshop for Training in Nonviolence**

This is to Certify that

## Bertram Christopher Boatman

has satisfactorily completed the Basic Course in Nonviolent Conflict Resolution

_Terry Page_ _Barbara Christianity_
Trainers

_Pat Ledyard_ _Bill Campbell_ _Michael E. Rolfe_

11/2/94
Date



This is to certify that

Bert Bastirian

has successfully completed the ten week program

From Violence to Wholeness

presented at San Quentin State Prison

June 15, 2005



Jack Dison, Facilitator

Katherine McCarran, Facilitator

# Welder Performance Qualification

This is to certify that:

## Christopher Boatman

has successfully completed the welder performance qualification testing requirements in accordance with the AWS D1.1 Standard on this 20th day of December, 1994. Welding was performed using the Shielded Metal Arc Welding Process, with E7018 electrodes, on 1" ASTM A36 plate, in the vertical, horizontal and overhead welding positions.

RE: Welding Procedure Specification # WPS-1

WELDER STAMP/I.D. #: C.B.

**AIM**
AIM TESTING LABORATORY
P.O. Box 3562
SONORA, CA 95370
(800) 303-8378

Gerald J. Tucker
AWS Certified Welding Inspector

# Diploma



## Christopher Boatman
<u>San Quentin</u>

Has Completed The

### Sandvik Home Study Course

February 9, 2000

In The Theoretical and Practical
Use Of Coromant Cutting Tools

_____
Brian Norris, Manager of Training
February 9, 2000



# Certificate of Completion of Apprenticeship

*Christopher Boatman*

*Machinist / Welder*

June 30, 2000

Lewis Lou Buddingh

Henry P. Neum III

Stephen F. Smith

# State of California
## High School Equivalency Certificate

March 29, 1993

This is to certify that

**CHRISTOPHER BERTRAM BOATMAN**

has met the standards established by the California State Board of Education for successful completion of tests of General Educational Development and is therefore entitled to this high school equivalency certificate.





President of the California State Board of Education

State Superintendent of Public Instruction



19930329BC33

# State of California
## State Board of Education

# Diploma of Graduation

### Be It Known That

#### CHRISTOPHER BOATMAN

*has satisfactorily completed a High School course of study established by the State Board of Education under the authority of the Education Code of California, and is hereby awarded this Diploma.*



GIVEN AT SACRAMENTO, CALIFORNIA, THIS  __1st__ day of __May__

Nineteen hundred __Ninety-three__

*Wm D Dawson Acting*

Secretary and Executive Officer, State Board of Education



State of California — Department of Corrections

# KATARGEO

Hereby certifies that

*Christopher Boatman*

has successfully completed a training program in the San Quentin Substance Abuse Program in cooperation with Bay Area Parole Services Network, a CDC/ADP Substance Abuse Demonstration Project.

A. Calderon, Warden
Date: 5-3-96

Counselor
Counselor



# Certificate of Participation

## Awarded To

**BOATMAN, C.**

### For Outstanding Efforts In Narcotics Anonymous

By _____KICKERS_____

Presented this __20TH__ day of __NOVEMBER__ 19 _93_

_Kevin Strack_
KEVIN STRACK (SEC)

_M. Brewer_
MIKE BREWER (SPONSOR)