Amitai Schwartz (State Bar #55187)
Law Offices of Amitai Schwartz
Watergate Towers
2000 Powell Street, Suite 1286
Emeryville, CA 94608
(510) 597-1775 (tel.)
(510) 597-0957 (fax)
attorneys@schwartzlaw.com

Attorney for Petitioner
  Christopher Boatman

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BOATMAN, | No. C-07-3412 SI (PR) |
| Petitioner, | |
| vs. | REQUEST FOR ORAL ARGUMENT |
| ROBERT AYERS, Warden, | |
| Respondent. | |

Pursuant to Habeas Corpus Local Rule 2254-8(a), petitioner, Christopher Boatman, respectfully requests oral argument in this matter on a date and at a time to be set by the court.

Dated: April 2, 2008                             Respecfully Submitted,


                                                 _____/s/_____
                                                 Amitai Schwartz
                                                 Attorney for Petitioner

No. C-07-3412 SI (PR)
Request for Oral Argument