1  Amitai Schwartz (State Bar #55187)
   Law Offices of Amitai Schwartz
2  Watergate Towers
   2000 Powell Street, Suite 1286
3  Emeryville, CA 94608
   (510) 597-1775 (tel.)
4  (510) 597-0957 (fax)
   attorneys@schwartzlaw.com
5

6  Attorney for Petitioner
     Christopher Boatman
7

8

9

10                UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13  CHRISTOPHER BOATMAN,           )
                                   )   No. C-07-3412 SI (PR)
14        Petitioner,              )
                                   )   RENEWED REQUEST FOR
15        vs.                      )   APPOINTMENT OF COUNSEL
                                   )   PURSUANT TO THE CRIMINAL
16  ROBERT AYERS, Warden,          )   JUSTICE ACT; DECLARATION IN
                                   )   SUPPORT
17        Respondent.              )
                                   )
18  _____  )

19        On November 14, 2007, the Court denied petitioner's request for

20  appointment of counsel. Order to Show Cause, p. 3.

21        Petitioner, through counsel, now renews his request for discretionary

22  appointment under the Criminal Justice Act (CJA). See 28 U.S.C. 2254(h); 18

23  U.S.C. 3006A. Petitioner requests CJA appointment because he could not have

24  prepared the Reply and Traverse or presented the legal argument effectively

25  without counsel.

26

27

28  No. C-07-3412 SI (PR)
    Renewed Request for Appointment
    of Counsel; Dec. in Support

1    This request is also based on the declaration of Amitai Schwartz that
2  accompanies this request.

4  Dated: April 2, 2008                                    Respectfully Submitted,

6                                                          /s/
                                                          Amitai Schwartz
7                                                         Attorney for Petitioner

9                                    Declaration
10  I, Amitai Schwartz, declare:
11    1. I was appointed under the Criminal Justice Act to represent petitioner in
12  his pending appeal in <u>Boatman v. Brown</u>, Ninth Circuit Court of Appeals,
13  No. 05-16199. The Court of Appeals case seeks reversal of this court's decision
14  denying a writ of habeas corpus after the Governor of California reversed a 2002
15  decision of the Parole Board finding that petitioner is suitable for parole.
16    2. I was appointed in the Ninth Circuit following review by a screening
17  panel. The appeal had been fully briefed by the Attorney General and petitioner in
18  pro per before my appointment. The Circuit Court's order, issued April 27, 2007,
19  stated that "appointment of counsel in this habeas appeal would benefit the
20  Court's review." After my appointment, both sides filed supplemental briefs and a
21  hearing was held at which attorneys for both sides argued to a merits panel of the
22  Circuit. The appeal has not been decided.
23    3. Through my representation of petitioner in <u>Boatman v. Brown</u>, I became
24  familiar with his prison record and the legal issues surrounding the successive
25  denials of parole suitability by the California parole board and its Governor
26  between 2002 and 2006.
27    4. Despite this court's earlier denial of petitioner's request for appointment

28  No. C-07-3412 SI (PR)
    Renewed Request for Appointment
    of Counsel; Dec. in Support
                                    2

of counsel, I decided it is in petitioner's interest that I represent him in the district court anyway. I elected to do so without payment and without any promise of payment from anyone. I have, therefore, prepared and filed a Reply and Traverse to the Answer on petitioner's behalf. I have not received and do not expect to receive payment, unless it is from CJA funds.

    5. I will continue to represent petitioner in the district court in this case regardless of the court's decision on the renewed request for appointment.

    6. Because discretionary funds are available under the Criminal Justice Act for habeas representation, and because the Court of Appeals believed the appointment of counsel could be beneficial, I have nonetheless renewed the request for appointment in this case with the hope that I will be paid for my work.

    7. I am a member of the district court's CJA appellate panel. Because it is unlikely that there will be a need for an evidentiary hearing, I believe I am qualified to represent petitioner.

    8. If the court grants this request, I request a nunc pro tunc date of March 20, 2008, when I started the preparation of petitioner's Reply and Traverse.

I declare under penalty of perjury, that the foregoing is true and correct. Executed at Emeryville, California this 2nd day of April, 2008.

                                                      /s/
                                       Amitai Schwartz