IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BOATMAN,<br><br>      Plaintiff,<br><br>  v.<br><br>ROBERT AYERS,<br><br>      Defendant.                     / | No. C 07-03412 SI<br><br>**ORDER GRANTING RENEWED REQUEST FOR APPOINTMENT OF COUNSEL AND SCHEDULING ORAL ARGUMENT** |

Currently before the Court is petitioner's renewed request for appointment of counsel under the Criminal Justice Act, and request for oral argument. The Court previously denied petitioner's request for appointment of counsel, November 14, 2007 Order at 3, but now finds that the case could benefit from the appointment of counsel. Petitioner's motion is therefore GRANTED [Docket No. 15]. The request for oral argument is also GRANTED [Docket No. 14]; **oral argument will be hard on Friday, November 21, 2008 at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: August 27, 2008

                                                    SUSAN ILLSTON
United States District Judge