EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
JULIE L. GARLAND
Senior Assistant Attorney General
JESSICA N. BLONIEN
Supervising Deputy Attorney General
DENISE A. YATES, State Bar No. 191073
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Teslephone:  (415) 703-5531
 Fax:  (415) 703-5843
 Email:  Denise.Yates@doj.ca.gov
Attorneys for Respondent Robert L. Ayers, Jr.,
Warden at San Quentin State Prison
SF2007403327

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER BOATMAN,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>ROBERT AYERS, Warden,<br><br>　　　　　　　　　　Respondent. | No. C 07-03412 SI<br><br>RESPONDENT'S REQUEST FOR CLARIFICATION OF AUGUST 27, 2008 ORDER; REQUEST TO CHANGE ORAL ARGUMENT DATE |

Respondent requests clarification of this Court's August 27, 2008 Order Granting Renewed Request for Appointment of Counsel and Scheduling Oral Argument and requests that this Court reschedule the oral argument date. In his request for oral argument, Petitioner failed to "include a specification of the issues to be addressed at the argument," Habeas L.R. 2254-8(a), and this Court did not provide any guidance in its August 27, 2008 Order. Accordingly, Respondent requests that this Court identify what specific issues the parties are expected to address at the oral argument, especially in light of the pending Ninth Circuit en banc decision in *Hayward v. Marshall*, 527 F.3d 797 (9th Cir. 2008).

     Moreover, as Respondent's assigned counsel, I request that the oral argument hearing date be rescheduled because I have already paid for airfare and accommodations and will be out of the office from November 19, 2008 through December 5, 2008.

     Dated: September 3, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

JULIE L. GARLAND
Senior Assistant Attorney General

JESSICA N. BLONIEN
Supervising Deputy Attorney General

*/s/ Denise A. Yates*

DENISE A. YATES
Deputy Attorney General

Attorneys for Respondent Robert L. Ayers, Jr., Warden at San Quentin State Prison

Resp't's Req. for Clarification of Aug. 27, 2008 Order; Req. to Change Oral Arg. Date     *Boatman v. Ayers*
No. C 07-03412 SI

2