Amitai Schwartz (State Bar #55187)
Law Offices of Amitai Schwartz
Watergate Towers
2000 Powell Street, Suite 1286
Emeryville, CA 94608
(510) 597-1775 (tel.)
(510) 597-0957 (fax)
attorneys@schwartzlaw.com

Attorney for Petitioner
  Christopher Boatman

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BOATMAN,<br><br>   Petitioner,<br><br>vs.<br><br>ROBERT AYERS, Warden,<br><br>   Respondent.<br>_____ | No. C-07-3412 SI (PR)<br><br>PETITIONER'S RESPONSE TO REQUEST FOR CLARIFICATION OF THE COURT'S AUGUST 27, 2008 ORDER AND RESPONSE TO REQUEST TO CHANGE ORAL ARGUMENT DATE |

Respondent has filed a "Request for Clarification of August 27, 2008 Order: Request to Change Oral Argument Date." Petitioner responds as follows.

1. Respondent asks "what specific issues the parties are expected to address at oral argument"? Inasmuch as the Petition for a Writ of Habeas Corpus contends that the evidence is insufficient to support the decision to deny Petitioner parole under California law and that petitioner's right to due process of law has been violated. The Order to Show Cause addressed the due process issue. Respondent filed an Answer to the Petition. Petitioner filed a Traverse. In this light, the issue to be addressed at oral argument seems obvious: What law governs and does some evidence support the decision to deny parole under governing law?

At argument Petitioner will attempt to address any particular questions that

Petitioner's Response to Request for Clarification
and To Change Argument Date
No. C-07-3412 SI (PR)

1

1  the court may have about the law or the record.

2      2.  Respondent has asked the court to change the date of oral argument.
3  Given respondent's counsel's dates of unavailability (November 19-December 5),
4  it appears that the next available hearing date would be December 12, 2008.

5      If the court's calendar will allow it, Petitioner requests that the court
6  advance the argument date to <u>November 14, 2008</u>, one week before the currently
7  scheduled date of November 21, 2008.  If the court's calendar cannot
8  accommodate an earlier date, petitioner has no objection to a date that otherwise
9  suits respondent's counsel and the court.

10      (We are perplexed as to why Respondent's counsel did not call counsel for
11  Petitioner to attempt to work out the scheduling conflict.)

12      3.  Petitioner provides the court with the following recent opinions of the
13  Supreme Court of California addressing the due process issue raised in the
14  Petition.  <u>In Re Lawrence</u>, ___Cal. 4th ___, 2008 WL 3863606 (August 21, 2008);
15  <u>In re Shaputis</u>, ___ Cal.4th ___, 2008 WL 3863608 (August 21, 2008).

16      The Ninth Circuit has granted rehearing en banc in <u>Hayward v. Marshall</u>,
17  No. 06-55392.  <u>Hayward</u> involves a similar due process issue.  Oral argument was
18  heard on June 24, 2008.   Supplemental briefing was filed following oral argument
19  and additional supplemental briefing appears from the Ninth Circuit docket sheet
20  to be forthcoming.

21  Dated: September 5, 2008

23                        Respectfully submitted,

24                        /s/ Amitai Schwartz

25                        Amitai Schwartz
                      Attorney for Petitioner
26                           Christopher Boatman

28  Petitioner's Response to Request for Clarification
and To Change Argument Date
No. C-07-3412 SI (PR)
                      2