1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6          FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    CHRISTOPHER BOATMAN,                    No. C 07-03412 SI
9              Petitioner,                   **ORDER STAYING CASE**
10      v.
11   ROBERT AYERS,
12             Respondent.
                                        /
13
14       This case is STAYED pending the Ninth Circuit's en banc decision in *Hayward v. Marshall*, 527
15   F.3d 797 (9th Cir. 2008).  This Order vacates the hearing on petitioner's writ of habeas corpus, which
16   is currently calendared for November 21, 2008.
17
18       **IT IS SO ORDERED.**
19
20   Dated: 11/17/08                        _____
21                                          SUSAN ILLSTON
                                            United States District Judge
22
23
24
25
26
27
28

United States District Court
For the Northern District of California