**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BOATMAN, | No. C 07-03412 SI |
| Petitioner, | **ORDER TO SHOW CAUSE** |
| v. | |
| ROBERT AYERS, | |
| Respondent. | |

Now before the Court is respondent's motion to dismiss this case as moot in light of petitioner's release from prison on parole on April 16, 2009. If petitioner opposes this motion, **he shall file an opposition by May 15, 2009**. In the absence of an opposition from petitioner, the Court will dismiss this action as moot.

**IT IS SO ORDERED.**

Dated: May 7, 2009

SUSAN ILLSTON
United States District Judge