IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BOATMAN, | No. C 07-03412 SI |
| Petitioner, | **ORDER DISMISSING HABEAS PETITION AS MOOT** |
| v. | |
| ROBERT AYERS, | |
| Respondent. | |

Petitioner was released from prison on parole on April 16, 2009. On April 30, 2009, he filed a motion to dismiss his habeas petition as moot. Respondent filed a notice of non opposition on May 6, 2009. Accordingly, petitioner's motion is dismissed as moot. Judgment will be entered accordingly.

**IT IS SO ORDERED.**

Dated: May 15, 2009

SUSAN ILLSTON
United States District Judge