IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER BOATMAN,

        Petitioner,

v.

ROBERT AYERS,

        Respondent.
                                                 /

No. C 07-03412 SI

**JUDGMENT**

Petitioner's petition is dismissed as moot.  This action is dismissed with prejudice.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: May 15, 2009

                                                    SUSAN ILLSTON
                                                    United States District Judge

**United States District Court**
For the Northern District of California